IN THE CIRCUIT COURT FOR THE STATE OF TENNESSEE

THIRD JUDICIAL DISTRICT, SITTING AT GREENEVILLE

| | |
|---|---|
| LUKE EDWARD POE<br>and wife, EMILY DIANE POE,<br><br>    Plaintiffs,<br><br>vs.<br><br>OCWEN FEDERAL BANK, FSB,<br>and ARNOLD WEISS, Substitute<br>Trustee,<br><br>    Defendants. | Case No. 00CV913 |

## ORDER

This cause came on to be heard before the Honorable Benjamin K. Wexler, on the 27th day of March, 2003, whereupon, for good cause shown, it is

ORDERED, ADJUDGED AND DECREED that the Honorable Benjamin K. Wexler, Circuit Court Judge for the Third Judicial District, sitting at Greeneville, upon his own Motion is hereby recused from this case, the matter to be referred to the presiding Judge for reassignment; it is further

ORDERED, ADJUDGED AND DECREED that the Motion of J. Gregory Bowman, Kenneth C. Hood and the firm of Rogers, Laughlin, Nunnally, Hood & Crum,

-1-

P.C., to withdraw from the representation of the Defendants is hereby granted based upon the reasons set forth in said attorneys' Motion to Withdraw, including the break down in the attorney-client relationship, as evidenced by counsel not receiving a Federal charter number from the Defendant Ocwen Bank; it is further

ORDERED, ADJUDGED AND DECREED that the foreclosure sale previously scheduled for March 28, 2003, is hereby canceled; it is further

ORDERED, ADJUDGED AND DECREED that the Defendant, Ocwen Federal Bank, FSB, is hereby restrained from undertaking foreclose upon the subject real property until further Order of this Court; it is further

ORDERED, ADJUDGED AND DECREED that the Defendant, Ocwen Federal Bank, FSB, is hereby restrained from accruing any further interest or fees on the Plaintiff's mortgage with the Defendant until further order of this Court; it is further

ORDERED, ADJUDGED AND DECREED that the Defendant, Ocwen Federal Bank, FSB, is hereby held in contempt for failure to comply with the Court's Order of February 21, 2003 requiring the Defendant, Ocwen Federal Bank, FSB, to provide its Federal charter number to the Plaintiffs on or before the close of business on March 21, 2003, but the issue of whether any penalty should be assessed for such failure is hereby reserved; it is further

ORDERED, ADJUDGED AND DECREED that all other matters not addressed by the Court at this time are hereby reserved.

ENTERED this the 2 day of April, 2003.

_____
Ben K. Wexler
Circuit Court Judge

APPROVED FOR ENTRY:

LODGED
DATE 4-1-03
TIME 12:01 pm
CIRCUIT COURT CLERK
(CIRCUIT, CRIMINAL, SESSIONS, JUVENILE)

_____
J. Gregory Bowman
BPR#017896
Attorney for Ocwen Federal Bank, FSB
Rogers, Laughlin, Nunnally
Hood & Crum, P.C.
100 South Main Street
Greeneville, TN 37743
423-639-5183

_____
Robert Foster
BPR#021189
Attorney for Plaintiffs
Pryor & Foster
119 East Depot Street, Suite 101
Greeneville, TN 37743

STATE OF TENNESSEE, GREENE COUNTY
I, Gail Davis Jeffers, Circuit Court Clerk (Circuit, Criminal, Sessions, Juvenile), do hereby certify that the foregoing is a true and exact copy of the original _____ in the above styled case, as the same appears of record on file in my office.
WITNESS my hand and official seal of office, in Greeneville, Tennessee, this ___ of April, 2003.

_____
Circuit Court Clerk

-3-