10/07/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephonic Status Conference Calendar

Honorable Christopher F. Droney, U.S.D.J.
450 Main Street
Hartford
Chambers Room 108 - Annex

OCTOBER 23, 2003   *held*

4:30 P.M.

*4:30 — 5:00*

PLAINTIFF'S COUNSEL
WILL INITIATE THE CALL
860-240-2635

CASE NO.   3-02-cv-960 Hanson v Ocwen Federal Bank
-----------------------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| David M. Bizar | Day, Berry & Howard, Cityplace, Hartford, CT 860-275-0100 |
| Francis J. Brady | Murtha Cullina LLP, Cityplace I, 185 Asylum St., Hartford, CT 860-240-6000 |
| Matthew J. Budzik | Murtha Cullina LLP, Cityplace I, 185 Asylum St., Hartford, CT 860-240-6000 |
| Richard Glen Carlston | Miller, Starr & Regalia, 1331 N. California Blvd, 5th Fl PO Box 8177, Walnut Creek, CA |
| Steven M. Greenspan | Day, Berry & Howard, Cityplace, Hartford, CT 860-275-0100 |
| Paul Mpande Ngobeni | 914 Main St., Suite 206, E. Hartford, CT 860-289-3155 |
| Theodore R. Scarborough | Sidley & Austin, 10 S. Dearborn St., Chicago, IL 312-853-7000 |
| Luigi Spadafora | Winget Spadafora & Schwartzberg, 45 Broadway, 19th Fl., New York, NY 212-221-6900 |
| Peter Randall Stark | 183 N. Broad St., PO Box 292 Ste. E, Milford, CT 874-6708 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK