UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------
KWEKU HANSON,                    :
                                 :
Plaintiff,                       :    CIVIL ACTION NO.
                                 :    3:02-cv-960 (CFD)
    -against-                    :
                                 :
OCWEN FEDERAL BANK et al.        :
                                 :
Defendants.                      :
------------------------------------------

**ORDER SCHEDULING HEARING ON PENDING MOTIONS**

The parties are directed to appear before the Honorable William I. Garfinkel, U.S. Magistrate Judge, on **Monday, November 24, 2003** at **10:00 a.m.** at the U.S. District Court, 915 Lafayette Boulevard, Room 435, Bridgeport, CT, for a hearing on the pending motions in this case.

So ordered this 4th day of November, 2003, at Bridgeport, Connecticut.


                                        /S/ *William I. Garfinkel*
                                        William I. Garfinkel
                                        U.S. Magistrate Judge