UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------
KWEKU HANSON,                                : No. 3:02-CV-960 (CFD)
individually and on behalf of                :
all others similarly situated,               :
                                             :
    Plaintiff,                              :
                                             :
v.                                           :
                                             :
OCWEN FEDERAL BANK, et al.,                  :
                                             :
    Defendants.                             : NOVEMBER 7, 2003
---------------------------------------------------------

### OCWEN'S MOTION FOR ORDER TO SHOW CAUSE

Defendant Ocwen Federal Bank FSB ("Ocwen") hereby moves the Court for entry of an Order to Show Cause against Plaintiff Kweku Hanson as to why he should not be held in contempt of this Court for failing to respond truthfully to discovery *previously ordered by this Court* and appropriate sanctions entered under Fed. R. Civ. P. 37(b). In support of its motion, Ocwen submits the attached memorandum. Pursuant to Rule 37(b)(2), Ocwen hereby requests the Court enter an order prohibiting Hanson from using any withheld responsive documents in this case and an order requiring Hanson to reimburse Ocwen for attorneys' fees incurred in compelling production of this discovery and preparing this Motion for Order to Show Cause.

**ORAL ARGUMENT IS REQUESTED**
**TESTIMONY MAY BE REQUIRED**

**WHEREFORE,** Defendant Ocwen Federal Bank respectfully prays that the Court enter an Order requiring Plaintiff Kweku Hanson to show cause why he should not be held in contempt of this Court for failing to respond to the discovery ordered by this Court and appropriate sanctions entered under Fed. R. Civ. P. 37(b).

DEFENDANT - OCWEN FEDERAL BANK FSB


By     /s/
    Francis J. Brady - ct04296
    Matthew J. Budzik - ct19706

Murtha, Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone: (860) 240-6000
Facsimile: (860) 240-6150
fbrady@murthalaw.com
mbudzik@murthalaw.com

Theodore R. Scarborough – ct24232
Sidley Austin Brown & Wood LLP
Bank One Plaza – 10 S. Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
tscarborough@sidley.com

Their Attorneys

## ORDER

Ocwen Federal Bank FSB's Motion for Order to Show Cause dated November 7, 2003, having been duly considered is hereby,

ORDERED: GRANTED/DENIED.

Plaintiff Kweku Hanson is hereby ordered to appear for a hearing on _____, to show cause as to why he should not be held in contempt of this Court for failing to respond truthfully to discovery and appropriate sanctions entered under Fed. R. Civ. P. 37(b).

_____                    _____
Date                                               U.S. District Court Judge

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Ocwen's Motion for Order to Show Cause was sent by U.S. mail, first class postage prepaid, on this ___ day of November, 2003 to:

Paul Ngobeni, Esq.
Ngobeni & Associates
914 Main Street, Suite 206
East Hartford, CT 06108
(additional copy by FedEx)

Peter Randall Stark, Esq.
183 N. Broad Street
P.O. Box 292
Milford, CT 06460

Luigi Spadafora, Esq.
Winget & Spadafora
45 Broadway, 19th Floor
New York, NY 10006

Richard G. Carlston, Esq.
Basil S. Shiber, Esq.
Miller, Starr & Regalia
1331 N. California Blvd., 5th Floor
P.O. Box 8177
Walnut Creek, CA 94596

Steven M. Greenspan, Esq.
Day, Berry & Howard
CityPlace I
Hartford, CT 06103-3499

Theodore R. Scarborough
Sidley, Austin, Brown & Wood
Bank One Plaza
Chicago, IL 60603

Kweku J. Hanson, Esq.
*Pro Se*
Elm Building
487 Main Street, Suite Two
Hartford, CT 16103-3007

_____
Matthew J. Budzik