UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

--------------------------------------------------------

| | | |
|---|---|---|
| KWEKU HANSON, | : | No. 3:02-CV-960 (CFD) |
| individually and on behalf of | : | |
| all others similarly situated, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| OCWEN FEDERAL BANK, et al., | : | |
| | : | |
| Defendants. | : | NOVEMBER 12, 2003 |

--------------------------------------------------------

### OCWEN'S REQUEST FOR COURT STATUS CONFERENCE

Defendant Ocwen Federal Bank FSB ("Ocwen") hereby requests that the Court order

a Court Status conference among all parties on the afternoon of November 24, 2003, or at

any time on November 25, 2003.  The Court suggested during the October 23, 2003

telephone conference with the parties that the Court would try to schedule a status

conference when Magistrate Garfinkel scheduled a hearing on the parties' discovery

motions.  Magistrate Garfinkel has scheduled a hearing on the parties' discovery motions for

10:00 a.m. on November 24, 2003.  Additionally, counsel for Ocwen and counsel for the

Moss Codilis related defendants will be traveling to Connecticut from Chicago and

California respectively to attend Judge Garfinkel's discovery hearing.  A status conference

**NO ARGUMENT REQUESTED**
**NO TESTIMONY REQUIRED**

with the Court on the afternoon of November 24, or at any time on November 25 would avoid expense for the defendants.

The undersigned has contacted plaintiff's counsel, Paul M. Ngobeni, Esq., and the plaintiff does not consent to this request.

**WHEREFORE,** defendant Ocwen Federal Bank FSB respectfully requests that the Court order a Court status conference among all parties on the afternoon of November 24, 2003, or at any time on November 25, 2003.

DEFENDANT - OCWEN FEDERAL BANK FSB


By _____/S/_____
    Francis J. Brady - ct04296
    Matthew J. Budzik - ct19706

Murtha, Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone:  (860) 240-6000
Facsimile:  (860) 240-6150
fbrady@murthalaw.com
mbudzik@murthalaw.com

Theodore R. Scarborough – ct24232
Sidley Austin Brown & Wood LLP
Bank One Plaza – 10 S. Dearborn Street
Chicago, Illinois 60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036
tscarborough@sidley.com

Their Attorneys

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Ocwen's Request for Court Status

Conference was sent by U.S. mail, first class postage prepaid, on this 12th day of

November, 2003 to:

Paul Ngobeni, Esq.
Ngobeni & Associates
914 Main Street, Suite 206
East Hartford, CT 06108
(additional copy by FedEx)

Steven M. Greenspan, Esq.
David Bizar, Esq.
Day, Berry & Howard
CityPlace I
Hartford, CT 06103-3499

Peter Randall Stark, Esq.
183 N. Broad Street
P.O. Box 292
Milford, CT 06460

Theodore R. Scarborough
Sidley, Austin, Brown & Wood
Bank One Plaza
Chicago, IL 60603

Luigi Spadafora, Esq.
Winget & Spadafora
45 Broadway, 19th Floor
New York, NY 10006

Kweku J. Hanson, Esq.
*Pro Se*
Elm Building
487 Main Street, Suite Two
Hartford, CT 16103-3007

Richard G. Carlston, Esq.
Basil S. Shiber, Esq.
Miller, Starr & Regalia
1331 N. California Blvd., 5th Floor
P.O. Box 8177
Walnut Creek, CA 94596

                                        /S/
                                        _____
                                        Matthew J. Budzik