GRANTED. A status conference shall be held November 24, 2003 at 3:30 p.m. in Courtroom 2, 450 Main St., Hartford, CT. So ordered.

~~Christopher F. Droney~~
United States District Judge
11/13/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

KWEKU HANSON,                  :    No. 3:02-CV-960 (CFD)
individually and on behalf of  :
all others similarly situated, :
                               :
        Plaintiff,             :
                               :
    v.                         :
                               :
OCWEN FEDERAL BANK, et al.,    :
                               :
        Defendants.            :    NOVEMBER 12, 2003

---

### OCWEN'S REQUEST FOR COURT STATUS CONFERENCE

Defendant Ocwen Federal Bank FSB ("Ocwen") hereby requests that the Court order a Court Status conference among all parties on the afternoon of November 24, 2003, or at any time on November 25, 2003. The Court suggested during the October 23, 2003 telephone conference with the parties that the Court would try to schedule a status conference when Magistrate Garfinkel scheduled a hearing on the parties' discovery motions. Magistrate Garfinkel has scheduled a hearing on the parties' discovery motions for 10:00 a.m. on November 24, 2003. Additionally, counsel for Ocwen and counsel for the Moss Codilis related defendants will be traveling to Connecticut from Chicago and California respectively to attend Judge Garfinkel's discovery hearing. A status conference

**NO ARGUMENT REQUESTED**
**NO TESTIMONY REQUIRED**