C(9cvmhrg (October 17, 2001)

TOTAL TIME: _2_ hours _30_ minutes

DEPUTY CLERK _C. Sanders_  HONORABLE _Wm. Garfinkel_  RPTR/ERO/TAPE _J. Fazekas_

DATE _11-24-03_    START TIME _11:15am_    END TIME _2:45pm_

LUNCH RECESS FROM _____ TO _____

RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. _3:02CV960(CFD)(WIG)_    _Paul Ngobeni_

Hanson
§
§                                            Plaintiffs Counsel
vs.
§    ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§    _Basil Shiber_
Ocwen Federal Bank
§                                            Defendants Counsel
_Francis J. Brady_
**COURTROOM MINUTES - CIVIL** (check one box)    _Theodore P. Scarborough_
_Luigi Spadafora_
_Steven M. Greenspan_    _David Bizar_

☑ (mhrg.) Motion Hearing          ☐ (confmhrg.) Confirmation Hearing      ☐ (showhrg.) Show Cause Hearing
☐ (contmhrg.) Contempt Hearing    ☐ (evidhrg.) Evidentiary Hearing        ☐ (jgmdbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing ☐ (fairhrg.) Fairness Hearing           ☐ (stlmthrg.) Settlement Hearing
☐ (mischrg.) Miscellaneous Hearing

MOTION
DOCUMENT NO.

| | | | | | granted | denied | advisement |
|---|---|---|---|---|---|---|---|
| ☑ | D | #144 | Motion _To Compel_ | | ☐ | ☐ | ☐ |
| ☑ | D | #146 | Motion _for Protective Order_ | | ☐ | ☐ | ☐ |
| ☑ | D | #147 | Motion _to Compel_ | | ☐ | ☐ | ☐ |
| ☑ | D | #147 | Motion _for Miscellaneous Relief_ | | ☐ | ☐ | ☐ |
| ☑ | D | #147 | Motion _for Sanctions_ | | ☐ | ☐ | ☐ |
| ☑ | D | #159 | Motion _for Leave to File_ | | ☐ | ☐ | ☐ |
| ☑ | D | #165 | Motion _to Compel_ | | ☐ | ☐ | ☐ |
| ☑ | P | #70 | Oral Motion _for Sanction_ | | ☐ | ☐ | ☐ |
| ☑ | P | #71 | Oral Motion _to Strike_ | | ☐ | ☐ | ☐ |
| ☑ | P | #72 | Oral Motion _to Strike_ | | ☐ | ☐ | ☐ |
| ☑ | P | #174 | Oral Motion _for Sanction_ | | ☐ | ☐ | ☐ |

☐ Briefs due _____    ☐ Proposed Findings due _____    Response due _____

| | | | | filed | docketed |
|---|---|---|---|---|---|
| ☑ | D | 182 | _Motion to Amend_ | ☐ | ☐ |
| ☑ | D | 182 | _Motion for Conference_ | ☐ | ☐ |
| ☑ | D | 183 | _Motion to Amend_ | ☐ | ☐ |
| ☑ | D | 186 | _Motion to Compel_ | ☐ | ☐ |
| ☑ | D | 186 | _Motion to Preclude_ | ☐ | ☐ |
| ☑ | D | 186 | _Motion to Strike_ | ☐ | ☐ |
| ☑ | D | 192 | _Motion for Order to Show Cause_ | ☐ | ☐ |
| ☐ | | | | ☐ | ☐ |
| ☐ | | | _Ruling to be submitted by Court_ | ☐ | ☐ |
| ☐ | | | | ☐ | ☐ |

☐ ........ _____ Hearing continued until _____ at _____