UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------
KWEKU HANSON,                              :   No. 3:02-CV-960 (CFD)
individually and on behalf of              :
all others similarly situated              :
                                           :
    Plaintiff,                            :
                                           :
    v.                                    :
                                           :
OCWEN FEDERAL BANK, et al.                 :
                                           :
    Defendants.                           :   NOVEMBER 17, 2003
---------------------------------------------------------

MOTION FOR ADMISSION PRO HAC VICE OF JOHN K. VAN DE WEERT
==

The undersigned hereby moves pursuant to District of Connecticut Local Rule 83.1(d) for Admission pro hac vice of John K. Van De Weert, Esquire on behalf of defendants Ocwen Federal Bank FSB, Ocwen Financial Corporation, and William C. Erbey. As shown by the attached affidavit, Mr. Van De Weert is associated with the law firm of Sidley Austin Brown & Wood LLP, 1501 K Street, N.W., Washington, D.C. 20005, is a member in good standing of the bars of the State of Illinois and of the United States Court of Appeals for the Third Circuit and the United States District Courts for the Northern and Central Districts of Illinois and the Eastern District of Michigan, and has never been denied admission or been disciplined by this or any other court.

**NO ARGUMENT REQUESTED**
**NO TESTIMONY REQUIRED**

Pursuant to D. Conn. L. Civ. R. 83.1(d) a check in the amount of $25.00 is attached to this motion.

WHEREFORE, the undersigned, on behalf of the defendants Ocwen Federal Bank FSB, Ocwen Financial Corporation, and William C. Erbey, moves that John K. Van De Weert be admitted to appear in this matter pro hac vice.

DEFENDANTS -
OCWEN FEDERAL BANK FSB, OCWEN FINANCIAL CORPORATION, and WILLIAM C. ERBEY

By _____

Francis J. Brady - ct04296
Matthew J. Budzik - ct19706
Murtha, Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone:  (860) 240-6000
Facsimile:  (860) 240-6150
fbrady@murthalaw.com
mbudzik@murthalaw.com

Theodore R. Scarborough – ct24232
Sidley Austin Brown & Wood LLP
Bank One Plaza – 10 S. Dearborn Street
Chicago, Illinois 60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036
tscarborough@sidley.com

Their Attorneys

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Admission Pro Hac Vice was sent by U.S. mail, first class postage prepaid, on this 17th day of November, 2003 to:

Paul Ngobeni, Esq.
Ngobeni & Associates
914 Main Street, Suite 206
East Hartford, CT 06108

Steven M. Greenspan, Esq.
Day, Berry & Howard
CityPlace I
Hartford, CT 06103-3499

Peter Randall Stark, Esq.
183 N. Broad Street
P.O. Box 292
Milford, CT 06460

Theodore R. Scarborough
Sidley, Austin, Brown & Wood
Bank One Plaza
Chicago, IL 60603

Luigi Spadafora, Esq.
Winget & Spadafora
45 Broadway, 19th Floor
New York, NY 10006

Kweku J. Hanson, Esq.
*Pro Se*
Elm Building
487 Main Street, Suite Two
Hartford, CT  16103-3007

Richard G. Carlston, Esq.
Basil S. Shiber, Esq.
Miller, Starr & Regalia
1331 N. California Blvd., 5th Floor
P.O. Box 8177
Walnut Creek, CA 94596

John K. Van de Weert, Esq.
Sidley, Austin, Brown & Wood
1501 K Street, N.W.
Washington, D.C. 20005

_____
Matthew J. Budzik