UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KWEKU HANSON, individually and on        :
behalf of others similarly situated      :
    Plaintiff,                            :
                                :
    v.                                    :        Civil Action No. 3:02CV960(CFD)
                                :
OCWEN FEDERAL BANK, ET AL.,               :
    Defendants.                           :

## RULING AND AMENDED SCHEDULING ORDER

Pending are the Moss Codilis defendants' Motion to Modify in part Amended Scheduling

Order entered April 29, 2003 [Doc. #183] and Litton's Motion to Modify the Amended

Scheduling Order [Doc. #186]. Also pending is Hanson's Emergency Motion for Order to Show

Cause [Doc. #197]. Oral arguments were heard on these pending motions in addition to certain

discovery matters. The following is a summation of the Court's oral ruling on November 24,

2003:

By 5:00 p.m. November 26, 2003, Hanson must inform the Court and parties whether he

is still pursuing the Emergency Motion for Order to Show Cause [Doc. #197].

The defendants seek production of documents which were filed under seal by the

plaintiff. By 5:00 p.m. November 26, 2003, the plaintiff must provide to all defendants copies of

all documents submitted to the Court except for those documents which constitute privileged

material. For those documents which the plaintiff claims a privilege, the plaintiff must provide

to all defendants a privilege log, also by 5:00 p.m. November 26, 2003.

The Moss Codilis defendants' Motion to Modify in part Amended Scheduling Order

entered April 29, 2003 [Doc. #183] is GRANTED. Litton's Motion to Modify the Amended

1

Scheduling Order [Doc. #186] is GRANTED IN PART. Opposition briefs to the motion for class certification must be filed no later than April 30, 2004. Hanson must file his response to the opposition by May 15, 2004. Any dispositive motions on individual claims must be filed no later than April 30, 2004.

Hanson also requested that the Court rule on the motion for preliminary injunction prior to ruling on the motion for class certification. Hanson must file a memo setting forth the changes in circumstances which justify this modification of the Court's Order of April 29, 2003. Hanson's memo must be filed by December 1, 2003. The defendants' response must be filed by December 8, 2003.

SO ORDERED this 25th day of November 2003, at Hartford, Connecticut.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE