UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KWEKU HANSON<br>individually and on behalf of<br>all others similarly situated<br>    Plaintiff,<br><br>v.<br><br>OCWEN FEDERAL BANK, et al.<br>    Defendants. | No. 3:02-CV-960 (CFD)<br><br><br><br><br><br><br>NOVEMBER 26, 2003 |

**PLAINTIFFS' AFFIRMATION OF INTENT TO PROSECUTE EMERGENCY MOTION FOR ORDER TO SHOW CAUSE DIRECTED AT OCWEN; SIDLEY AUSTIN BROWN WOOD'S THEODORE SCARBOROUGH; MURTHA CULLINA'S MATT BUDZIK & FRANCIS BRADY; AND OCWEN'S PAUL KOCHES & MALAIKA CARTER**

After careful consideration and in light of the compelling interests at stake, including the twin goals of integrity in litigation and the search for truth, Plaintiffs hereby affirm their intent to pursue their November 18, 2003 Emergency Motion for Order to Show Cause versus Ocwen, Sidley Austin Brown Wood attorney Theodore Scarborough, Murtha Cullina attorneys Matt Budzik and Francis Brady, Ocwen General Counsel Paul Koches, and Ocwen Assistant General Counsel Malaika Carter. Plaintiffs simultaneously hereby reaffirm their intent to prosecute their embedded request to disqualify the law firms of Sidley Austin Brown Wood, and Murtha Cullina from further representing Ocwen in the action at bar in the interests of justice and ethics.

- 1 -