UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | | |
|---|---|---|
| KWEKU HANSON, | : | No. 3:02-CV-960 (CFD) |
| individually and on behalf of | : | |
| all others similarly situated | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| OCWEN FEDERAL BANK, et al. | : | |
| | : | |
| Defendants. | : | NOVEMBER 21, 2003 |

---

**OCWEN'S MOTION FOR**
**DISGORGEMENT OF PRIVILEGED DOCUMENTS**

Defendant Ocwen Federal Bank FSB ("Ocwen") hereby moves for an Order requiring plaintiff to disgorge and account for all copies of Ocwen privileged documents in his possession or control. In addition, Ocwen requests that the Court either seal or strike from the public record Exhibit 3 to Plaintiff's Objection to Ocwen Defendants' Motion for Order to Show Cause Directed Against Kweku Hanson, dated November 17, 2003, which contains privileged information of Ocwen (and any other filing of such information). In support of this Motion, Ocwen submits the attached memorandum of law.

**WHEREFORE**, Defendant Ocwen Federal Bank FSB respectfully moves that the Court enter an Order requiring plaintiff Kweku Hanson to disgorge all copies of privileged

**ORAL ARGUMENT IS REQUESTED**
**TESTIMONY MAY BE REQUIRED**

documents in his possession or control (together with an appropriate certification that the forgoing was done), and to seal or strike from the public record Exhibit 3 to Plaintiff's Objection to Ocwen Defendants' Motion for Order to Show Cause Directed Against Kweku Hanson, and to grant such other relief as is proper, including appropriate sanction.

        DEFENDANT -
        OCWEN FEDERAL BANK FSB


        By _____

        Francis J. Brady - ct04296
        Matthew J. Budzik - ct19706
        Murtha, Cullina LLP
        CityPlace I - 185 Asylum Street
        Hartford, Connecticut 06103-3469
        Telephone: (860) 240-6000
        Facsimile: (860) 240-6150
        fbrady@murthalaw.com
        mbudzik@murthalaw.com

        Theodore R. Scarborough – ct24232
        Sidley Austin Brown & Wood LLP
        Bank One Plaza – 10 S. Dearborn Street
        Chicago, Illinois 60603
        Telephone: (312) 853-7000
        Facsimile: (312) 853-7036
        tscarborough@sidley.com

        Their Attorneys

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Ocwen's Motion for Disgorgement of Privileged Documents was sent by U.S. mail, first class postage prepaid, on this 21st day of November, 2003 to:

Paul Ngobeni, Esq.
Ngobeni & Associates
914 Main Street, Suite 206
East Hartford, CT 06108
(additional copy by FedEx)

Peter Randall Stark, Esq.
183 N. Broad Street
P.O. Box 292
Milford, CT 06460

Luigi Spadafora, Esq.
Winget & Spadafora
45 Broadway, 19th Floor
New York, NY 10006

Richard G. Carlston, Esq.
Basil S. Shiber, Esq.
Miller, Starr & Regalia
1331 N. California Blvd., 5th Floor
P.O. Box 8177
Walnut Creek, CA 94596

Steven M. Greenspan, Esq.
David Bizar, Esq.
Day, Berry & Howard
CityPlace I
Hartford, CT 06103-3499

Theodore R. Scarborough
Sidley, Austin, Brown & Wood
Bank One Plaza
Chicago, IL 60603

Kweku J. Hanson, Esq.
*Pro Se*
Elm Building
487 Main Street, Suite Two
Hartford, CT  16103-3007

John K. Van de Weert, Esq.
Sidley, Austin, Brown & Wood
1501 K Street, N.W.
Washington, D.C. 20005

_____
Matthew J. Budzik