UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar

Honorable Christopher F. Droney, U.S.D.J.
450 Main Street
Hartford
**Courtroom 2 - Annex**

NOVEMBER 24, 2003

3:30 P.M.

*held 4:15 – 5:00
45 mins.*

CASE NO. **2-3-02-cv-960 (CFD)**    **HANSON v OCWEN FEDERAL BANK**

David M. Bizar
Day, Berry & Howard
Cityplace
Hartford, CT 06103-3499

Francis J. Brady
Murtha Cullina LLP
Cityplace I, 185 Asylum St.
Hartford, CT 06103-3469

Matthew J. Budzik
Murtha Cullina LLP
Cityplace I, 185 Asylum St.
Hartford, CT 06103-3469

Richard Glen Carlston
Miller, Starr & Regalia
1331 N. California Blvd, 5th Fl
PO Box 8177
Walnut Creek, CA 94596

Steven M. Greenspan
Day, Berry & Howard
Cityplace I
Hartford, CT 06103-3499

Paul Mpande Ngobeni
914 Main St., Suite 206
E. Hartford, CT 06108

Theodore R. Scarborough
Sidley & Austin
Bank One Plaza
10 S. Dearborn St
Chicago, IL 60603

Luigi Spadafora
Winget Spadafora & Schwartzberg
45 Broadway, 19th Fl.
New York, NY 10006

Peter Randall Stark
183 N. Broad St., PO Box 292
Ste. E
Milford, CT 06460

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK