2003 NOV 17 P 1: 08

U.S. DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

KWEKU HANSON,
individually and on behalf of
all others similarly situated

    Plaintiff,

v.

OCWEN FEDERAL BANK, et al.

    Defendants.

: No. 3:02-CV-960 (CFD)
:
:
:
:
:
:
:
:
: NOVEMBER 17, 2003

---

## MOTION FOR ADMISSION PRO HAC VICE OF JOHN K. VAN DE WEERT

The undersigned hereby moves pursuant to District of Connecticut Local Rule 83.1(d) for Admission pro hac vice of John K. Van De Weert, Esquire on behalf of defendants Ocwen Federal Bank FSB, Ocwen Financial Corporation, and William C. Erbey. As shown by the attached affidavit, Mr. Van De Weert is associated with the law firm of Sidley Austin Brown & Wood LLP, 1501 K Street, N.W., Washington, D.C. 20005, is a member in good standing of the bars of the State of Illinois and of the United States Court of Appeals for the Third Circuit and the United States District Courts for the Northern and Central Districts of Illinois and the Eastern District of Michigan, and has never been denied admission or been disciplined by this or any other court.

**NO ARGUMENT REQUESTED**
**NO TESTIMONY REQUIRED**