UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

KWEKU HANSON,                         :   No. 3:02-CV-960 (CFD)
individually and on behalf of         :
all others similarly situated         :
                                      :
    Plaintiff,              :
                                      :
v.                                    :
                                      :
OCWEN FEDERAL BANK, et al.            :
                                      :
    Defendants.             :   DECEMBER 5, 2003

---

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), defendant Ocwen Federal Bank FSB ("Ocwen"), respectfully requests an extension of time of seven (7) days up to and including December 15, 2003, within which to respond to Plaintiff's Statement in Support of Immediate Hearing on the Motion for Preliminary Injunction (the "Statement"). As good cause for granting this motion, the undersigned represents that counsel for Ocwen did not receive Plaintiff's Statement until approximately 5:00 p.m. on Wednesday December 3, 2003. The Court's Ruling and Amended Scheduling Order (Droney, J.) requires Ocwen to file a response to Plaintiff's Statement on December 8, 2003. Because of the late receipt of Plaintiff's Statement and in order to fully address the arguments contained therein, Ocwen requires additional time to file a proper response with the Court.

**NO ARGUMENT REQUESTED**
**NO TESTIMONY REQUIRED**

-2-

This is Ocwen's first request for an extension of time to respond to the Plaintiff's Statement in Support of Immediate Hearing on the Motion for Preliminary Injunction. The undersigned has spoken with plaintiff's counsel, Paul M. Ngobeni, Esq., and the plaintiff consents to this Motion.

WHEREFORE, defendant Ocwen Federal Bank FSB respectfully requests an extension of time up to and including December 15, 2003, within which to respond to Plaintiff's Statement in Support of Immediate Hearing on the Motion for Preliminary Injunction.

DEFENDANT -
OCWEN FEDERAL BANK FSB

By */s/ Matthew J. Budzik*

Francis J. Brady - ct04296
Matthew J. Budzik - ct19706
Murtha, Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone: (860) 240-6000
Facsimile: (860) 240-6150
fbrady@murthalaw.com
mbudzik@murthalaw.com

Theodore R. Scarborough – ct24232
Sidley Austin Brown & Wood LLP
Bank One Plaza – 10 S. Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
tscarborough@sidley.com

Its Attorneys

## ORDER

The motion of defendant Ocwen Federal Bank FSB for an extension of time up to and including December 15, 2003, within which to respond to Plaintiff's Statement in Support of Immediate Hearing on the Motion for Preliminary Injunction is hereby ORDERED: GRANTED/DENIED.

_____          _____
Date                             U.S. District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Extension of Time was sent by U.S. mail, first class, postage prepaid, on this 5th day of December, 2003 to:

Paul Ngobeni, Esq.
Ngobeni & Associates
914 Main Street, Suite 206
East Hartford, CT 06108

Peter Randall Stark, Esq.
183 N. Broad Street
P.O. Box 292
Milford, CT 06460

Luigi Spadafora, Esq.
Winget & Spadafora
45 Broadway, 19th Floor
New York, NY 10006

Richard G. Carlston, Esq.
Basil S. Shiber, Esq.
Miller, Starr & Regalia
1331 N. California Blvd., 5th Floor
P.O. Box 8177
Walnut Creek, CA 94596

Steven M. Greenspan, Esq.
David Bizar, Esq.
Day, Berry & Howard
CityPlace I
Hartford, CT 06103-3499

Theodore R. Scarborough, Esq.
Sidley Austin Brown & Wood LLP
Bank One Plaza
Chicago, IL 60603

John Van De Weert, Esq.
Sidley Austin Brown & Wood LLP
1501 K Street, NW
Washington, DC 20005

Kweku J. Hanson, Esq.
*Pro Se*
Elm Building
487 Main Street, Suite Two
Hartford, CT 16103-3007

_____
Matthew J. Budzik