UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KWEKU HANSON, individually and on behalf of others similarly situated<br>Plaintiff, | : <br> : <br> : <br> : |
| v. | :     Civil Action No. 3:02CV960(CFD) |
| OCWEN FEDERAL BANK, ET AL.,<br>Defendants. | : <br> : |

### ORDER

Currently pending is the plaintiff's request that the Court rule on the motion for preliminary injunction prior to ruling on the motion for class certification. The plaintiff is ordered to provide some evidence of the statements made in Plaintiff's Statement in Support of Immediate Hearing on the Motion for Preliminary Injunction [Doc. #202] within twenty-one days of this order.

SO ORDERED this 9th day of December 2003, at Hartford, Connecticut.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE