IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KWEKU HANSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>OCWEN FEDERAL BANK; et al.,<br><br>    Defendants. | Case No. 3:02 CV 960 (CFD)<br><br><br><br><br>December 8, 2003 |

## MOTION OF MOSS CODILIS RELATED DEFENDANTS TO JOIN OCWEN'S MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), the Moss Codilis related defendants[1] respectfully join the December 5, 2003 motion of defendant Ocwen Federal Bank FSB's ("Ocwen") for an extension of time of seven (7) days up to and including December 15, 2003, within which to respond to Plaintiff's Statement in Support of Immediate Hearing on the Motion for Preliminary Injunction. The Moss Codilis defendants make this request in the interest of maintaining a unified briefing schedule with respect to Plaintiff's Statement.

---

[1] Moss Codilis, Stawiarski, Morris, Schneider & Prior, LLP ("Moss Codilis"), and Defendants Gerald R. Moss, Codilis & Stawiarski, P.C., Ernie Codilis, Leo C. Stawiarski, Jr., Morris, Schneider & Prior, LLC, Arthur J. Morris, Thomas E. Prior, Randolph Schneider, Fein, Such, Khan & Shepard, P.C., Alan F. Such, Weltman, Weinberg & Reis Co., LPA, Larry R. Rothenberg, Boles, Boles & Ryan, P.L.C., William R. Boles, Jr. and Moss, Pite & Duncan, LLP.

MCSM\41962\552710.1

-1-

This is the Moss Codilis related defendants' first request for an extension of time to respond to the Plaintiff's Statement in Support of Immediate Hearing on the Motion for Preliminary Injunction. According to Ocwen's Motion for Extension, plaintiff's counsel, Paul M. Ngobeni, Esq., consented to Ocwen's Motion.

Dated: December 8, 2003

MOSS, CODILIS, STAWIARSKI, MORRIS, SCHNEIDER & PRIOR, LLP; MOSS, PITE & DUNCAN, LLP; CODILIS & STAWIARSKI, PC; MORRIS, SCHNEIDER AND PRIOR, LLC; FEIN, SUCH, KHAN & SHEPARD, P.C.; WELTMAN, WEINBERG & REIS CO., LPA; BOLES, BOLES & RYAN, P.L.C.; and individually, GERALD R. MOSS; ERNIE CODILIS; LEO C. STAWIARKSI, JR.; ARTHUR J. MORRIS; THOMAS E. PRIOR; RANDOLPH SCHNEIDER; ALAN F. SUCH; LARRY R. ROTHENBERG; and WILLIAM R. BOLES, JR.

By:_____
Richard G. Carlston (ct23944)
Basil S. Shiber (ct23946)
Miller, Starr & Regalia
A Professional Law Corporation
1331 N. California Blvd., Fifth Floor
Post Office Box 8177
Walnut Creek, California 94596
Telephone: (925) 935-9400

-and-

Steven M. Greenspan (ct00380)
David M. Bizar (ct20444)
Day, Berry & Howard LLP
City Place I
Hartford, Connecticut 06103
Telephone: (860) 275-0100

THIS IS TO CERTIFY that a copy of the foregoing was sent via first class mail on this date, to:

Paul Ngobeni, Esq.
Ngobeni & Associates
914 Main Street, Suite 206
East Hartford, CT 06108

Francis J. Brady, Esq.
Matthew J. Budzik
Murtha Cullina LLP
CityPlace I
Hartford, CT 06103-3469

Lou Spadafora, Esq.
Winget, Spadafora & Schwartzberg, LLP
45 Broadway, 19th Floor
New York, NY 10006

Peter Randall Stark, Esq.
183 N. Broad Street
P.O. Box 292
Milford, CT 06460

Basil S. Shiber, Esq.
Miller, Starr & Regalia
1331 N. California Blvd., 5th Floor
P.O. Box 8177
Walnut Creek, CA 94596

Richard G. Carlston, Esq.
Miller, Starr & Regalia
1331 N. California Blvd., 5th Floor
P.O. Box 8177
Walnut Creek, CA 94596

Theodore R. Scarborough, Esq.
Sidely, Austin, Brown & Wood
Bank One Plaza
Chicago, IL 60603

Kweku J. Hanson, Esq.
(Pro Se)
487 Main Street
Hartford, CT 06103-3007

_____
David M. Bizar