UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

KWEKU HANSON, : No. 3:02-CV-960 (CFD)
individually and on behalf of :
all others similarly situated :
 :
    Plaintiff, :
 :
v. :
 :
OCWEN FEDERAL BANK, et al. :
 :
    Defendants. : December 8, 2003

---

### DEFENDANT LITTON LOAN SERVICING, LP'S MOTION FOR AN ENLARGEMENT OF TIME TO REPLY TO THE PLAINTIFF'S STATEMENT IN SUPPORT OF IMMEDIATE HEARING ON THE MOTION FOR PRELIMINARY INJUNCTION

Pursuant to D.Conn.L.Civ.R. 6, Defendant Litton Loan Servicing, LP, ("Litton"), submits this Motion for an Enlargement of Time to Reply to the Plaintiff's Statement in Support of the Immediate Hearing on the Motion for a Preliminary Injunction up through and including December 16, 2003.

On November 25, 2003 the Plaintiff filed a Statement in Support of the Immediate Hearing on the Motion for a Preliminary Injunction. Litton, however, was never served with a copy of said Statement, and only received a copy today from Co-Defendants. Defendants' responses were to be filed by December 8, 2003.

Accordingly, Litton respectfully requests an enlargement of time to Reply to the Plaintiff's Statement in Support of the Immediate Hearing through and including December 16, 2003.

                          Defendant Litton Loan Servicing, LP

By: _____
     Luigi Spadafora, Esq. (ct18590)
     WINGET, SPADAFORA &
     SCHWARTZBERG, LLP
     183 N. Broad Street
     Milford, Connecticut 06460
     (203) 874-6708

## CERTIFICATION OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing were sent via overnight mail on this date to:

Paul Ngobeni, Esq.
Ngobeni & Associates
914 Main Street, Suite 206
East Hartford, CT 06108

Francis J. Brady, Esq.
Matthew J. Budzik, Esq.
Murtha Cullina, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3469

Steven M. Greenspan, Esq.
David M. Bizar
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103

Richard G. Carlston, Esq.
Miller, Starr & Regalia
1331 N. California Blvd., 5th Floor
Walnut Creek, CA 94596

Theodore R. Scarborough, Esq.
Sidley, Austin, Brown & Wood
Bank One Plaza
Chicago, IL 60603

Kweku J. Hanson, Esq.
487 Main Street, Suite 2
Hartford, CT 06103

Dated: December 8, 2003

_____
Luigi Spadafora (ct18590)