IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KWEKU HANSON<br>individually and on behalf of<br>all others similarly situated<br>                      Plaintiffs<br><br>v.<br><br>OCWEN FEDERAL BANK, ET. AL.<br>                      Defendants | DOCKET #**3:02CV960** (CFD)<br><br><br><br><br>AUGUST 22, 2003 |

MEMORANDUM IN SUPPORT OF MOTION TO COMPEL OCWEN DEFENDANTS' FULL COMPLIANCE WITH PLAINTIFFS' FIRST REQUEST FOR PRODUCTION

Pursuant to Fed.R.Civ.P. 37(a), and D.Conn.L.Civ.R. 7, Plaintiffs submit this Memorandum in Support of Plaintiffs' Motion to Compel. Plaintiffs allege that Ocwen have denied Plaintiffs meaningful discovery, so that Court intervention is now required to ensure integrity in the search for truth.

A.   Factual Background:

On April 1, 2003 Plaintiffs served their First Interrogatories and Requests for Production on the Ocwen [Exhibit 1].[1] On May 5, 2003 Ocwen responded to said discovery. In that initial response, since supplemented, Ocwen interposed General Objections which they incorporated into each of the responses.

---

[1] For starters, Ocwen took the outrageous and legally unsound position that since the caption of the motion mentioned "Ocwen Federal Bank FSB" alone, the discovery requests did not pertain to its sister defendants Ocwen Financial or Erbey. Of course, it is an elementary proposition that discovery propounded to a corporate entity encompasses all its parents, officers and subsidiaries.

- 1 -

---

The Clerk shall docket this Plaintiffs' Memorandum in Support of Motion to Compel and include it in the Court's file. So ordered.

Christopher F. Droney
United States District Judge
12/ 3 /03