UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

KWEKU HANSON,
individually and on behalf of
all others similarly situated

    Plaintiff,

    v.

OCWEN FEDERAL BANK, et al.

    Defendants.

---

No. 3:02-CV-960 (CFD)

DECEMBER 5, 2003

**GRANTED. It is so ordered.**
Christopher F. Droney, U.S.D.J.
Hartford, CT

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), defendant Ocwen Federal Bank FSB ("Ocwen"), respectfully requests an extension of time of seven (7) days up to and including December 15, 2003, within which to respond to Plaintiff's Statement in Support of Immediate Hearing on the Motion for Preliminary Injunction (the "Statement"). As good cause for granting this motion, the undersigned represents that counsel for Ocwen did not receive Plaintiff's Statement until approximately 5:00 p.m. on Wednesday December 3, 2003. The Court's Ruling and Amended Scheduling Order (Droney, J.) requires Ocwen to file a response to Plaintiff's Statement on December 8, 2003. Because of the late receipt of Plaintiff's Statement and in order to fully address the arguments contained therein, Ocwen requires additional time to file a proper response with the Court.

**NO ARGUMENT REQUESTED**
**NO TESTIMONY REQUIRED**