UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KWEKU HANSON, individually and on behalf of all others similarly situated | : : : : | No. 3:02-CV-960 (CFD) |
| Plaintiff, | : : | |
| v. | : : | |
| OCWEN FEDERAL BANK, et al. | : : | |
| Defendants. | : | DECEMBER 12, 2003 |

OCWEN FINANCIAL CORPORATION'S
MOTION FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF ON ITS
RULE 12(b)(2) MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Defendant Ocwen Financial Corporation ("Ocwen Financial"), by its attorneys, hereby moves the Court for leave to file a supplemental brief on or before December 19, 2003 to address issues relating to its Rule 12(b)(2) motion to dismiss for lack of personal jurisdiction. In support of its motion, Ocwen Financial states as follows:

1. On September 20, 2002, Ocwen Financial filed a Rule 12(b)(2) motion to dismiss the claims asserted against it for lack of personal jurisdiction. (Docket #48).

2. In a May 8, 2003 response to a supplemental brief filed by plaintiff (Docket #152), Ocwen Financial argued that plaintiff incorrectly contended that Ocwen Financial is subject to personal jurisdiction in Connecticut because, as plaintiff asserted, Ocwen Financial leased office space in Wallingford, Connecticut. Ocwen Financial further explained that the

**NO ARGUMENT REQUESTED**
**NO TESTIMONY REQUIRED**

office space in Wallingford was used by Ocwen Technology Xchange, Inc., a subsidiary of Ocwen Financial with no connection to Mr. Hanson's loan.

3.     On Wednesday, December 10, 2003, in-house and outside counsel for Ocwen Financial learned for the first time that Ocwen Financial was named as the lessee of the office space in Wallingford under a Lease dated June 1, 1998 between Landlord 10 Research Parkway, LLC and Tenant Ocwen Financial Corporation. Although Ocwen Financial was named as the lessee, the office space was used by Ocwen Technology Xchange, Inc., until that office was closed in the fall of 2003. The officer who signed the lease was the President and CEO of Ocwen Technology Xchange, Inc. and a Vice President of Ocwen Financial.

4.     Ocwen Financial is bringing this motion promptly, to correct its May 8, 2003 response, and to request that the Court allow it to file a short supplemental brief on or before December 19, 2003, to address this new information.

5.     In particular, the mere lease of real property, for purposes unrelated to any issue in this case, is insufficient to confer personal jurisdiction over Ocwen Financial under Connecticut or federal constitutional law. See Conn. Gen. Stat. § 33-929; Franz v. Franz, No. FA 960071001, 1997 Conn. Super. LEXIS 2380, *13 (Sept. 3, 1997); see also Shaffer v. Heitner, 433 U.S. 186, 204 (1977).

6.     Ocwen requests that it be allowed until December 19, 2003 to file a supplemental brief addressing the foregoing issues.

**WHEREFORE**, Defendant Ocwen Financial Corporation respectfully requests that the Court grant it leave to file a short supplemental brief on or before December 19, 2003 addressing issues related to its Rule 12(b)(2) motion.

        DEFENDANT - OCWEN FINANCIAL
        CORPORATION


    By  _____
        Francis J. Brady - ct04296
        Matthew J. Budzik - ct19706
        Murtha, Cullina LLP
        CityPlace I - 185 Asylum Street
        Hartford, Connecticut 06103-3469
        Telephone: (860) 240-6000
        Facsimile: (860) 240-6150
        fbrady@murthalaw.com
        mbudzik@murthalaw.com

        Theodore R. Scarborough – ct24232
        Sidley Austin Brown & Wood LLP
        Bank One Plaza – 10 S. Dearborn Street
        Chicago, Illinois 60603
        Telephone: (312) 853-7000
        Facsimile: (312) 853-7036
        tscarborough@sidley.com

        Its Attorneys

ORDER

The Motion of Ocwen Financial Corporation for Leave to File a Supplemental Brief on its Rule 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction, having been considered, is hereby ORDERED:

GRANTED/DENIED

_____        _____
Date                                                          U.S. District Court Judge

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Ocwen Financial Corporation's Motion For Leave to File a Supplemental Brief on its Rule 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction was sent by U.S. mail, first class postage prepaid, on this 12th day of December, 2003 to:

Paul Ngobeni, Esq.
Ngobeni & Associates
914 Main Street, Suite 206
East Hartford, CT 06108

Steven M. Greenspan, Esq.
David Bizar, Esq.
Day, Berry & Howard
CityPlace I
Hartford, CT 06103-3499

Peter Randall Stark, Esq.
183 N. Broad Street
P.O. Box 292
Milford, CT 06460

Theodore R. Scarborough
Sidley Austin Brown & Wood LLP
Bank One Plaza
Chicago, IL 60603

Luigi Spadafora, Esq.
Winget & Spadafora
45 Broadway, 19th Floor
New York, NY 10006

Kweku J. Hanson, Esq.
*Pro Se*
Elm Building
487 Main Street, Suite Two
Hartford, CT  16103-3007

Richard G. Carlston, Esq.
Basil S. Shiber, Esq.
Miller, Starr & Regalia
1331 N. California Blvd., 5th Floor
P.O. Box 8177
Walnut Creek, CA 94596

John K. Van de Weert, Esq.
Sidley, Austin, Brown & wood
1501 K Street, N.W.
Washington, D.C. 20005

**and VIA HAND DELIVERY:**

Paul Ngobeni, Esq.
Ngobeni & Associates
914 Main Street, Suite 206
East Hartford, CT 06108

_____
Matthew J. Budzik