FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 DEC 12  P 2: 32

| | |
|---|---|
| KWEKU HANSON<br>individually and on behalf of<br>all others similarly situated<br>     Plaintiff,<br><br>v.<br><br>OCWEN FEDERAL BANK, et al.<br>     Defendants. | ) No. 3:02-CV-960 (CFD)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) DECEMBER 12, 2003 |

<u>PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO
OCWEN'S MOTION FOR DISGORGEMENT OF PRIVILEGED DOCUMENTS</u>

Pursuant to applicable Fed.R.Civ.P. and D.Conn.L.Civ.R. provisions, Plaintiffs move the Court for an extension of time to respond to Ocwen's Motion for Disgorgement of Privileged Documents [Docket #205] filed on or about November 21, 2003.

Plaintiffs assert that said motion is neither frivolous nor interposed for delay, but good cause exists therefor, namely the press of other matters in this and unrelated litigation, disruptions caused by inclement weather, as well as the advent of the Christmas Season. In any event, Plaintiffs have conferred with counsel for Ocwen, the proponents of the Motion for Disgorgement, and Ocwen has assented to the extension request being granted, provided it is limited to one week.

NEITHER ORAL ARGUMENT NOR TESTIMONY IS REQUIRED

- 1 -

Respectfully submitted,

_____
Paul M. Ngobeni (#ct08187)
Law Offices of Paul Ngobeni
914 Main Street, Suite 206
East Hartford, CT 06108
Telephone: (860) 289-3155
Facsimile: (860) 282-7479

## CERTIFICATION

A copy of Plaintiffs' **Motion for Extension of Time to File Response to Ocwen's Motion for Disgorgement of Privileged Documents** was mailed 12/12/03, postage prepaid, to the following counsel and *pro se* parties:

Steven M. Greenspan, Esq.
David M. Bizar, Esq.
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499
(860) 275-0100 Fax (860) 275-0343

Matthew Budzik, Esq.
Francis J. Brady, Esq.
Murtha Cullina LLP
CityPlace I, 185 Asylum Street
Hartford, CT 06103
(860) 240-6000 Fax (860) 240-6150

Basil S. Shiber, Esq.
Richard G. Carlston, Esq.
Miller, Starr & Regalia
1331 N. California Blvd. 5th Floor
P. O. Box 8177
Walnut Creek, CA 94596
(925) 935-9400

Theodore R. Scarborough, Esq.
Sidely, Austin, Brown & Wood
Attorneys at Law
Bank One Plaza
Chicago, IL 60603
(312) 853-7036 Fax (312) 853-2236

Luigi Spadafora, Esq.
Peter R. Stark, Esq.
Winget, Spadafora & Schwartzberg
45 Broadway, 19th Floor
New York, NY 10006
(212) 221-6900 Fax (212) 221-6989

Kweku J. Hanson, Esq. (*Pro Se*)
Law Offices of Kweku J. Hanson
487 Main Street, Suite Two
Hartford, CT 06103-3007
(860) 728-5454 Fax (860) 548-9660

_____
Paul M. Ngobeni, Esq.

-2-