UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 DEC 12 P 2:32

| | |
|---|---|
| KWEKU HANSON<br>individually and on behalf of<br>all others similarly situated<br>    Plaintiff,<br><br>v.<br><br>OCWEN FEDERAL BANK, et al.<br>    Defendants. | No. 3:02-CV-960 (CFD)<br><br><br><br><br><br><br><br><br>DECEMBER 12, 2003 |

### PLAINTIFFS' MOTION TO MODIFY REVISED SCHEDULING ORDER TO RESTORE BIFURCATED DISCOVERY REGIME AND AUTHORIZE ADDITIONAL DEPOSITIONS, ONE PER NAMED DEFENDANT

Pursuant to applicable Fed.R.Civ.P. and D.Conn.L.Civ.R. provisions, Plaintiffs respectfully move this Court to Modify its recently revised Scheduling Order to restore the bifurcated discovery framework initially provided for in the original February 27, 2003 and April 29, 2003 Scheduling Orders.

Plaintiffs simultaneously move this Court for an order permitting Plaintiffs to take at least one fact-witness deposition per named defendant. Plaintiffs assert that being limited to three total depositions for a case of this magnitude is an inherently prejudicial restriction having no reasonable basis under the totality of the circumstances.

**ORAL ARGUMENT IS REQUESTED**
**TESTIMONY WILL BE REQUIRED**

- 1 -

A Memorandum of Law is annexed hereto, or will be filed within ten (10) days hereof. Wherefore, Plaintiffs ask this Court to Modify the revised Scheduling Order to restore the two-prong class certification schedule embedded in the original bifurcated Amended Scheduling Order, and to vacate the Magistrate Judge's order restricting Plaintiffs to one deposition per defendant group and instead permit Plaintiffs to take at least one deposition per named defendant.

Respectfully submitted,

Paul M. Ngobeni (#ct08187)
Law Offices of Paul Ngobeni
914 Main Street, Suite 206
East Hartford, CT 06108
Telephone: (860) 289-3155
Facsimile: (860) 282-7479

CERTIFICATION

A copy of Plaintiffs' **Motion to Modify Revised Scheduling Order to Restore Bifurcated Discovery Regime and Authorize Additional Depositions, One per Named Defendant** was mailed 12/12/03, postage prepaid, to the following:

Steven M. Greenspan, Esq.
David M. Bizar, Esq.
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499
(860) 275-0100 Fax (860) 275-0343

Basil S. Shiber, Esq.
Richard G. Carlston, Esq.
Miller, Starr & Regalia
1331 N. California Blvd. 5th Floor
P. O. Box 8177
Walnut Creek, CA 94596
(925) 935-9400

Luigi Spadafora, Esq.
Peter R. Stark, Esq.
Winget, Spadafora & Schwartzberg
45 Broadway, 19th Floor
New York, NY 10006
(212) 221-6900 Fax (212) 221-6989

Matthew Budzik, Esq.
Francis J. Brady, Esq.
Murtha Cullina LLP
CityPlace I, 185 Asylum Street
Hartford, CT 06103
(860) 240-6000 Fax (860) 240-6150

Theodore R. Scarborough, Esq.
Sidely, Austin, Brown & Wood
Attorneys at Law
Bank One Plaza
Chicago, IL 60603
(312) 853-7036 Fax (312) 853-2236

Kweku J. Hanson, Esq. (*Pro Se*)
Law Offices of Kweku J. Hanson
487 Main Street, Suite Two
Hartford, CT 06103-3007
(860) 728-5454 Fax (860) 548-9660

_____
Paul M. Ngobeni, Esq.