UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**Telephonic Status Conference Calendar**

Honorable Christopher F. Droney, U.S.D.J.
450 Main Street
Hartford
Chambers Room 108 - Annex

DECEMBER 16, 2003
5:00 P.M.   *held 5:00-5:15 .15 minutes*

PLAINTIFF'S COUNSEL
WILL INITIATE THE CALL
860-240-2635

CASE NO. 3-03-cv-930 (CFD)   PARKER v HARTFORD PARKING AUTHORITY

Michael G. Albano
Sabia & Hartley, LLC
190 Trumbull St. Suite 202
Hartford, CT 06103-2205

Stanley Cohen
Cohen, Auger, Burns & Hard
39 Grand St.
Hartford, CT 06106

Eliot B. Gersten
Gersten & Clifford
214 Main Street
Hartford, CT 06106

Jonathan L. Gould
214 Main St.
Hartford, CT 06106

Jill Hartley
Sabia & Hartley, LLC
190 Trumbull St. Suite 202
Hartford, CT 06103-2205

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK