# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Kweku Hanson, Plaintiff,

    v.

Ocwen Federal Bank, et al.,
    Defendants.

**APPEARANCE**

FILED
2003 DEC 17 P 2: 35
US DISTRICT COURT
HARTFORD CT

CASE NUMBER: 3:02-CV-960 (CFD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Ocwen Federal Bank FSB,
Ocwen Financial Corporation, and
William C. Erbey

---

December 17, 2003
**Date**

ct 25413
**Connecticut Federal Bar Number**

(202) 736-8000
**Telephone Number**

(202) 736-8711
**Fax Number**

jvandeweert@sidley.com
**E-mail address**

*[Signature]*
**Signature**

John K. Van De Weert
**Print Clearly or Type Name**

Sidley Austin Brown & Wood LLP
**Address**
1501 K Street, N.W.
Washington, DC  20005

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See attached service list

*[Signature]*
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Appearance was sent by U.S. mail, first class postage prepaid, on this 17th day of December, 2003 to:

Paul Ngobeni, Esq.
Ngobeni & Associates
914 Main Street, Suite 206
East Hartford, CT 06108

Steven M. Greenspan, Esq.
David M. Bizar, Esq.
Day, Berry & Howard
CityPlace I
Hartford, CT 06103-3499

Peter Randall Stark, Esq.
183 N. Broad Street
P.O. Box 292
Milford, CT 06460

T. Robert Scarborough, Esq.
John K. Van De Weert, Esq.
Sidley, Austin, Brown & Wood
Bank One Plaza
Chicago, IL 60603

Luigi Spadafora, Esq.
Winget & Spadafora
45 Broadway, 19th Floor
New York, NY 10006

Kweku J. Hanson, Esq.
*Pro Se*
Elm Building
487 Main Street, Suite Two
Hartford, CT 16103-3007

Basil S. Shiber, Esq.
Richard G. Carlston, Esq.
Miller, Starr & Regalia
1331 N. California Blvd., 5th Floor
P.O. Box 8177
Walnut Creek, CA 94596

John K. Van de Weert, Esq.
Sidley Austin Brown & Wood LLP
1501 K Street, N.W.
Washington, D.C. 20005

_____
Matthew J. Budzik