# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

### APPEARANCE

2003 DEC 19 A 7: 46

CASE NUMBER: U.S. DISTRICT COURT
HARTFORD. CT. (CFD)

**To the Clerk of this court and all parties of record:**

Enter my appearance as counsel in this case for:   Moss, Codilis, Stawiarski, Morris, Schneider & Prior, LLP, Moss, Pite & Duncan, LLP, Codilis & Stawiarski, PC, Morris, Schneider and Prior, LLC, Fein, Such, Khan & Shepard, P.C., Weltman, Weinberg & Reis Co. LPA, Boles, Boles & Ryan, P.L.C., and individually, Gerald R. Moss, Ernie Codilis, Leo C. Stawiarski, Jr., Arthur J. Morris, Thomas E. Prior, Randolph Schneider, Alan F. Such, Larry R. Rosenberg, and William R. Boles, Jr.

| | |
|---|---|
| December 15, 2003 | |
| **Date** | **Signature** |
| ct23946 | Basil S. Shiber |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| (925) 935-9400 | 1331 N. California Boulevard, P.O. Box 8177 |
| **Telephone Number** | **Address** |
| (925) 933-4126 | Walnut Creek, CA 94596 |
| **Fax Number** | |
| bss@msandr.com | |
| **E-mail address** | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

PLEASE SEE ATTACHED LIST

**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001

Steven M. Greenspan
David M. Bizar
Day, Barry & Howard LLP
CityPlace I
Hartford, CT  06103
Telephone:    (860) 275-0346
Facsimile:    (860) 275-0343

Counsel for Moss, Codilis, Stawiarski, Morris,
Schneider & Prior, LLP, Moss, Pite & Duncan, LLP,
Codilis & Stawiarski, PC, Morris, Schneider and Prior,
LLC, Fein, Such, Khan & Shepard, P.C., Weltman,
Weinberg & Reis Co., LPA, Boles, Boles & Ryan,
P.L.C., and individually, Gerald R. Moss, Ernie
Codilis, Leo C. Stawiarksi, Jr., Arthur J. Morris,
Thomas E. Prior, Randolph Schneider, Alan F. Such,
Larry R. Rothenberg, and William R. Boles, Jr.

Francis J. Brady
Matthew J. Budzik
Murtha Cullina LLP
CityPlace I
Hartford, CT  06103-3469
Telephone:    (860) 240-6000
Facsimile:    (860) 240-6150

Counsel for Ocwen Federal Bank

Paul Ngobeni
Ngobeni & Associates
914 Main Street, Suite 206
East Hartford, CT  06108
Telephone:    (860) 289-3155
Facsimile:    (860) 282-7479

Counsel for Plaintiff Kweku Hanson

Theodore Scarborough
Sidley, Austin, Brown & Wood
Bank One Plaza
Chicago, IL  60604
Telephone:    (312) 853-2236
Facsimile:    (312) 853-7036

Counsel for Ocwen Federal Bank

Luigi Spadafora
Peter R. Stark
Winget, Spadafora & Schwartzberg,
LLP
183 N. Broad Street
Milford, CT  06460
Telephone:    (203) 874-6708
Fax:             (203) 876-2382

Counsel for Litton Loan Servicing
L.P.

Kweku Hanson
487 Main Street, Suite 2
Hartford, CT  06103-3007
Telephone:    Not Listed
Facsimile:    Not Listed

Pro se