FILED

2003 DEC 23  P 3: 2h

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------
KWEKU HANSON,                              :        No. 3:02-CV-960 (CFD)
individually and on behalf of              :
all others similarly situated              :
                                           :
          Plaintiff,                       :
                                           :
     v.                                    :
                                           :
OCWEN FEDERAL BANK, et al.                 :
                                           :
          Defendants.                      :        DECEMBER 23, 2003
------------------------------------------------------

### MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), defendant Ocwen Federal Bank FSB ("Ocwen"),

respectfully moves for an extension of time to respond to plaintiff's December 12, 2003

Motion to Modify Revised Scheduling Order (Doc. # 221 ) (the "Motion"). Magistrate

Judge Garfinkel has scheduled a telephone status conference among all parties for January 5,

2004 to discuss and/or clarify his rulings in this case. Ocwen believes that some of the

issues raised in plaintiff's Motion can be resolved during the January 5th telephone

conference with Judge Garfinkel, thereby narrowing those topics Ocwen may need to

address in its Response to plaintiff's Motion.

Therefore, Ocwen moves for an extension of time of ten (10) days, up to and

including January 15, 2004, after Judge Garfinkel's January 5, 2004 teleconference within

**NO ARGUMENT REQUESTED**
**NO TESTIMONY REQUIRED**

which to respond to any remaining issues raised by plaintiff's Motion to Modify Revised Scheduling Order.

This is Ocwen's first request for an extension of time to respond to plaintiff's Motion to Modify Revised Scheduling Order. The undersigned has attempted to contact plaintiff's counsel, Paul M. Ngobeni, Esq., but has been unable to determine plaintiff's position regarding this Motion.

WHEREFORE, defendant Ocwen Federal Bank FSB respectfully requests an extension of time up to and including January 15, 2004, within which to respond to plaintiff's Motion to Modify Revised Scheduling Order.

DEFENDANT -
OCWEN FEDERAL BANK FSB

By _Matthew Budzik_

Francis J. Brady - ct04296
Matthew J. Budzik - ct19706
Murtha, Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone:  (860) 240-6000
Facsimile:  (860) 240-6150
fbrady@murthalaw.com
mbudzik@murthalaw.com

Theodore R. Scarborough – ct24232
Sidley Austin Brown & Wood LLP
Bank One Plaza – 10 S. Dearborn Street
Chicago, Illinois 60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036
tscarborough@sidley.com

John K. Van De Weert - ct25413
Sidley Austin Brown & Wood LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 736-8000
Facsimile:  (202) 736-8711
jvandeweert@sidley.com

Its Attorneys

## **ORDER**

The motion of defendant Ocwen Federal Bank FSB for an extension of time up to and including January 15, 2004, within which to respond to Plaintiff's Motion to Modify Revised Scheduling Order is hereby ORDERED:

GRANTED/DENIED.


Date _____                    _____
                                                 U.S. District Court Judge

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Motion for Extension of Time was sent by U.S. mail, first class, postage prepaid, on this 23rd day of December, 2003 to:

Paul Ngobeni, Esq.
Ngobeni & Associates
914 Main Street, Suite 206
East Hartford, CT 06108

Steven M. Greenspan, Esq.
David Bizar, Esq.
Day, Berry & Howard
CityPlace I
Hartford, CT 06103-3499

Peter Randall Stark, Esq.
183 N. Broad Street
P.O. Box 292
Milford, CT 06460

Theodore R. Scarborough, Esq.
Sidley Austin Brown & Wood LLP
Bank One Plaza
Chicago, IL 60603

Luigi Spadafora, Esq.
Winget & Spadafora
45 Broadway, 19th Floor
New York, NY 10006

John Van De Weert, Esq.
Sidley Austin Brown & Wood LLP
1501 K Street, NW
Washington, DC 20005

Richard G. Carlston, Esq.
Basil S. Shiber, Esq.
Miller, Starr & Regalia
1331 N. California Blvd., 5th Floor
P.O. Box 8177
Walnut Creek, CA 94596

Kweku J. Hanson, Esq.
*Pro Se*
Elm Building
487 Main Street, Suite Two
Hartford, CT 16103-3007

Matthew J. Budzik