UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KWEKU HANSON<br>individually and on behalf of<br>all others similarly situated<br>      Plaintiff,<br><br>v.<br><br>OCWEN FEDERAL BANK, et al.<br>      Defendants. | No. 3:02-CV-960(CFD)<br><br><br><br>DECEMBER 31, 2003 |

### PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO DOCUMENT URGENT NEED FOR HEARING ON AMENDED PRELIMINARY INJUNCTION MOTION

Pursuant to applicable Fed.R.Civ.P. and D.Conn.L.Civ.R. provisions, Plaintiffs move the Court for a *brief* extension of time to submit documentation to show by a preponderance of the evidence why it is imperative that this Court expeditiously recalendar Plaintiffs' amended motion for preliminary injunction. Plaintiffs assert that additional time is needed to properly put together the material for this Court's purview. This Court had initially instructed Plaintiffs to file such substantiation by today, December 31, 2003.

    ORAL ARGUMENT IS NOT REQUESTED

    TESTIMONY WILL NOT BE NECESSARY

-1-

Plaintiffs assert that said motion is neither frivolous nor interposed for delay, but good cause exists therefor, namely the press of other matters in this case (namely compiling over 2,260-plus pages of discovery material for xerographic reproduction), as well as unrelated putative class action litigation in the Southern District of New York. Plaintiffs also cite, *inter alia*, support staff scheduling shuffles during the year-end holidays.

In any event, Plaintiffs have contacted counsel of record for all the defendants. At this writing, none of the aforesaid defense counsel has registered an objection.[1] Wherefor, Plaintiffs ask this Court to approve a *brief* enlargement of time.

Respectfully submitted,

_____
Paul M. Ngobeni (#ct08187)
Law Offices of Paul Ngobeni
914 Main Street, Suite 206
East Hartford, CT 06108
Telephone: (860) 289-3155
Facsimile: (860) 282-7479

---

[1] Counsel for the Moss Codilis defendants' group on December 30, 2003 secured from Plaintiffs assurances that Plaintiffs would not oppose a reasonable request by Moss Codilis for additional time to reply to Plaintiffs' substantiation of their need for expeditious hearing of the Amended Motion for Preliminary Injunction. Plaintiffs hope this Court will appreciate that gesture and not penalize Plaintiffs' largesse by denying this timely, reasonable, motion for more time.

-2-

CERTIFICATION

A copy of Plaintiffs' **Motion for Extension of Time to Substantiate Request for Expedited Hearing on Amended Motion fro Preliminary Injunction** was placed in the mails, postage prepaid, on December ___ 2003 to the following counsel and *pro se* parties:

| | |
|---|---|
| Steven M. Greenspan, Esq.<br>David M. Bizar, Esq.<br>Day, Berry & Howard LLP<br>CityPlace I<br>Hartford, CT 06103-3499<br>(860) 275-0100 Fax (860) 275-0343 | Matthew Budzik, Esq.<br>Francis J. Brady, Esq.<br>Murtha Cullina LLP<br>CityPlace I, 185 Asylum Street<br>Hartford, CT 06103<br>(860) 240-6000 Fax (860) 240-6150 |
| Basil S. Shiber, Esq.<br>Richard G. Carlston, Esq.<br>Miller, Starr & Regalia<br>1331 N. California Blvd. 5th Floor<br>P. O. Box 8177<br>Walnut Creek, CA 94596<br>(925) 935-9400 | Theodore R. Scarborough, Esq.<br>Sidely, Austin, Brown & Wood<br>Attorneys at Law<br>Bank One Plaza<br>Chicago, IL 60603<br>(312) 853-7036 Fax (312) 853-2236 |
| Luigi Spadafora, Esq.<br>Peter R. Stark, Esq.<br>Winget, Spadafora & Schwartzberg<br>45 Broadway, 19th Floor<br>New York, NY 10006<br>(212) 221-6900 Fax (212) 221-6989 | Kweku J. Hanson, Esq. (*Pro Se*)<br>Law Offices of Kweku J. Hanson<br>487 Main Street, Suite Two<br>Hartford, CT 06103-3007<br>(860) 728-5454 Fax (860) 548-9660 |

_____
Paul M. Ngobeni, Esq.

-3-