IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KWEKU HANSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OCWEN FEDERAL BANK; et al.,<br><br>Defendants. | Case No. 3:02 CV 960 (CFD)<br><br><br><br><br><br><br><br>December 31, 2003 |

### THE MOSS CODILIS DEFENDANTS' JOINDER IN OCWEN FEDERAL BANK'S MOTION FOR EXTENSION OF TIME

The Moss Codilis Defendants[1] hereby join and adopt in its entirely Ocwen Federal Bank's Motion for Extension of Time ("Motion") dated December 23, 2003. For the reasons set forth in the Motion, the Moss Codilis defendants respectfully request that the Court grant the Moss Codilis Defendants an extension of time up to and including January 15, 2004, within which to respond to plaintiff's Motion to Modify Revised Scheduling Order.

The undersigned contacted plaintiff's counsel, Paul M. Ngobeni, Esq., who indicated that the plaintiff consents to the Moss Codilis Defendants' request for an extension of time. However, plaintiff opposes Ocwen's Motion for an extension of time.

---

[1] Moss Codilis, Stawiarski, Morris, Schneider & Prior, LLP ("Moss Codilis"), and Defendants Gerald R. Moss, Codilis & Stawiarski, P.C., Ernie Codilis, Leo C. Stawiarski, Jr., Morris, Schneider & Prior, LLC, Arthur J. Morris, Thomas E. Prior, Randolph Schneider, Fein, Such, Khan & Shepard, P.C., Alan F. Such, Weltman, Weinberg & Reis Co., LPA, Larry R. Rothenberg, Boles, Boles & Ryan, P.L.C., William R. Boles, Jr. and Moss, Pite & Duncan, LLP.

Dated:  December 31, 2003  MOSS, CODILIS, STAWIARSKI, MORRIS, SCHNEIDER & PRIOR, LLP; MOSS, PITE & DUNCAN, LLP; CODILIS & STAWIARSKI, PC; MORRIS, SCHNEIDER AND PRIOR, LLC; FEIN, SUCH, KHAN & SHEPARD, P.C.; WELTMAN, WEINBERG & REIS CO., LPA; BOLES, BOLES & RYAN, P.L.C.; and individually, GERALD R. MOSS; ERNIE CODILIS; LEO C. STAWIARKSI, JR.; ARTHUR J. MORRIS; THOMAS E. PRIOR; RANDOLPH SCHNEIDER; ALAN F. SUCH; LARRY R. ROTHENBERG; and WILLIAM R. BOLES, JR.

By:_____
    Richard G. Carlston (ct23944)
    Basil S. Shiber (ct23946)
    Miller, Starr & Regalia
    A Professional Law Corporation
    1331 N. California Blvd., Fifth Floor
    Post Office Box 8177
    Walnut Creek, California  94596
    Telephone:   (925) 935-9400

-and-

Steven M. Greenspan (ct00380)
David M. Bizar (ct20444)
Day, Berry & Howard LLP
City Place I
Hartford, Connecticut 06103
Telephone:   (860) 275-0100

THIS IS TO CERTIFY that a copy of the foregoing was sent via first class mail on this 31st day of December, 2003, to:

Paul Ngobeni, Esq.
Ngobeni & Associates
914 Main Street, Suite 206
East Hartford, CT 06108

Francis J. Brady, Esq.
Matthew J. Budzik
Murtha Cullina LLP
CityPlace I
Hartford, CT 06103-3469

Lou Spadafora, Esq.
Winget, Spadafora & Schwartzberg, LLP
45 Broadway, 19th Floor
New York, NY 10006

Peter Randall Stark, Esq.
183 N. Broad Street
P.O. Box 292
Milford, CT 06460

Basil S. Shiber, Esq.
Miller, Starr & Regalia
1331 N. California Blvd., 5th Floor
P.O. Box 8177
Walnut Creek, CA 94596

Richard G. Carlston, Esq.
Miller, Starr & Regalia
1331 N. California Blvd., 5th Floor
P.O. Box 8177
Walnut Creek, CA 94596

Theodore R. Scarborough, Esq.
Sidely, Austin, Brown & Wood
Bank One Plaza
Chicago, IL 60603

Kweku J. Hanson, Esq.
(Pro Se)
487 Main Street
Hartford, CT 06103-3007

_____
David M. Bizar