UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

KWEKU HANSON,                                : No. 3:02-CV-960 (CFD)
individually and on behalf of                :
all others similarly situated                :
                                             :
    Plaintiff,                              :
                                             :
v.                                           :
                                             :
OCWEN FEDERAL BANK, et al.                   :
                                             :
    Defendants.                             : January 6, 2004

---



### DEFENDANT LITTON LOAN SERVICING, LP'S JOINDER IN OCWEN'S MOTION FOR EXTENSION OF TIME

Defendant, Litton Loan Servicing, LP, ("Litton") joins and adopts in its entirety Ocwen Federal Bank's Motion for Extension of Time ("Motion") dated December 23, 2003. For the reasons set forth in the Motion, Litton respectfully requests that the Court grant Litton an extension of time up to and including January 15, 2004, within which to respond to the Plaintiff's Motion to Modify the Revised Scheduling Order.

Plaintiff's counsel has not consented to Litton's Joinder in Ocwen's Motion for Extension of Time.

        Defendant Litton Loan Servicing, LP

        By: _____

        Luigi Spadafora, Esq. (ct18590)
        WINGET, SPADAFORA &
        SCHWARTZBERG, LLP
        183 N. Broad Street
        Milford, Connecticut 06460
        (203) 874-6708

## CERTIFICATION OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing were sent via regular mail on this date to:

Paul Ngobeni, Esq.
Ngobeni & Associates
914 Main Street, Suite 206
East Hartford, CT 06108

Francis J. Brady Esq.
Matthew J. Budzik, Esq.
Murtha Cullina LLP
CityPlace I
Hartford, CT 06103

Steven M. Greenspan, Esq.
David M. Bizar, Esq.
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103

Dated: January 6, 2004

Richard G. Carlston, Esq.
Basil S. Shiber, Esq.
Miller, Starr & Regalia
1331 N. California Blvd., 5th Floor
P.O. Box 1877
Walnut Creek, CA 94596

Theodore R. Scarborough, Esq.
Sidley, Austin, Brown & Wood
Bank One Plaza
Chicago, IL 60603

Kweku J. Hanson, Esq.
487 Main Street, Suite 2
Hartford, CT 06103

_____
Luigi Spadafora (ct18590)