IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KWEKU HANSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OCWEN FEDERAL BANK; et al.,<br><br>Defendants. | Case No. 3:02 CV 960 (CFD)<br><br><br><br><br>December 31, 2003 |

**GRANTED. It is so ordered.**
**Christopher F. Droney, U.S.D.J.**
**Hartford, CT 1/7/04**

### THE MOSS CODILIS DEFENDANTS' JOINDER IN OCWEN FEDERAL BANK'S MOTION FOR EXTENSION OF TIME

The Moss Codilis Defendants[1] hereby join and adopt in its entirely Ocwen Federal Bank's Motion for Extension of Time ("Motion") dated December 23, 2003. For the reasons set forth in the Motion, the Moss Codilis defendants respectfully request that the Court grant the Moss Codilis Defendants an extension of time up to and including January 15, 2004, within which to respond to plaintiff's Motion to Modify Revised Scheduling Order.

The undersigned contacted plaintiff's counsel, Paul M. Ngobeni, Esq., who indicated that the plaintiff consents to the Moss Codilis Defendants' request for an extension of time. However, plaintiff opposes Ocwen's Motion for an extension of time.

---

[1] Moss Codilis, Stawiarski, Morris, Schneider & Prior, LLP ("Moss Codilis"), and Defendants Gerald R. Moss, Codilis & Stawiarski, P.C., Ernie Codilis, Leo C. Stawiarski, Jr., Morris, Schneider & Prior, LLC, Arthur J. Morris, Thomas E. Prior, Randolph Schneider, Fein, Such, Khan & Shepard, P.C., Alan F. Such, Weltman, Weinberg & Reis Co., LPA, Larry R. Rothenberg, Boles, Boles & Ryan, P.L.C., William R. Boles, Jr. and Moss, Pite & Duncan, LLP.