UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

KWEKU HANSON,                              :    No. 3:02-CV-960 (CFD)
individually and on behalf of              :
all others similarly situated              :
                                           :
    Plaintiff,                           :
                                           :
v.                                         :
                                           :
OCWEN FEDERAL BANK, et al.                 :
                                           :
    Defendants.                          :    DECEMBER 23, 2003

---

### MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), defendant Ocwen Federal Bank FSB ("Ocwen"), respectfully moves for an extension of time to respond to plaintiff's December 12, 2003 Motion to Modify Revised Scheduling Order (Doc. # 221 ) (the "Motion"). Magistrate Judge Garfinkel has scheduled a telephone status conference among all parties for January 5, 2004 to discuss and/or clarify his rulings in this case. Ocwen believes that some of the issues raised in plaintiff's Motion can be resolved during the January 5th telephone conference with Judge Garfinkel, thereby narrowing those topics Ocwen may need to address in its Response to plaintiff's Motion.

Therefore, Ocwen moves for an extension of time of ten (10) days, up to and including January 15, 2004, after Judge Garfinkel's January 5, 2004 teleconference within

**NO ARGUMENT REQUESTED**
**NO TESTIMONY REQUIRED**

*[Stamp: GRANTED. It is so ordered. Christopher F. Droney, U.S.D.J., Hartford, CT 1/7/04]*