UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KWEKU HANSON ) <br> individually and on behalf of ) <br> all others similarly situated ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OCWEN FEDERAL BANK, et al. ) <br>     Defendants. ) <br> _____ ) | No. 3:02-CV-960(CFD) <br><br><br><br><br><br><br><br> DECEMBER 31, 2003 |

Extension GRANTED, absent objectionto and including January 14, 2004It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT 1/7/04

<u>PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO DOCUMENT URGENT NEED FOR HEARING ON AMENDED PRELIMINARY INJUNCTION MOTION</u>

Pursuant to applicable Fed.R.Civ.P. and D.Conn.L.Civ.R. provisions, Plaintiffs move the Court for a *brief* extension of time to submit documentation to show by a preponderance of the evidence why it is imperative that this Court expeditiously recalendar Plaintiffs' amended motion for preliminary injunction. Plaintiffs assert that additional time is needed to properly put together the material for this Court's purview. This Court had initially instructed Plaintiffs to file such substantiation by today, December 31, 2003.

    ORAL ARGUMENT IS NOT REQUESTED

    TESTIMONY WILL NOT BE NECESSARY

- 1 -