GRANTED. It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT 1/7/04

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

KWEKU HANSON, individually and on behalf of all others similarly situated,

Plaintiff,

v.

OCWEN FEDERAL BANK; et al.,

Defendants.

Case No. 3:02 CV 960 (CFD)

December 8, 2003

## MOTION OF MOSS CODILIS RELATED DEFENDANTS TO JOIN OCWEN'S MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), the Moss Codilis related defendants[1] respectfully join the December 5, 2003 motion of defendant Ocwen Federal Bank FSB's ("Ocwen") for an extension of time of seven (7) days up to and including December 15, 2003, within which to respond to Plaintiff's Statement in Support of Immediate Hearing on the Motion for Preliminary Injunction. The Moss Codilis defendants make this request in the interest of maintaining a unified briefing schedule with respect to Plaintiff's Statement.

---

[1] Moss Codilis, Stawiarski, Morris, Schneider & Prior, LLP ("Moss Codilis"), and Defendants Gerald R. Moss, Codilis & Stawiarski, P.C., Ernie Codilis, Leo C. Stawiarski, Jr., Morris, Schneider & Prior, LLC, Arthur J. Morris, Thomas E. Prior, Randolph Schneider, Fein, Such, Khan & Shepard, P.C., Alan F. Such, Weltman, Weinberg & Reis Co., LPA, Larry R. Rothenberg, Boles, Boles & Ryan, P.L.C., William R. Boles, Jr. and Moss, Pite & Duncan, LLP.

MCSM\41962\552710.1

-1-