UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KWEKU HANSON<br>individually and on behalf of<br>all others similarly situated<br>      Plaintiff,<br><br>v.<br><br>OCWEN FEDERAL BANK, et al.<br>      Defendants. | No. 3:02-CV-960(CFD)<br><br><br><br><br><br><br><br><br>DECEMBER 12, 2003 |

GRANTED. It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT 1/7/04

<u>PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO OCWEN'S MOTION FOR DISGORGEMENT OF PRIVILEGED DOCUMENTS</u>

Pursuant to applicable Fed.R.Civ.P. and D.Conn.L.Civ.R. provisions, Plaintiffs move the Court for an extension of time to respond to Ocwen's Motion for Disgorgement of Privileged Documents [Docket #205] filed on or about November 21, 2003.

Plaintiffs assert that said motion is neither frivolous nor interposed for delay, but good cause exists therefor, namely the press of other matters in this and unrelated litigation, disruptions caused by inclement weather, as well as the advent of the Christmas Season. In any event, Plaintiffs have conferred with counsel for Ocwen, the proponents of the Motion for Disgorgement, and Ocwen has assented to the extension request being granted, provided it is limited to one week.

NEITHER ORAL ARGUMENT NOR TESTIMONY IS REQUIRED

- 1 -