UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

KWEKU HANSON,                             :    No. 3:02-CV-960 (CFD)
individually and on behalf of             :
all others similarly situated             :
                                          :
    Plaintiff,                          :
                                          :
v.                                        :
                                          :
OCWEN FEDERAL BANK, et al.                :
                                          :
    Defendants.                         :    December 8, 2003

---

### DEFENDANT LITTON LOAN SERVICING, LP'S MOTION FOR AN ENLARGEMENT OF TIME TO REPLY TO THE PLAINTIFF'S STATEMENT IN SUPPORT OF IMMEDIATE HEARING ON THE MOTION FOR PRELIMINARY INJUNCTION

Pursuant to D.Conn.L.Civ.R. 6, Defendant Litton Loan Servicing, LP, ("Litton"), submits this Motion for an Enlargement of Time to Reply to the Plaintiff's Statement in support of the Immediate Hearing on the Motion for a Preliminary Injunction up through and including December 16, 2003.

On November 25, 2003 the Plaintiff filed a Statement in Support of the Immediate Hearing on the Motion for a Preliminary Injunction. Litton, however, was never served with a copy of said Statement, and only received a copy today from Co-Defendants. Defendants' responses were to be filed by December 8, 2003.

*GRANTED. It is so ordered.*
*Christopher F. Droney, U.S.D.J.*
*Hartford, CT 1/7/04*