UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------
KWEKU HANSON,                             :   No. 3:02-CV-960 (CFD)
individually and on behalf of             :
all others similarly situated             :
                                          :
    Plaintiff,                            :
                                          :
v.                                        :
                                          :
OCWEN FEDERAL BANK, et al.                :
                                          :
    Defendants.                           :   JANUARY 7, 2004
---------------------------------------------------------

**MOTION FOR EXTENSION OF TIME**

Pursuant to Local Rule 7(b), defendant Ocwen Federal Bank FSB ("Ocwen"), respectfully moves for an extension of time in which to provide supplemental responses to plaintiff's First Set of Interrogatories and Requests for Production and plaintiff's Revised Requests for Admissions. Ocwen's Responses to the Interrogatories and Requests for Production are currently due January 8, 2004. Ocwen's Responses to the Revised Requests for Admissions are currently due January 20, 2004. Ocwen requests an extension of time up to and including January 20, 2004 in which to respond to plaintiff's Interrogatories and Requests for Production and an extension of time up to and including January 27, 2004 in which to respond to the plaintiff's Requests for Admissions. As good cause for granting this motion, Ocwen represents that it is diligently and in good faith gathering the facts and

**NO ARGUMENT REQUESTED**
**NO TESTIMONY REQUIRED**

-2-

information necessary to respond to plaintiff's discovery requests, but nevertheless requires additional time to complete that task and serve appropriate responses. Additionally, the intervening holiday period has delayed Ocwen.

This is Ocwen's first request for an extension of time to provide supplemental responses to plaintiff's Interrogatories and Requests for Production and first extension of time to respond to plaintiff's Revised Requests for Admissions. The undersigned has contacted plaintiff's counsel, Paul M. Ngobeni, Esq., and the plaintiff does not consent to the requested extension.

WHEREFORE, defendant Ocwen Federal Bank FSB respectfully requests an extension of time up to and including January 20, 2004 in which to provide supplemental responses to plaintiff's First Set of Interrogatories and Requests for Production and January 27, 2004 in which to respond to plaintiff's Revised Requests for Admissions.

DEFENDANT -
OCWEN FEDERAL BANK FSB


By     /s/ _____

Francis J. Brady - ct04296
Matthew J. Budzik - ct19706
Murtha, Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone: (860) 240-6000
Facsimile: (860) 240-6150
fbrady@murthalaw.com
mbudzik@murthalaw.com

Theodore R. Scarborough – ct24232
Sidley Austin Brown & Wood LLP
Bank One Plaza – 10 S. Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
tscarborough@sidley.com

John K. Van De Weert - ct25413
Sidley Austin Brown & Wood LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711
jvandeweert@sidley.com

Its Attorneys

## **ORDER**

      The motion of defendant Ocwen Federal Bank FSB for an extension of time up to and including January 20, 2004, in which to provide supplemental responses to plaintiff's First Set of Interrogatories and Requests for Production, and January 27, 2004, in which to respond to plaintiff's Revised Requests for Admissions is hereby ORDERED: GRANTED/DENIED.

_____                                        _____
Date                                                                                         U.S. District Court Judge

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Motion for Extension of Time was sent by U.S. mail, first class, postage prepaid, on this 7th day of January, 2004 to:

Paul Ngobeni, Esq.
Ngobeni & Associates
914 Main Street, Suite 206
East Hartford, CT 06108

Steven M. Greenspan, Esq.
David Bizar, Esq.
Day, Berry & Howard
CityPlace I
Hartford, CT 06103-3499

Peter Randall Stark, Esq.
183 N. Broad Street
P.O. Box 292
Milford, CT 06460

Theodore R. Scarborough, Esq.
Sidley Austin Brown & Wood LLP
Bank One Plaza
Chicago, IL 60603

Luigi Spadafora, Esq.
Winget & Spadafora
45 Broadway, 19th Floor
New York, NY 10006

John Van De Weert, Esq.
Sidley Austin Brown & Wood LLP
1501 K Street, NW
Washington, DC 20005

Richard G. Carlston, Esq.
Basil S. Shiber, Esq.
Miller, Starr & Regalia
1331 N. California Blvd., 5th Floor
P.O. Box 8177
Walnut Creek, CA 94596

Kweku J. Hanson, Esq.
*Pro Se*
Elm Building
487 Main Street, Suite Two
Hartford, CT 16103-3007

_____/s/_____
Matthew J. Budzik