FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KWEKU HANSON ) | No. 3:02-CV-960 (CFD) |
| individually and on behalf of ) | |
| all others similarly situated ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| OCWEN FEDERAL BANK, et al. ) | |
| Defendants. ) | |
| ) | JANUARY 8, 2004 |

<u>PLAINTIFFS' OBJECTION TO OCWEN'S MOTION FOR EXTENSION OF TIME
UNTIL 01/20/04 AND 01/27/04 TO RESPOND TO DISCOVERY REQUESTS</u>

Plaintiffs Object to Ocwen's above-mentioned January 7, 2004 motion for an extension of time. The reasons for the Objection are few and factual. First, during this litigation, Ocwen has typically not been amenable to courteously consenting to continuance requests by Plaintiffs. This has resulted in unnecessary motion practice. Secondly, Ocwen has had since the beginning of April, 2003 (nine months ago) to review and formulate responses to Plaintiffs' interrogatories and requests for production. Ocwen's job in that regard was made much easier when this Court (Garfinkel, MJ.), legally lightened Ocwen's load.

ORAL ARGUMENT IS NOT REQUESTED

TESTIMONY WILL NOT BE REQUIRED

-1-

Magistrate Judge Garfinkel selected specific interrogatories and production requests that Ocwen had to respond to, and accorded Ocwen a generous forty-five (45) day window to do so, even as Plaintiffs were given truncated discovery deadlines. Thirdly, Magistrate Judge Garfinkel pruned Plaintiffs' propounded request for admissions from 439 to 70 (or more accurately instructed Plaintiffs to do the winnowing). Plaintiffs merely subtracted 369 requests from the original slew, *and did not introduce any substantively novel requests*. Thus, these are the exact requests reviewed by Ocwen's legal team since 04/01/03.

There is no justification for this extension of time, which is not only suspicious as to its timing,[1] but also dilatory in its import. Wherefore, Plaintiffs ask this Court to deny Ocwen's motion for extension of time.

Respectfully submitted,

Paul M. Ngobeni (#ct08187)
Law Offices of Paul Ngobeni
914 Main Street, Suite 206
East Hartford, CT 06108
Telephone: (860) 289-3155
Facsimile: (860) 282-7479

---

[1] Plaintiffs feel that Ocwen is waiting to review Plaintiffs' 2,260-plus page document production, in order to see how much wriggle room it can manoeuver vis-a-vis its responses.

-2-

CERTIFICATION

A copy of Plaintiffs' **Objection to Ocwen's Motion for Extension of Time** was mailed January 8th, 2004, postage prepaid, to counsel and *pro se* parties of record:

| | |
|---|---|
| Steven M. Greenspan, Esq.<br>David M. Bizar, Esq.<br>Day, Berry & Howard LLP<br>CityPlace I<br>Hartford, CT 06103-3499<br>(860) 275-0100 Fax (860) 275-0343 | Matthew Budzik, Esq.<br>Francis J. Brady, Esq.<br>Murtha Cullina LLP<br>CityPlace I, 185 Asylum Street<br>Hartford, CT 06103<br>(860) 240-6000 Fax (860) 240-6150 |
| Basil S. Shiber, Esq.<br>Richard G. Carlston, Esq.<br>Miller, Starr & Regalia<br>1331 N. California Blvd. 5th Floor<br>P. O. Box 8177<br>Walnut Creek, CA 94596<br>(925) 935-9400 | Theodore R. Scarborough, Esq..<br>John Van De Weert, Esq.<br>Sidely, Austin, Brown & Wood<br>Attorneys at Law<br>Bank One Plaza<br>Chicago, IL 60603<br>(312) 853-7036 Fax (312) 853-2236 |
| Luigi Spadafora, Esq.<br>Peter R. Stark, Esq.<br>Winget, Spadafora & Schwartzberg<br>45 Broadway, 19th Floor<br>New York, NY 10006<br>(212) 221-6900 Fax (212) 221-6989 | Kweku J. Hanson, Esq. (*Pro Se*)<br>Law Offices of Kweku J. Hanson<br>487 Main Street, Suite Two<br>Hartford, CT 06103-3007<br>(860) 728-5454 Fax (860) 548-9660 |

_____
Paul M. Ngobeni, Esq.

- 3 -