UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KWEKU HANSON ) <br> individually and on behalf of ) <br> all others similarly situated ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OCWEN FEDERAL BANK, et al. ) <br>     Defendants. ) <br> _____) | No. 3:02-CV-960(CFD) <br><br><br><br><br><br><br><br> JANUARY 16, 2004 |

PLAINTIFFS' EXEMPLARY EVIDENCE ELUCIDATING STATEMENT IN
SUPPORT OF IMMEDIATE HEARING ON PRELIMINARY INJUNCTION

    This Court on December 9, 2003 and January 7, 2004 issued orders (Docket Entry #213 and #241 respectively) to Plaintiffs to provide support for their Statement (Docket Entry #202) that an immediate hearing is warranted on Plaintiffs' Amended Motion for Preliminary Injunction. Pursuant to those directives, Plaintiffs attach [as Exhibits A-R] selected Affidavits, newsmedia articles, and records in furtherance of their Statement. If, after review, this Court has any questions *prior to the hearing* on the merits of Plaintiffs' Amended Motion for Preliminary Injunction,[1] Plaintiffs will be happy (with the Court's indulgence) to submit a letter response (and more Exhibits) in lieu of a formal motion.

---

    [1]    Noteworthily, Defendants have never substantively opposed or formally objected to Plaintiffs' Amended Preliminary Injunction despite the pendency of same since July 19, 2003.

- 1 -

The Exhibits are illustrative, and necessarily constitute a scintilla, of the competent documentation to be relied on in substantive support of the Amended Motion for Preliminary Injunction. As the Court can see for itself from the attached material, and as the Court has heard from oral and other documentary testimony proffered by Plaintiffs during the eighteen month pendency of this litigation, the need for an *immediate* hearing on the Preliminary Injunction remains extremely urgent.

Plaintiffs' potent, persuasive, phalanx of prospective, foreclosure-facing witnesses are desperate to testify directly to this Court. Assuming arguendo that Plaintiffs can prove even an iota of the raft of abuses asserted against Ocwen, Moss Codilis and Litton, would that not merit immediate injunctive relief? Plaintiffs insist that they can; that the damages are intolerably immeasurable; and that they are thus entitled to be heard on their 515-day old injunction request immediately. Ocwen, Moss Codilis and Litton should have no fear from a fundamentally fair federal foray into the arena of injunctive relief.[2]

---

[2] If Plaintiffs' motion is patently frivolous, this Court can impose sanctions (or award Defendants' fees and costs). Thus, there is scant risk to Defendants in, and no basis for resisting, a hearing on this motion. Conversely, if putative plaintiffs (and Hanson) are suffering ruinous injuries as alleged, then it is incumbent on the Court not to delay their speedy redress rights.

Respectfully submitted,

_____
Paul M. Ngobeni (#ct08187)
Law Offices of Paul Ngobeni
914 Main Street, Suite 206
East Hartford, CT 06108
Telephone: (860) 289-3155
Facsimile: (860) 282-7479

CERTIFICATION

A copy of Plaintiffs' **Exemplary Evidence Elucidating Statement in Support of Immediate Hearing on Preliminary Injunction** was mailed January _____, 2004, postage prepaid, to:

Steven M. Greenspan, Esq.
David M. Bizar, Esq.
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499
(860) 275-0100 Fax (860) 275-0343

Matthew Budzik, Esq.
Francis J. Brady, Esq.
Murtha Cullina LLP
CityPlace I, 185 Asylum Street
Hartford, CT 06103
(860) 240-6000 Fax (860) 240-6150

Basil S. Shiber, Esq.
Richard G. Carlston, Esq.
Miller, Starr & Regalia
1331 N. California Blvd. 5th Floor
P. O. Box 8177
Walnut Creek, CA 94596
(925) 935-9400

Theodore R. Scarborough, Esq..
John Van De Weert, Esq.
Sidely, Austin, Brown & Wood
Attorneys at Law
Bank One Plaza
Chicago, IL 60603
(312) 853-7036 Fax (312) 853-2236

Luigi Spadafora, Esq.
Peter R. Stark, Esq.
Winget, Spadafora & Schwartzberg
45 Broadway, 19th Floor
New York, NY 10006
(212) 221-6900 Fax (212) 221-6989

Kweku J. Hanson, Esq. (*Pro Se*)
Law Offices of Kweku J. Hanson
487 Main Street, Suite Two
Hartford, CT 06103-3007
(860) 728-5454 Fax (860) 548-9660

_____
**Paul M. Ngobeni, Esq.**

- 3 -