UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

KWEKU HANSON, : No. 3:02-CV-960 (CFD)
individually and on behalf of :
all others similarly situated :
:
    Plaintiff, :
:
    v. :
:
OCWEN FEDERAL BANK, et al. :
:
    Defendants. : JANUARY 7, 2004

---

GRANTED. It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT  1/20/04

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), defendant Ocwen Federal Bank FSB ("Ocwen"), respectfully moves for an extension of time in which to provide supplemental responses to plaintiff's First Set of Interrogatories and Requests for Production and plaintiff's Revised Requests for Admissions. Ocwen's Responses to the Interrogatories and Requests for Production are currently due January 8, 2004. Ocwen's Responses to the Revised Requests for Admissions are currently due January 20, 2004. Ocwen requests an extension of time up to and including January 20, 2004 in which to respond to plaintiff's Interrogatories and Requests for Production and an extension of time up to and including January 27, 2004 in which to respond to the plaintiff's Requests for Admissions. As good cause for granting this motion, Ocwen represents that it is diligently and in good faith gathering the facts and

**NO ARGUMENT REQUESTED**
**NO TESTIMONY REQUIRED**