UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

KWEKU HANSON,                              :    No. 3:02-CV-960 (CFD)
individually and on behalf of              :
all others similarly situated              :
                                           :
        Plaintiff,                         :
                                           :
        v.                                 :
                                           :
OCWEN FEDERAL BANK, et al.                 :
                                           :
        Defendants.                        :    January 6, 2004

---

### DEFENDANT LITTON LOAN SERVICING, LP'S JOINDER IN OCWEN'S MOTION FOR EXTENSION OF TIME

Defendant, Litton Loan Servicing, LP, ("Litton") joins and adopts in its entirety Ocwen Federal Bank's Motion for Extension of Time ("Motion") dated December 23, 2003. For the reasons set forth in the Motion, Litton respectfully requests that the Court grant Litton an extension of time up to and including January 15, 2004, within which to respond to the Plaintiff's Motion to Modify the Revised Scheduling Order.

Plaintiff's counsel has not consented to Litton's Joinder in Ocwen's Motion for Extension of Time.

                                        Defendant Litton Loan Servicing, LP

                                        By: _____

                                        Luigi Spadafora, Esq. (ct18590)
                                        WINGET, SPADAFORA &
                                        SCHWARTZBERG, LLP
                                        183 N. Broad Street
                                        Milford, Connecticut 06460
                                        (203) 874-6708

*GRANTED. It is so ordered.*
*Christopher F. Droney, U.S.D.J.*
*Hartford, CT 1/20/04*