UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---
| | |
|---|---|
| KWEKU HANSON, : | No. 3:02-CV-960 (CFD) |
| individually and on behalf of : | |
| all others similarly situated : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| OCWEN FEDERAL BANK, et al. : | |
| : | |
| Defendants. : | JANUARY 23, 2004 |
---

**MOTION FOR ONE-WEEK EXTENSION OF TIME**

Pursuant to Local Rule 7(b), defendant Ocwen Federal Bank FSB ("Ocwen"), respectfully moves for a one-week extension of time in which to provide responses to plaintiff's Revised Requests for Admissions. Ocwen's Responses to the Revised Requests for Admissions are currently due January 27, 2004, pursuant to an extension previously granted by the Court. Ocwen requests an extension of time up to and including February 3, 2004 in which to respond to plaintiff's Revised Requests for Admissions. As good cause for granting this motion, Ocwen represents that it is diligently and in good faith gathering the facts and information necessary to respond to plaintiff's discovery requests, but nevertheless requires additional time to complete that task and serve appropriate responses. Plaintiff's requests require Ocwen and its counsel to carefully review certain records in order to

**NO ARGUMENT REQUESTED**
**NO TESTIMONY REQUIRED**

provide responses to the requests, particularly because plaintiff has used the requests as a broad discovery tool rather than a way to narrow the evidentiary issues and that process has taken more time than Ocwen's counsel originally anticipated.

This request for a one-week extension of time is Ocwen's second request for an extension of time to respond to plaintiff's Revised Requests for Admissions. The prior extension was also for one week. The undersigned has attempted to contact plaintiff's counsel, Paul M. Ngobeni, Esq., but has been unable to determine plaintiff's position regarding this Motion.

WHEREFORE, defendant Ocwen Federal Bank FSB respectfully requests an extension of time up to and including February 3, 2004 in which to respond to plaintiff's Revised Requests for Admissions.

DEFENDANT -
OCWEN FEDERAL BANK FSB


By _____

Francis J. Brady - ct04296
Matthew J. Budzik - ct19706
Murtha, Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone: (860) 240-6000
Facsimile: (860) 240-6150
fbrady@murthalaw.com
mbudzik@murthalaw.com

Theodore R. Scarborough – ct24232
Sidley Austin Brown & Wood LLP
Bank One Plaza – 10 S. Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
tscarborough@sidley.com

John K. Van De Weert - ct25413
Sidley Austin Brown & Wood LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711
jvandeweert@sidley.com

Its Attorneys

-4-

**<u>ORDER</u>**

The motion of defendant Ocwen Federal Bank FSB for an extension of time up to and including February 3, 2004, in which to respond to plaintiff's Revised Requests for Admissions is hereby ORDERED:

GRANTED/DENIED.

_____  _____
Date                                                                      U.S. District Court Judge

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Motion for Extension of Time was sent by U.S. mail, first class, postage prepaid, on this 23rd day of January, 2004 to:

| | |
|---|---|
| Paul Ngobeni, Esq.<br>Ngobeni & Associates<br>914 Main Street, Suite 206<br>East Hartford, CT 06108 | Steven M. Greenspan, Esq.<br>David Bizar, Esq.<br>Day, Berry & Howard<br>CityPlace I<br>Hartford, CT 06103-3499 |
| Peter Randall Stark, Esq.<br>183 N. Broad Street<br>P.O. Box 292<br>Milford, CT 06460 | Theodore R. Scarborough, Esq.<br>Sidley Austin Brown & Wood LLP<br>Bank One Plaza<br>Chicago, IL 60603 |
| Luigi Spadafora, Esq.<br>Winget & Spadafora<br>45 Broadway, 19th Floor<br>New York, NY 10006 | John Van De Weert, Esq.<br>Sidley Austin Brown & Wood LLP<br>1501 K Street, NW<br>Washington, DC  20005 |
| Richard G. Carlston, Esq.<br>Basil S. Shiber, Esq.<br>Miller, Starr & Regalia<br>1331 N. California Blvd., 5th Floor<br>P.O. Box 8177<br>Walnut Creek, CA 94596 | Kweku J. Hanson, Esq.<br>*Pro Se*<br>Elm Building<br>487 Main Street, Suite Two<br>Hartford, CT  16103-3007 |

_____
Matthew J. Budzik