UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------
KWEKU HANSON,                          :    No. 3:02-CV-960 (CFD)
individually and on behalf of          :
all others similarly situated          :
                                       :
    Plaintiff,                         :
                                       :
v.                                     :
                                       :
OCWEN FEDERAL BANK, et al.             :
                                       :
    Defendants.                        :    January 26, 2004
---------------------------------------------------------

OCWEN FINANCIAL CORPORATION'S OPPOSITION TO
PLAINTIFF'S MOTION TO STRIKE ITS RULE 12(b)(2) SUPPLEMENTAL BRIEF

In its Motion for Leave to File a Supplemental Brief on its Rule 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction ("Motion to Supplement"), Ocwen Financial Corporation ("Ocwen Financial") sought leave of court to bring newly discovered information to the Court's attention related to a prior pleading submitted by Ocwen Financial. Plaintiff Hanson has moved to strike that proposed supplemental filing. That motion should be denied.

**NO ARGUMENT REQUESTED**
**NO TESTIMONY REQUIRED**

-2-

**Argument**

As Ocwen Financial stated in its Motion to Supplement, on December 10, 2003, in-house and outside counsel for Ocwen Financial discovered for the first time that Ocwen Financial was the named lessor of office space in Wallingford, Connecticut. Promptly thereafter, on December 12, 2003, Ocwen Financial sought leave of court to file a supplemental brief addressing the recently discovered information, which was then filed on December 19, 2003. For reasons that are not clear, plaintiff objected to this. However, plaintiff presented this Court with no justifiable reason why Ocwen Financial should not be permitted to advise the Court of the new information. Plaintiff will suffer no prejudice. As explained in Ocwen Financial's Motion to Supplement, the supplemental information is of no consequence to this Court's ruling on Ocwen Financial's motion to dismiss. In short, Ocwen Financial's filing was an appropriate step to supplement the record and describe the legal consequences of the additional information.

**Conclusion**

For the foregoing reasons, as well as those set forth in Ocwen Financial's Motion to Supplement, Ocwen Financial respectfully requests that the Court deny plaintiff's Motion to Strike Ocwen Financial Corporation's Unauthorized and Untimely Rule 12(b)(2) Supplemental Brief.

DEFENDANT -
OCWEN FINANCIAL CORPORATION


By     /s/    

Francis J. Brady - ct04296
Matthew J. Budzik - ct19706
Murtha, Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone:  (860) 240-6000
Facsimile:  (860) 240-6150
fbrady@murthalaw.com
mbudzik@murthalaw.com

Theodore R. Scarborough – ct24232
Sidley Austin Brown & Wood LLP
Bank One Plaza – 10 S. Dearborn Street
Chicago, Illinois 60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036
tscarborough@sidley.com

John K. Van De Weert - ct25413
Sidley Austin Brown & Wood LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 736-8000
Facsimile:  (202) 736-8711
jvandeweert@sidley.com

Its Attorneys

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing OCWEN FINANCIAL CORPORATION'S OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE ITS RULE 12(b)(2) SUPPLEMENTAL BRIEF was sent by U.S. mail, first class postage prepaid, on this 26th day of January, 2004 to:

Paul Ngobeni, Esq.
Ngobeni & Associates
914 Main Street, Suite 206
East Hartford, CT 06108

David Bizar, Esq.
Day, Berry & Howard
CityPlace I
Hartford, CT 06103-3499

Peter Randall Stark, Esq.
183 N. Broad Street
P.O. Box 292
Milford, CT 06460

John K. Van De Weert
Sidley Austin Brown & Wood LLP
1501 K Street, N.W.
Washington, D.C. 20005

Luigi Spadafora, Esq.
Winget & Spadafora
45 Broadway, 19th Floor
New York, NY 10006

Kweku J. Hanson, Esq.
*Pro Se*
Elm Building
487 Main Street, Suite Two
Hartford, CT  06103-3007

Basil S. Shiber, Esq.
Richard G. Carlston, Esq.
Miller, Starr & Regalia
1331 N. California Blvd., 5th Floor
P.O. Box 8177
Walnut Creek, CA 94596

Theodore R. Scarborough, Esq.
Sidley Austin Brown & Wood LLP
Bank One Plaza
10 S. Dearborn Street
Chicago, IL 60603

_____/s/_____
Matthew Budzik