PRIVILEGE LOG OF
MOSS, CODILIS, STAWIARSKI, MORRIS, SCHNEIDER & PRIOR, LLP

*Kweku Hanson v. Ocwen Federal Bank, et al.*
(D. Conn. No. 3:02-CV-960 (CFD))

| | Document | Date | Privilege Claimed | Author | Recipient | General Subject Matter |
|---|---|---|---|---|---|---|
| 1. | Agreement between Ocwen Federal Bank and Moss, Codilis, Stawiarski, Morris, Schneider & Prior, LLP | June 1, 2001 | Attorney-client; attorney work product | Unknown/ counsel | N.A. | Terms/nature of representation of Ocwen by Moss Codilis |
| 2. | Agreement between Moss, Codilis, Stawiarski, Morris, Schneider & Prior, LLP and Ocwen Federal Bank FSB | November 2000 | Attorney-client; attorney work product | Unknown/ counsel | N.A. | Terms/nature of representation of Ocwen by Moss Codilis |

MCSM\41962\553701.1                                -1-