FILED

2004 JAN 23 P 4: 29

DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

KWEKU HANSON,                          :        No. 3:02-CV-960 (CFD)
individually and on behalf of          :
all others similarly situated          :
                                       :
          Plaintiff,                   :
                                       :
     v.                                :
                                       :
OCWEN FEDERAL BANK, et al.             :
                                       :
          Defendants.                  :        JANUARY 23, 2004

---

**MOTION FOR ONE-WEEK EXTENSION OF TIME**

Pursuant to Local Rule 7(b), defendant Ocwen Federal Bank FSB ("Ocwen"),

respectfully moves for a one-week extension of time in which to provide responses to

plaintiff's Revised Requests for Admissions. Ocwen's Responses to the Revised Requests

for Admissions are currently due January 27, 2004, pursuant to an extension previously

granted by the Court. Ocwen requests an extension of time up to and including February 3,

2004 in which to respond to plaintiff's Revised Requests for Admissions. As good cause for

granting this motion, Ocwen represents that it is diligently and in good faith gathering the

facts and information necessary to respond to plaintiff's discovery requests, but nevertheless

requires additional time to complete that task and serve appropriate responses. Plaintiff's

requests require Ocwen and its counsel to carefully review certain records in order to

**NO ARGUMENT REQUESTED**
**NO TESTIMONY REQUIRED**

GRANTED. It is so ordered.

Christopher F. Droney, U.S.D.J.
Hartford, CT