UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

KWEKU HANSON, : No. 3:02-CV-960 (CFD)
individually and on behalf of :
all others similarly situated :
 :
    Plaintiff, :
 :
v. :
 :
OCWEN FEDERAL BANK, et al. :
 :
    Defendants. : January 29, 2004

---

OCWEN'S JOINDER IN MOSS CODILIS' OPPOSITION TO
PLAINTIFF'S REQUEST FOR *IN CAMERA* REVIEW
OF THE DOCUMENTS ON MOSS CODILIS' PRIVILEGE LOG

    Defendant Ocwen Federal Bank FSB ("Ocwen"), hereby joins in the Opposition of Moss Codilis Related Defendants to Plaintiff's Request for *In Camera* Review of Assertedly Privileged Documents Listed on Moss Codilis Privilege Log (the "Moss Codilis Opposition"). The documents listed on Moss Codilis's privilege log are privileged communications between Ocwen and Moss Codilis, its legal counsel. Ocwen has separately listed those documents on its own privilege log.

**NO ARGUMENT REQUESTED**
**NO TESTIMONY REQUIRED**

-2-

As set forth in the Moss Codilis Opposition, plaintiff has failed to comply with Local Rule 37, which required him to meet and confer prior to filing this instant motion. This is but his latest failure to meet that obligation, which prejudices Ocwen's ability to understand the issues raised by plaintiff and attempt to resolve them without motion practice. In addition, plaintiff has wholly failed to set forth any basis for an *in camera* review of the documents. In that regard, other than a waiver argument that requires no *in camera* inspection (and, for the reasons set forth by Moss Codilis, is without merit), plaintiff has set forth no facts or law to meet his burden to show that an *in camera* inspection of the documents is warranted.

As the privilege being asserted by Moss Codilis is Ocwen's privilege, the client in the attorney-client relationship, Ocwen reserves all rights to support the existence of the privilege if and when plaintiff complies with his threshold obligations in bringing this motion, and if the Court determines to conduct an *in camera* inspection.

DEFENDANT -
OCWEN FEDERAL BANK FSB


By     /s/ _____

Francis J. Brady - ct04296
Matthew J. Budzik - ct19706
Murtha, Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone: (860) 240-6000
Facsimile: (860) 240-6150
fbrady@murthalaw.com
mbudzik@murthalaw.com

Theodore R. Scarborough – ct24232
Sidley Austin Brown & Wood LLP
Bank One Plaza – 10 S. Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
tscarborough@sidley.com

John K. Van De Weert - ct25413
Sidley Austin Brown & Wood LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711
jvandeweert@sidley.com

Its Attorneys

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Ocwen's Joinder In Moss Codilis' Opposition To Plaintiff's Request For In Camera Review Of The Documents On Moss Codilis' Privilege Log was sent by U.S. mail, first class postage prepaid, on this 29th day of January, 2004 to:

Paul Ngobeni, Esq.
Ngobeni & Associates
914 Main Street, Suite 206
East Hartford, CT 06108

David M. Bizar, Esq.
Day, Berry & Howard
CityPlace I
Hartford, CT 06103-3499

Peter Randall Stark, Esq.
183 N. Broad Street
P.O. Box 292
Milford, CT 06460

T. Robert Scarborough, Esq.
Sidley Austin Brown & Wood LLP
Bank One Plaza, 10 S. Dearborn Street
Chicago, IL 60603

Luigi Spadafora, Esq.
Winget & Spadafora
45 Broadway, 19th Floor
New York, NY 10006

Kweku J. Hanson, Esq.
*Pro Se*
Elm Building
487 Main Street, Suite Two
Hartford, CT 06103-3007

Basil S. Shiber, Esq.
Richard G. Carlston, Esq.
Miller, Starr & Regalia
1331 N. California Blvd., 5th Floor
P.O. Box 8177
Walnut Creek, CA 94596

John K. Van De Weert, Esq.
Sidley Austin Brown & Wood LLP
1501 K Street, N.W.
Washington, D.C. 20005

_____/s/_____
Matthew Budzik

-4-

-5-

Case 3:02-cv-00960-CFD     Document 258     Filed 01/29/2004     Page 5 of 5