# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**TO:** Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**THIS FORM MUST BE RETURNED TO THE JUDICIAL PANEL NO LATER THAN (Noon Eastern Time)   February 9, 2004**
**Panel Fax No.: (202) 502-2888**

MDL DOCKET No. **1604**-- In re Ocwen Federal Bank, FSB, Mortgage Servicing Litigation

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**
Defendant Litton Loan Servicing, LP

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**
Kweku Hanson individually on behalf of all others similarly situated v. Ocwen Federal Bank; Ocwen Financial Corporation; William Erbey; Litton Loan Servicing LP; Moss, Codilis, Stawiarski, Morris, Schneider & Prior, LLP; Moss, Pite & Duncan, LLP; Gerald R. Moss; Codilis & Stawiarski, Prior, LLC; Arthur J. Morris; Thomas E. Prior; Randolph Schneider; Fein, Such, Khan & Shepard, P.C.; Alan F. Such; Weltman, Weinberg & Reis Co., LPA; Larry R. Rothenberg; Boles, Boles, & Ryan, P.L.C.; William R. Boles, Jr.

District Court, District of Connecticut (New Haven)
Case No. 3:02-cv-00960-CFD
*************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

February 5, 2004
Date                                     Signature of Attorney or Designee

**Name and Address of Designated Attorney:**
Luigi Spadafora, Esq.
Winget, Spadafora & Schwartzberg, LLP
45 Broadway, 19th Floor
New York, New York 10006

Telephone No.: (212) 221-6900                Fax No.: (212) 221-6989

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE

JPML Form 18

**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

------------------------------------------------------------- x

In re:

Ocwen Federal Bank, FSB, Mortgage Servicing    MDL Docket No. 1604
Litigation


------------------------------------------------------------- x

## CORPORATE DISCLOSURE STATEMENT OF LITTON LOAN SERVICING, LP

Pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Defendant Litton Loan Servicing, LP ("Litton"), by its attorneys, Winget, Spadafora, Schwartzberg, LLP, hereby makes the following disclosure statement:

A.  Incorporation

Litton is a Delaware Limited Partnership. Litton GP LLC is a Limited Partner and Credit- Based Asset Servicing and Securitization LLC is a Limited Partner.

B.  Ownership

To date, no publicly held corporation owns 10% or more of Litton's stock.

Dated: New York, New York
       February 6, 2004

                                               WINGET, SPADAFORA &
                                               SCHWARTZBERG, LLP
                                               Attorneys for Defendant
                                               Litton Loan Servicing, LP

By: _____
      Luigi Spadafora, Esq.
      Winget, Spadafora & Schwartzberg, LLP
      45 Broadway, 19th Floor
      New York, New York 10006
      (212) 221-6900

## CERTIFICATION OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing were sent via first class mail and overnight mail on this date to:

## SERVICE LIST

| | |
|---|---|
| **Via First Class Mail**<br>Thomas A. Jenkins<br>Jenkins & Mulligan<br>660 Market Street, 3rd Floor<br>San Francisco, CA 94104 | **Attorneys for Plaintiffs**<br>Garry L. Youtsey, Lula M. Jackson,<br>Geneva Spires, Arleatha L. Robinson |
| **Via First Class Mail**<br>Elizabeth K. Cabraser<br>Kelly M. Dermody<br>Andie J. Janos<br>Lieff, Cabraser, Heimann & Bernstein<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111 | **Attorney for Plaintiffs**<br>Jon De Kerguelen, Patricia Antoine<br>Rosalind DeKett |
| **Via First Class Mail**<br>Timothy B. Hyland<br>Leffler & Hyland PC<br>4163 Chain Bridge Road<br>Fairfax, VA 22030 | **Attorney for Plaintiffs**<br>Jon De Kergulen, Patricia Antoine<br>Rosalind DeKett |
| **Via First Class Mail**<br>Paul M. Ngobeni<br>Ngobeni & Associates<br>914 Main Street, #206<br>East Hartford, CT 06108 | **Attorney for Plaintiffs**<br>Kweku Hanson, Ind.& O/B/O Others<br>Similarly Situated |
| **Via First Class Mail**<br>George A. Riley<br>O'Melveny & Myers<br>Embarcadero Center West<br>275 Battery Street, 26th Floor<br>San Francisco, CA 94111 | **Attorney for Defendant**<br>Ocwen Federal, FSB and Ocwen<br>Financial Services, Inc. |
| **Via First Class Mail**<br>John D. Duncan<br>Peter J. Salmon<br>Moss, Pite & Duncan, LLP<br>525 East Main Street<br>El Cajon, CA 02022 | **Attorney for Defendant**<br>Cal-Western Reconveyance Group |

| | |
|---|---|
| **Via First Class Mail** | **Attorney for Defendant** |
| Richard Glen Carlston<br>Starr & Regalia<br>1331 N. California Blvd. 5th Fl<br>PO Box 1877<br>Walnut Creek, CA 94596 | Moss, Codilis, Stawiarski, Miller, Morris, Schneider & Prior, LLP; Gerald R. Moss, Codilis & Stawiarski, Jr.; Morris Schneider Prior, LLC; Arthur J, Morris; Thomas E. Prior; Fein, Such, Khan & Shepard, PC; Alan F. Such; Weltman, Weinberg & Reis, Co., LPA; Larry R. Rothenberg; Boles, Boles & Ryan, PLC; William R. Boles, Jr.; Moss, Pite, & Duncan, LLP; |
| **Via First Class Mail** | **Attorney for Defendant** |
| David M. Bizar<br>Day, Berry & Howard<br>1331 N. California Blvd. 5th Fl<br>PO Box 1877<br>Walnut Creek, CA 94596 | Moss, Codilis, Stawiarski, Miller, & Morris, Schneider & Prior, LLP; Gerald R. Moss, Codilis & Stawiarski, Jr.; Morris Schneider Prior, LLC; Arthur J, Morris; Thomas E. Prior; Fein, Such, Khan & Shepard, PC; Alan F. Such; Weltman, Weinberg & Reis, Co., LPA; Larry R. Rothenberg; Boles, Boles & Ryan, PLC; William R. Boles, Jr.; Moss, Pite, & Duncan, LLP; |
| **Via First Class Mail** | **Attorney for Defendant** |
| Francis J. Brady<br>Murtha Cullina, LLP<br>Cityplace I<br>185 Asylum Street<br>Hartford, CT 06103 | Ocwen Federal Bank; Ocwen Financial Corp.; William Erbey |
| **Via First Class Mail** | **Attorney for Defendant** |
| Theodore R. Scarborough<br>Sidley, Austin Brown & Wood<br>Bank One Plaza<br>10 South Dearborn Street<br>Chicago, IL 60603 | Ocwen Financial Corp. |

**Via First Class Mail**
Karen A. Braje
Reed Smith, LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

**Attorney for Defendant**
Ocwen Federal Bank

**Via First Class Mail**
Steve A. Nielsen, Senior Manager
Ocwen Federal Bank
12650 Ingenuity Drive
Orlando, FL 32826

**Via First Class Mail**
Clerk of the Court
U.S. District Court
Central District of California
United States Federal Courthouse
312 North Spring Street
Los Angeles, CA 90012

**Via First Class Mail**
Clerk of the Court
U.S. District Court
Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

**Via First Class Mail**
Clerk of the Court
U.S. District Court
District of Connecticut-Hartford
Abraham Ribicoff Federal Building
450 Main Street
Hartford, CT 06103

**Via Overnight Mail**
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, DC 20002-8004

Dated: February 6, 2004

Luigi Spadafora (ct18590)