Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KWEKU HANSON, individually and on
behalf of others similarly situated
    Plaintiff,

v.                                           Civil Action No. 3:02CV960(CFD)

OCWEN FEDERAL BANK, ET AL.,
    Defendants.

## RULING AND AMENDED SCHEDULING ORDER

The plaintiff's motions for enlargement of time and to modify the scheduling order [Docs. ##132, 133] are GRANTED IN PART, DENIED IN PART.

The Court's scheduling order of February 27, 2003 is hereby amended and clarified:

Discovery will be conducted in two phases. In the first phase, discovery will proceed with respect to (a) the merits of the plaintiff's claims and (b) whether the requirements of class certification under Federal Rule of Civil Procedure 23 are satisfied in this action. In the second phase, discovery will proceed regarding the merits of the claims of the class.

The first phase shall commence immediately and will be completed by **October 1, 2003**. By **July 1, 2003**, non-expert witness discovery *regarding the merits of the plaintiff's claims and the requirements of class certification under Federal Rule of Civil Procedure 23* shall be completed. By **August 1, 2003**, plaintiff's expert witness designations and reports *regarding the merits of the plaintiff's claims and the requirements of class certification under Federal Rule of Civil Procedure 23* must be exchanged. By **September 1, 2003**, depositions of the plaintiff's experts *regarding the merits of the plaintiff's claims and the requirements of class certification under Federal Rule of Civil Procedure 23* must be completed. By **September 1, 2003**, the defendants' expert witness designations and reports *regarding the merits of the plaintiff's claims and the requirements of class certification under Federal Rule of Civil Procedure 23* must be exchanged. By **October 1, 2003**, depositions of the defendant's experts *regarding the merits of the plaintiff's claims and the requirements of class certification under Federal Rule of Civil Procedure 23* must be completed.

Dispositive motions regarding the plaintiff's individual claims shall be filed by **October 1, 2003**.

The defendants' responses to the plaintiff's motion for class certification shall be filed by **October 1, 2003**. The plaintiff's reply to the defendants' responses shall filed by **October 15, 2003**.

1

By agreement, the hearing on the plaintiff's amended motion for preliminary injunction will take place following the Court's ruling on the plaintiff's motion for class certification.

The second phase of discovery–*regarding the merits of the claims of the class*–shall commence following the Court's ruling on the plaintiff's motion for class certification. Dispositive motions with regard to the claims of the class shall be filed upon the close of the second phase of discovery. The parties shall submit their joint trial memorandum within thirty days of the Court's ruling on these dispositive motions and the case will be considered ready for trial.

There shall be no extensions of time for compliance, except for good cause shown which means events that are unforeseeable and beyond the control of any of the parties. This excludes lack of due diligence in moving the case forward by all permissible means with or without direct court action.

SO ORDERED this 29th day of April 2003, at Hartford, Connecticut.

_____
CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE