Exhibit D

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------
KWEKU HANSON,                                :    No. 3:02-CV-960 (CFD)
individually and on behalf of                :
all others similarly situated                :
                                             :
       Plaintiff,                            :
                                             :
v.                                           :
                                             :
OCWEN FEDERAL BANK, et al.                   :
                                             :
       Defendants.                           :    MARCH 25, 2003
---------------------------------------------------

**PLEASE TAKE NOTICE** that pursuant to Rules 26 and 30(a) of the Federal Rules of Civil Procedure, the testimony upon oral examination of Plaintiff, Kweku Hanson, will be taken before a notary public who is not an attorney, or employee of an attorney, for any party or prospective party herein and who is not a person who would be disqualified to act as a juror because of interest or because of consanguinity or affinity to any party herein at the offices of Murtha Cullina, LLP CityPlace I, 185 Asylum Street, Hartford, Connecticut 06103 or at another mutually agreed upon location on Tuesday, April 15, 2003 at 11:00 a.m. with respect to evidence material in this action. Said examination will continue from day to day, excluding Saturdays, Sundays and legal holidays, until completed. Counsel for all parties are invited to attend and cross-examine.

Said party to be examined is required to produce at such examination all relevant books, papers and documents in his custody and/or control pursuant to Rule 30(b)(5) of the Federal Rules of Civil Procedure.

Dated: New York, New York
March 25, 2003

                          WINGET, SPADAFORA &
                          SCHWARTZBERG, LLP
                          Attorneys for Defendant
                          Defendant Litton Loan Servicing, LP

By: _____
     Luigi Spadafora, Esq. (ct18590)
     Peter R. Stark, Esq. (ct02620)
     183 N. Broad Street
     Milford, Connecticut 06460
     (203) 874-6708

## CERTIFICATION OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was sent via regular mail on this date to:

Richard G. Carlston
Miller, Starr & Regalia
1331 N. California Blvd., 5th Floor
Walnut Creek, CA 94596

Theodore R. Scarborough
Sidley, Austin, Brown & Wood
Bank One Plaza
Chicago, IL 60603

Francis J. Brady
Matthew J. Budzik
Murtha Cullina, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3469

Steven M. Greenspan
David M. Bizar
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103

THIS IS TO CERTIFY that a copy of the foregoing was sent via overnight mail on this date to:

Paul Ngobeni
Ngobeni & Associates
914 Main Street, Suite 206
East Hartford, CT 06108

Kweku J. Hanson (pro se)
487 Main Street, Suite 2.
Hartford, CT 06103

Dated: March 25, 2003

_____
Luigi Spadafora (ct18590)