**Exhibit E**

## WINGET, SPADAFORA & SCHWARTZBERG, LLP

CONNECTICUT OFFICE:
183 N. BROAD STREET
MILFORD, CONNECTICUT 06460
(203) 874-6708
FACSIMILE (203) 876-2382

45 BROADWAY, 19TH FLOOR
NEW YORK, NEW YORK 10006
TELEPHONE (212) 221-6900
FACSIMILE (212) 221-6989

NEW JERSEY OFFICE:
ONE GATEWAY CENTER, 26TH FL.
NEWARK, NEW JERSEY 07102
(973) 622-8144
FACSIMILE (973) 622-3423

WRITER'S DIRECT DIAL:

WRITER'S E-MAIL:

April 23, 2003

**Via Facsimile &
Regular Mail**
Paul M. Ngobeni, Esq.
Ngobeni & Associates
914 Main Street, Suite 206
East Hartford, CT 0618

Re:  Litigation:     Kweku Hanson v. Ocwen Federal Bank, Litton
                     Loan Servicing, LP, et. al.
     Venue:          U.S.D.C. (Connecticut)
     Our File No.:   03001.03258

Dear Mr. Ngobeni:

As you are aware, we represent Litton Loan Servicing, LP ("Litton") in the above-referenced litigation. In view of the fact that Ocwen will not be continuing with Mr. Hanson's deposition today, Litton would like to reschedule a mutually convenient time during which we may proceed with our deposition of Mr. Hanson.

In order to conduct a productive deposition, Litton requires the Plaintiff's Responses to Litton's Interrogatories and Document Requests which were served on March 27, 2003. We anticipate the Plaintiff's responses to be served by April 30, 2003, as dictated by Federal Rule of Civil Procedure 6(b). Accordingly, we request that the Plaintiff be prepared for deposition on Thursday, May 1, 2003 at 10:00 a.m. Please advise us as to whether your client will be available.

Thank you for your prompt attention.

Very truly yours,

Luigi Spadafora

Paul M. Ngobeni, Esq.
Our File No: 03001.03258
April 23, 2003
Page 2

cc:     Francis J. Brady, Esq.
        Matthew J. Budzik, Esq.
        Murtha Cullina LLP

        Theodore R. Scarborough, Esq.
        Sidley, Austin, Brown & Wood

        Steven Greenspan, Esq.
        David M. Bizar, Esq.
        Day, Berry & Howard

        Richard Glen Carlston, Esq.
        Basil S. Shiber, Esq.
        Miller, Starr & Regalia

        Kweku J. Hanson, Esq.
        (Pro Se)

WINGET, SPADAFORA & SCHWARTZBERG, LLP