Exhibit F

# WINGET, SPADAFORA & SCHWARTZBERG, LLP

CONNECTICUT OFFICE:
183 N. BROAD STREET
MILFORD, CONNECTICUT 06460
(203) 874-6708
FACSIMILE (203) 876-2382

45 BROADWAY, 19TH FLOOR
NEW YORK, NEW YORK 10006
TELEPHONE (212) 221-6900
FACSIMILE (212) 221-6989

NEW JERSEY OFFICE:
ONE GATEWAY CENTER, 26TH FL.
NEWARK, NEW JERSEY 07102
(973) 622-8144
FACSIMILE (973) 622-3423

WRITER'S DIRECT DIAL:

WRITER'S E-MAIL:

May 6, 2003

**Via Facsimile &**
**Regular Mail**
Paul M. Ngobeni, Esq.
Ngobeni & Associates
914 Main Street, Suite 206
East Hartford, CT 0618

Re:   Litigation:   Kweku Hanson v. Ocwen Federal Bank, Litton Loan Servicing, LP, et. al.
      Venue:        U.S.D.C. (Connecticut)
      Our File No.: 03001.03258

Dear Mr. Ngobeni:

As you are aware, we represent Litton Loan Servicing, LP ("Litton") in the above-referenced litigation. On March 27, 2003, Litton served its Interrogatories and Document Requests on the Plaintiff. The responses to these Requests should have been served by April 30, 2003 pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure. We write this letter in a good faith effort to secure answers, the requested documents, and to avoid motion practice. Please note that as we have not yet received the Plaintiff's responses to Litton's Interrogatories and Document Requests, the Plaintiff has waived all objections. We expect complete answers and your client's responsive documents by the end of this week in order to avoid motion practice.

Thank you for your prompt attention.

Very truly yours,

Luigi Spadafora

Paul M. Ngobeni, Esq.
Our File No: 03001.03258
May 6, 2003
Page 2

cc:    Francis J. Brady, Esq.
       Matthew J. Budzik, Esq.
       Murtha Cullina LLP

       Theodore R. Scarborough, Esq.
       Sidley, Austin, Brown & Wood

       Steven Greenspan, Esq.
       David M. Bizar, Esq.
       Day, Berry & Howard

       Richard Glen Carlston, Esq.
       Basil S. Shiber, Esq.
       Miller, Starr & Regalia

       Kweku J. Hanson, Esq.
       (Pro Se)

WINGET, SPADAFORA & SCHWARTZBERG, LLP