**Exhibit G**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

KWEKU HANSON,  : No. 3:02-CV-960 (CFD)
individually and on behalf of  :
all others similarly situated  :
  :
    Plaintiff,  :
  :
v.  :
  :
OCWEN FEDERAL BANK, et al.  :
  :
    Defendants.  : June 26, 2003

---

## LITTON LOAN SERVICING, LP'S MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL RESPONSES TO ITS FIRST REQUEST FOR DOCUMENTS AND FIRST SET OF INTERROGATORIES

Pursuant to Rules 26, 34, 36 and 37 of the Federal Rules of Civil Procedure and Rules 26 and 37 of the Local Federal Rules of Civil Procedure, Defendant Litton Loan Servicing, LP ("Litton") hereby moves for an order (1) compelling Plaintiff Kweku Hanson to respond to Litton's First Request for the Production of Documents ("Document Requests") and First Set of Interrogatories ("Interrogatories") dated March 27, 2003; (2) ordering the Plaintiff to appear for Litton's deposition of the Plaintiff within 30 days of responding to the aforementioned Document Requests and Interrogatories; and (3) prescribing the appropriate sanctions upon the Plaintiff for failing to respond to Litton's Document Requests and Interrogatories.

## I. Background

On June 5, 2002, the Plaintiff filed a Complaint in the United States District Court of Connecticut. The Plaintiff subsequently filed an Amended Complaint on July 16, 2002. On September 13, 2002 Litton filed a Motion to Dismiss and Memorandum in Support of its Motion to Dismiss, as well as a Motion for a More Definite Statement. On April 10, 2003, Litton participated in oral arguments regarding its Motion to Dismiss. During oral argument of the Motion to Dismiss, the Court instructed the Plaintiff's counsel to specify those counts of the Complaint that were purportedly directed towards Litton. The Plaintiff has had over two months to respond to the Court's order, yet has not clarified the allegations in his Complaint.

In February 2003, the Court issued an initial Scheduling Order outlining the deadlines for discovery. The initial Scheduling Order called for discovery to be conducted in two phases. The Court has since issued an Amended Scheduling Order extending the First Phase of Discovery by one month. Non-expert witness discovery is scheduled to completed by July 1, 2003. Despite the extension of time, the Plaintiff has still not made any attempt to respond to Litton's Document Requests or Interrogatories.

## II. Procedural History

On March 27, 2003 Litton served its Document Requests and Interrogatories on the Plaintiff. Copies of the Document Requests and Interrogatories are annexed hereto as Exhibits "A" and "B", respectively. A Notice of Deposition was also served upon the Plaintiff, noticing him for a Deposition on April 15, 2003. A Copy of the Notice of Deposition is annexed hereto as Exhibit "C."

Plaintiff was unable to attend the Deposition as scheduled. On April 23, 2003, Litton sent a letter to Plaintiff's counsel requesting that he advise of a convenient date for Litton to proceed with its deposition of the Plaintiff. The letter further suggested that May 1, 2003 would be a convenient time to reschedule the deposition given the fact that the Plaintiff's Discovery Responses were due on April 30, 2003. A copy of the April 23, 2003 letter is annexed hereto as Exhibit "D."

In a subsequent letter to Plaintiff's Counsel dated May 6, 2003, Litton addressed the fact that the Plaintiff had still not responded to its Document Requests or Interrogatories. Litton further requested that the Plaintiff respond to its Document Requests and Interrogatories in order to avoid motion practice. A copy of Litton's May 6th Letter is annexed hereto as Exhibit "E."

The Plaintiff made no effort to respond to the foregoing letters, to produce any responsive documents or answer Litton's Interrogatories, or to reschedule the deposition that he himself cancelled. Furthermore, has not given any justification for his manifest disregard of Litton's Document Requests and Interrogatories. Having ignored Litton's Document Requests and Interrogatories, the Plaintiff has consequently waived all objections.

3

## Conclusion

For the foregoing reasons, Litton respectfully requests that (1) the Plaintiff be compelled to respond to Litton's First Request for the Production of Documents and First Set of Interrogatories; (2) that the Plaintiff be ordered to appear for Litton's deposition of the Plaintiff within 30 days of responding to the aforementioned Document requests and Interrogatories; and (3) that sanctions be imposed on the Plaintiff as the Court may deem appropriate.

