IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KWEKU HANSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OCWEN FEDERAL BANK; et al.,<br><br>Defendants. | Case No. 3:02 CV 960 (CFD)<br><br><br><br>February 24, 2004 |

## MOSS CODILIS RELATED DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING MDL PANEL REVIEW

This action (hereinafter "*Hanson*"), together with other actions pending in several other federal district courts against Ocwen Federal Bank FSB, Ocwen Financial Services, Inc, and, in some instances Moss Codilis, are the subject of a motion by plaintiffs in one of the other actions[1] to transfer and coordinate or consolidate pursuant to 28 U.S.C. section 1407(a) and the Rules of the Judicial Panel on Multidistrict Litigation (hereinafter "MDL Panel"). The Moss Codilis defendants[2] respectfully request a stay of further proceedings in *Hanson* for all purposes pending action by the MDL Panel.

A stay in *Hanson* would not prejudice plaintiff's claims because discovery in this litigation is still at an early stage before this Court, defendants' motions to dismiss are still

---

[1] *Maddox v. Ocwen Federal Bank, FSB,* Case No. CV03-9515 (C.D.Cal.).

[2] Moss, Codilis, Stawiarski, Morris, Schneider & Prior, LLP, Moss, Pite & Duncan, LLP ('Moss Codilis"), Codilis & Stawiarski, PC, Morris, Schneider and Prior, LLC, Fein, Such, Khan & Shepard, P.C., Weltman, Weinberg & Reis Co., LPA, Boles, Boles & Ryan, P.L.C., and individually, Gerald R. Moss, Ernie Codilis, Leo C. Stawiarksi, Jr., Arthur J. Morris, Thomas E. Prior, Randolph Schneider, Alan F. Such, Larry R. Rothenberg, and William R. Boles, Jr.

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

pending, and the MDL Panel briefing is ongoing.[3]  We understand that plaintiff in this case has taken the position that if the actions are coordinated or consolidated, they be transferred to the District of Connecticut.  As of the time of the filing of these papers, however, plaintiff has not agreed to stipulate to a stay of *Hanson* pending action by the MDL Panel.

If for some reason the Court were to conclude that a stay is not justified pending action by the MDL Panel, the Moss Codilis defendants request in the alternative that the Court extend all current deadlines for enforcement of pending discovery order, completion of depositions and for briefing on the pending class certification motion by at least sixty (60) days.

A memorandum in support of this motion is filed herewith.

Dated:  February 24th, 2004
MOSS, CODILIS, STAWIARSKI, MORRIS, SCHNEIDER & PRIOR, LLP; MOSS, PITE & DUNCAN, LLP; CODILIS & STAWIARSKI, PC; MORRIS, SCHNEIDER AND PRIOR, LLC; FEIN, SUCH, KHAN & SHEPARD, P.C.; WELTMAN, WEINBERG & REIS CO., LPA; BOLES, BOLES & RYAN, P.L.C.; and individually, GERALD R. MOSS; ERNIE CODILIS; LEO C. STAWIARKSI, JR.; ARTHUR J. MORRIS; THOMAS E. PRIOR; RANDOLPH SCHNEIDER; ALAN F. SUCH; LARRY R. ROTHENBERG; and WILLIAM R. BOLES, JR.

By:_____
Richard G. Carlston (ct23944)
Basil S. Shiber (ct23946)
Miller, Starr & Regalia
A Professional Law Corporation
1331 N. California Blvd., Fifth Floor
Post Office Box 8177
Walnut Creek, California  94596
Telephone:  (925) 935-9400

---

[3] Responses to the MDL motion were due on February 17, 2004.

-and-

Steven M. Greenspan (ct00380)
David M. Bizar (ct20444)
Day, Berry & Howard LLP
City Place I
Hartford, Connecticut 06103
Telephone: (860) 275-0100

THIS IS TO CERTIFY that a copy of the foregoing was sent via first class mail on this 24th day of February, 2004, to:

Paul Ngobeni, Esq.
Ngobeni & Associates
914 Main Street, Suite 206
East Hartford, CT 06108

Francis J. Brady, Esq.
Matthew J. Budzik
Murtha Cullina LLP
CityPlace I
Hartford, CT 06103-3469

Lou Spadafora, Esq.
Winget, Spadafora & Schwartzberg, LLP
45 Broadway, 19th Floor
New York, NY 10006

Peter Randall Stark, Esq.
183 N. Broad Street
P.O. Box 292
Milford, CT 06460

Paul Britt, Esq.
Moss, Codilis, Stawiarski, Morris,
Schneider & Prior, LLP
6560 Greenwood Plaza Boulevard
Suite 550
Englewood, CO 80111-7100

Basil S. Shiber, Esq.
Miller, Starr & Regalia
1331 N. California Blvd., 5th Floor
P.O. Box 8177
Walnut Creek, CA 94596

Richard G. Carlston, Esq.
Miller, Starr & Regalia
1331 N. California Blvd., 5th Floor
P.O. Box 8177
Walnut Creek, CA 94596

Theodore R. Scarborough, Esq.
Sidely, Austin, Brown & Wood
Bank One Plaza
Chicago, IL 60603

Kweku J. Hanson, Esq.
(Pro Se)
487 Main Street
Hartford, CT 06103-3007

_____
David M. Bizar