UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KWEKU HANSON, individually and on beahlf of all others similarly situated, | ) ) ) ) | Case No. 3:02 CV 960 |
| Plaintiff | ) ) | Judge Christopher F. Droney |
| v. | ) ) | |
| OCWEN FEDERAL BANK; et al | ) ) | |
| Defendant | ) | Notice of Manual Filing |

Please take notice that the Moss Codilis defendants have manually filed the following document:

1. Exhbit F to Memorandum of Law in Support of Moss Codilis Related Defendants' Motion to Stay Proceeding Pending MDL Panel Review

This document has not been filed electronically because

[ ]  the document or thing cannot be converted to an electronic format
[ X ]  the electronic file size of the document exceeds 1.5 megabytes
[ ]  the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]  Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

Respectfully submitted,

/s/ /David M. Bizar
David M. Bizar
Day, Berry & Howard LLP
CityPlace I
Hartford, CT  06103
Phone: (860) 275-0100
Fax: (860) 275-0343
E-mail: dmbizar@dbh.com
ct20444