IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KWEKU HANSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OCWEN FEDERAL BANK; et al.,<br><br>Defendants. | Case No. 3:02 CV 960 (CFD)<br><br><br><br><br><br>March 10, 2004 |

## MOSS CODILIS RELATED DEFENDANTS' MOTION FOR ORDER REQUIRING DISGORGEMENT OF ATTORNEY-CLIENT PRIVILEGED INFORMATION AND <u>ALLOWING INSPECTION OF THE COURT FILE</u>

The Moss Codilis defendants[1] hereby respectfully hereby respectfully request an order from this Court requiring disgorgement of all attorney-client privileged information held by plaintiff and allowing inspection of the entire court file in this matter by defendants. A memorandum in support of this motion is filed herewith.

---

[1] Moss, Codilis, Stawiarski, Morris, Schneider & Prior, LLP, Moss, Pite & Duncan, LLP ('Moss Codilis"), Codilis & Stawiarski, Pc, Morris, Schneider and Prior, LLC, Fein, Such, Khan & Shepard, P.C., Weltman, Weinberg & Reis Co., LPA, Boles, Boles & Ryan, P.L.C., and individually, Gerald R. Moss, Ernie Codilis, Leo C. Stawiarksi, Jr., Arthur J. Morris, Thomas E. Prior, Randolph Schneider, Alan F. Such, Larry R. Rothenberg, and William R. Boles, Jr.

| | |
|---|---|
| Dated:  March 10, 2004 | MOSS, CODILIS, STAWIARSKI, MORRIS, SCHNEIDER & PRIOR, LLP; MOSS, PITE & DUNCAN, LLP; CODILIS & STAWIARSKI, PC; MORRIS, SCHNEIDER AND PRIOR, LLC; FEIN, SUCH, KHAN & SHEPARD, P.C.; WELTMAN, WEINBERG & REIS CO., LPA; BOLES, BOLES & RYAN, P.L.C.; and individually, GERALD R. MOSS; ERNIE CODILIS; LEO C. STAWIARKSI, JR.; ARTHUR J. MORRIS; THOMAS E. PRIOR; RANDOLPH SCHNEIDER; ALAN F. SUCH; LARRY R. ROTHENBERG; and WILLIAM R. BOLES, JR. |

By:_____
   Richard G. Carlston (ct23944)
   Basil S. Shiber (ct23946)
   Miller, Starr & Regalia
   A Professional Law Corporation
   1331 N. California Blvd., Fifth Floor
   Post Office Box 8177
   Walnut Creek, California  94596
   Telephone:  (925) 935-9400

              -and-

   Steven M. Greenspan (ct00380)
   David M. Bizar (ct20444)
   Day, Berry & Howard LLP
   City Place I
   Hartford, Connecticut 06103
   Telephone:  (860) 275-0100

THIS IS TO CERTIFY that a copy of the foregoing was sent via first class mail on this 10th day of March, 2004, to:

Paul Ngobeni, Esq.
Ngobeni & Associates
914 Main Street, Suite 206
East Hartford, CT 06108

Francis J. Brady, Esq.
Matthew J. Budzik
Murtha Cullina LLP
CityPlace I
Hartford, CT 06103-3469

Lou Spadafora, Esq.
Winget, Spadafora & Schwartzberg, LLP
45 Broadway, 19th Floor
New York, NY 10006

Peter Randall Stark, Esq.
183 N. Broad Street
P.O. Box 292
Milford, CT 06460

Paul Britt, Esq.
Moss, Codilis, Stawiarski, Morris,
    Schneider & Prior, LLP
6560 Greenwood Plaza Boulevard
Suite 550
Englewood, CO 80111-7100

Basil S. Shiber, Esq.
Miller, Starr & Regalia
1331 N. California Blvd., 5th Floor
P.O. Box 8177
Walnut Creek, CA 94596

Richard G. Carlston, Esq.
Miller, Starr & Regalia
1331 N. California Blvd., 5th Floor
P.O. Box 8177
Walnut Creek, CA 94596

Theodore R. Scarborough, Esq.
Sidely, Austin, Brown & Wood
Bank One Plaza
Chicago, IL 60603

Kweku J. Hanson, Esq.
(Pro Se)
487 Main Street
Hartford, CT 06103-3007

_____
David M. Bizar