IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KWEKU HANSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OCWEN FEDERAL BANK; et al.,<br><br>Defendants. | Case No. 3:02 CV 960 (CFD)<br><br><br><br><br><br>March 10, 2004 |

# MOSS CODILIS DEFENDANTS' MOTION TO COMPEL DISCLOSURE, TO DEEM REQUESTS FOR ADMISSIONS ADMITTED, FOR EXTENSION OF TIME WITHIN WHICH TO DEPOSE PLAINTIFF AND TO IMPOSE APPROPRIATE SANCTIONS

Pursuant to Rules 26, 34, 36 and 37 of the Federal Rules of Civil Procedure and Rules 7(b), 26, and 37 of the Local Rules of Civil Procedure, the Moss Codilis defendants[1] respectfully submit this memorandum in support of their motion to (1) compel plaintiff to respond to Moss Codilis' written discovery demands dated March 11, 2003 in compliance with this Court's November 24, 2003 rulings and subsequent order, (2) to deem Moss Codilis's requests for admissions dated March 11, 2003 admitted, (3) for an extension of time within which to depose plaintiff, and (4) to impose appropriate sanctions.

**ORAL ARGUMENT REQUESTED**

**NO TESTIMONY REQUIRED**

---

[1] Moss, Codilis, Stawiarski, Morris, Schneider & Prior, LLP, Moss, Pite & Duncan, LLP ('Moss Codilis"), Codilis & Stawiarski, Pc, Morris, Schneider and Prior, LLC, Fein, Such, Khan & Shepard, P.C., Weltman, Weinberg & Reis Co., LPA, Boles, Boles & Ryan, P.L.C., and individually, Gerald R. Moss, Ernie Codilis, Leo C. Stawiarksi, Jr., Arthur J. Morris, Thomas E. Prior, Randolph Schneider, Alan F. Such, Larry R. Rothenberg, and William R. Boles, Jr.

Plaintiff blatantly refuses to cooperate in the required discovery process or to comply with this Court's November 24, 2003 rulings and subsequent order. [Docket No. 208.] The Moss Codilis defendants are left no choice but to seek the Court's intervention in this matter yet again. To date, there has been no real response to defendants' requests for admission, no response at all to defendants' special interrogatories, and an incomplete response to defendants' request for production of documents with no privilege log provided.

The Moss Codilis defendants have sought, in compliance with the Local Rules, to resolve this latest impasse with plaintiff informally. However, these efforts have produced no response. Accordingly, the Moss Codilis defendants are forced once again to seek recourse from the Court. A memorandum in support of this motion is filed herewith.

Dated: March 10, 2004

MOSS, CODILIS, STAWIARSKI, MORRIS, SCHNEIDER & PRIOR, LLP; MOSS, PITE & DUNCAN, LLP; CODILIS & STAWIARSKI, PC; MORRIS, SCHNEIDER AND PRIOR, LLC; FEIN, SUCH, KHAN & SHEPARD, P.C.; WELTMAN, WEINBERG & REIS CO., LPA; BOLES, BOLES & RYAN, P.L.C.; and individually, GERALD R. MOSS; ERNIE CODILIS; LEO C. STAWIARKSI, JR.; ARTHUR J. MORRIS; THOMAS E. PRIOR; RANDOLPH SCHNEIDER; ALAN F. SUCH; LARRY R. ROTHENBERG; and WILLIAM R. BOLES, JR.

By: _____
Richard G. Carlston (ct23944)
Basil S. Shiber (ct23946)
Miller, Starr & Regalia
A Professional Law Corporation
1331 N. California Blvd., Fifth Floor
Post Office Box 8177
Walnut Creek, California 94596
Telephone: (925) 935-9400

-and-

Steven M. Greenspan (ct00380)
David M. Bizar (ct20444)
Day, Berry & Howard LLP
City Place I
Hartford, Connecticut 06103
Telephone: (860) 275-0100

THIS IS TO CERTIFY that a copy of the foregoing was sent via first class mail on this 10th day of March, 2004, to:

| | |
|---|---|
| Paul Ngobeni, Esq.<br>Ngobeni & Associates<br>914 Main Street, Suite 206<br>East Hartford, CT 06108 | Basil S. Shiber, Esq.<br>Miller, Starr & Regalia<br>1331 N. California Blvd., 5th Floor<br>P.O. Box 8177<br>Walnut Creek, CA  94596 |
| Francis J. Brady, Esq.<br>Matthew J. Budzik<br>Murtha Cullina LLP<br>CityPlace I<br>Hartford, CT 06103-3469 | Richard G. Carlston, Esq.<br>Miller, Starr & Regalia<br>1331 N. California Blvd., 5th Floor<br>P.O. Box 8177<br> Walnut Creek, CA  94596 |
| Lou Spadafora, Esq.<br>Winget, Spadafora & Schwartzberg, LLP<br>45 Broadway, 19th Floor<br>New York, NY 10006 | Theodore R. Scarborough, Esq.<br>Sidely, Austin, Brown & Wood<br>Bank One Plaza<br>Chicago, IL 60603 |
| Peter Randall Stark, Esq.<br>183 N. Broad Street<br>P.O. Box 292<br>Milford, CT  06460 | Kweku J. Hanson, Esq.<br>(Pro Se)<br>487 Main Street<br>Hartford, CT 06103-3007 |
| Paul Britt, Esq.<br>Moss, Codilis, Stawiarski, Morris,<br>      Schneider & Prior, LLP<br>6560 Greenwood Plaza Boulevard<br>Suite 550<br>Englewood, CO 80111-7100 | |

_____
David M. Bizar