Defendant Litton Loan Servicing, LP

By: _____
Luigi Spadafora, Esq. (ct18590)
WINGET, SPADAFORA &
SCHWARTZBERG, LLP
183 N. Broad Street
Milford, Connecticut 06460
(203) 874-6708

To:   Kweku J. Hanson, Esq.
      487 Main Street, Suite Two
      Hartford, CT 06103

      Paul M. Ngobeni, Esq.
      Ngobeni & Associates
      914 Main Street, Suite 206
      East Hartford, CT 06108

      Francis J. Brady, Esq. &
      Matthew J. Budzik, Esq.
      Murtha Cullina LLP
      Cityplace I, Asylum Street
      Hartford, CT 06103-3469

4

Steven Greenspan, Esq. &
David M. Bizar, Esq.
Day, Berry & Howard
Cityplace
Hartford, CT 06104-3499

Richard Glen Carlston
Miller, Starr & Regalia
1331 N. California Blvd. 5th Fl
PO Box 1877
Walnut Creek, CA 94596

Theodore R. Scarborough, Esq.
Sidley, Austin, Brown & Wood
Bank One Plaza
10 S. Dearborn Street
Chicago, IL 60603

## CERTIFICATION OF SERVICE

THIS IS TO CERTIFY that a copy of Defendant Litton Loan Servicing, LP's Motion to Compel, Memorandum in Support of its Motion to Compel, and Certification in Support of its Motion to Compel were sent via overnight mail on this date to:

Paul Ngobeni
Ngobeni & Associates
914 Main Street, Suite 206
East Hartford, CT 06108

Francis J. Brady
Matthew J. Budzik
Murtha Cullina, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3469

Steven M. Greenspan
David M. Bizar
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103

Richard G. Carlston
Miller, Starr & Regalia
1331 N. California Blvd., 5th Floor
Walnut Creek, CA 94596

Theodore R. Scarborough
Sidley, Austin, Brown & Wood
Bank One Plaza
Chicago, IL 60603

Kweku J. Hanson
487 Main Street, Suite 2
Hartford, CT 06103

Dated: June 26, 2003

_____
Luigi Spadafora (ct18590)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

KWEKU HANSON,                                    :   No. 3:02-CV-960 (CFD)
individually and on behalf of                    :
all others similarly situated                    :
                                                 :
    Plaintiff,                               :
                                                 :
v.                                               :
                                                 :
OCWEN FEDERAL BANK, et al.                       :
                                                 :
    Defendants.                              :   June 26, 2003

---

## CERTIFICATION OF COUNSEL IN SUPPORT OF LITTON LOAN SERVICING, LP's MOTION TO COMPEL

Luigi Spadafora, Esq., an attorney duly admitted to practice before this honorable Court, certifies as follows under penalty of perjury:

1. I am counsel of record for defendant Litton Loan Servicing, LP ("Litton") in the above-captioned action.

2. On March 27, 2003, the Plaintiff was served with Litton's First Set of Interrogatories and First Request for Documents. Answers and responses to the foregoing Interrogatories and Document Requests were due on April 30, 2003, and Plaintiff's counsel did not request any extension. On March 25, 2003, Litton served the Plaintiff with its Notice of Deposition. The Plaintiff has not yet been deposed since he has not responded to Litton's aforementioned Interrogatories and Document Requests and since the Plaintiff's Counsel has failed to cooperate on scheduling such deposition.

3. By letters of April 23, 2003 and on May 6, 2003, I made good faith attempts to secure from the Plaintiff's Counsel the Plaintiff's answers to Litton's aforementioned interrogatories, responses to Litton's aforementioned Document Requests, and to schedule the Plaintiff's deposition. My April 23 and May 6, 2003 letters are annexed hereto as Exhibits "A" and "B" respectively.

4. Despite these good faith efforts, the Plaintiff's Counsel has not responded to either letter or attempted to contact me. As such, we have been unable to resolve the issues raised in Litton's instant motion without Court intervention. Furthermore, it appears to the undersigned that any further efforts would be futile.

By: _____
Luigi Spadafora, Esq. (ct18590)
WINGET, SPADAFORA &
SCHWARTZBERG, LLP
183 N. Broad Street
Milford, Connecticut 06460
(203) 874-6708

# WINGET, SPADAFORA & SCHWARTZBERG, LLP

CONNECTICUT OFFICE:
183 N. BROAD STREET
MILFORD, CONNECTICUT 06460
(203) 874-6708
FACSIMILE (203) 876-2382

45 BROADWAY, 19TH FLOOR
NEW YORK, NEW YORK 10006
TELEPHONE (212) 221-6900
FACSIMILE (212) 221-6989

NEW JERSEY OFFICE:
ONE GATEWAY CENTER, 26TH FL.
NEWARK, NEW JERSEY 07102
(973) 622-8144
FACSIMILE (973) 622-3423

WRITER'S DIRECT DIAL:

WRITER'S E-MAIL:

April 23, 2003

**Via Facsimile &
Regular Mail**
Paul M. Ngobeni, Esq.
Ngobeni & Associates
914 Main Street, Suite 206
East Hartford, CT 0618

Re:   Litigation:   Kweku Hanson v. Ocwen Federal Bank, Litton Loan Servicing, LP, et. al.
      Venue:        U.S.D.C. (Connecticut)
      Our File No.: 03001.03258

Dear Mr. Ngobeni:

As you are aware, we represent Litton Loan Servicing, LP ("Litton") in the above-referenced litigation. In view of the fact that Ocwen will not be continuing with Mr. Hanson's deposition today, Litton would like to reschedule a mutually convenient time during which we may proceed with our deposition of Mr. Hanson.

In order to conduct a productive deposition, Litton requires the Plaintiff's Responses to Litton's Interrogatories and Document Requests which were served on March 27, 2003. We anticipate the Plaintiff's responses to be served by April 30, 2003, as dictated by Federal Rule of Civil Procedure 6(b). Accordingly, we request that the Plaintiff be prepared for deposition on Thursday, May 1, 2003 at 10:00 a.m. Please advise us as to whether your client will be available.

Thank you for your prompt attention.

Very truly yours,

Luigi Spadafora

Paul M. Ngobeni, Esq.
Our File No: 03001.03258
April 23, 2003
Page 2

cc:    Francis J. Brady, Esq.
       Matthew J. Budzik, Esq.
       Murtha Cullina LLP

       Theodore R. Scarborough, Esq.
       Sidley, Austin, Brown & Wood

       Steven Greenspan, Esq.
       David M. Bizar, Esq.
       Day, Berry & Howard

       Richard Glen Carlston, Esq.
       Basil S. Shiber, Esq.
       Miller, Starr & Regalia

       Kweku J. Hanson, Esq.
       (Pro Se)

# WINGET, SPADAFORA & SCHWARTZBERG, LLP

CONNECTICUT OFFICE:
183 N. BROAD STREET
MILFORD, CONNECTICUT 06460
(203) 874-6708
FACSIMILE (203) 876-2382

45 BROADWAY, 19TH FLOOR
NEW YORK, NEW YORK 10006
TELEPHONE (212) 221-6900
FACSIMILE (212) 221-6989

NEW JERSEY OFFICE:
ONE GATEWAY CENTER, 26TH FL.
NEWARK, NEW JERSEY 07102
(973) 622-8144
FACSIMILE (973) 622-3423

WRITER'S DIRECT DIAL:

WRITER'S E-MAIL:

May 6, 2003

**Via Facsimile &
Regular Mail**
Paul M. Ngobeni, Esq.
Ngobeni & Associates
914 Main Street, Suite 206
East Hartford, CT 0618

Re:   Litigation:    Kweku Hanson v. Ocwen Federal Bank, Litton Loan Servicing, LP, et. al.
      Venue:         U.S.D.C. (Connecticut)
      Our File No.:  03001.03258

Dear Mr. Ngobeni:

As you are aware, we represent Litton Loan Servicing, LP ("Litton") in the above-referenced litigation. On March 27, 2003, Litton served its Interrogatories and Document Requests on the Plaintiff. The responses to these Requests should have been served by April 30, 2003 pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure. We write this letter in a good faith effort to secure answers, the requested documents, and to avoid motion practice. Please note that as we have not yet received the Plaintiff's responses to Litton's Interrogatories and Document Requests, the Plaintiff has waived all objections. We expect complete answers and your client's responsive documents by the end of this week in order to avoid motion practice.

Thank you for your prompt attention.

Very truly yours,

Luigi Spadafora

Paul M. Ngobeni, Esq.
Our File No: 03001.03258
May 6, 2003
Page 2

cc:  Francis J. Brady, Esq.
Matthew J. Budzik, Esq.
Murtha Cullina LLP

Theodore R. Scarborough, Esq.
Sidley, Austin, Brown & Wood

Steven Greenspan, Esq.
David M. Bizar, Esq.
Day, Berry & Howard

Richard Glen Carlston, Esq.
Basil S. Shiber, Esq.
Miller, Starr & Regalia

Kweku J. Hanson, Esq.
(Pro Se)