**From:** "Watts, Alyce" <Alyce.Watts@bankofamerica.com>
**To:** "Kweku Hanson" <leagltek@mindspring.com>
**Sent:** Friday, November 14, 2003 11:49 AM
**Subject:** RE: Ocwen is on the prowl.

**From:** Kweku Hanson [mailto:leagltek@mindspring.com]
**Sent:** Friday, November 14, 2003 6:51 AM
**To:** Watts, Alyce
**Subject:** Re: Ocwen is on the prowl.

Greater is He that is within us than he that is in the world. The good Lord BLESS you also, and all who are under the curse of these demons in West Palm Beach.

We are fighting as hard as we can, but "the battle is the Lord's" [1 Samuel 17] and we know that He can do exceedingly abundantly more than we can ever hope to ask. These trials come to make us strong, and to give us Faith (which is the substance of things not seen [i.e. victories ahead, such as when the Israelites could not see the highway blazed through the parted Red Sea and all they could hear was the rumbling of the pursuing Pharaoh's army]). God is indeed good, through it all, so that although our weeping has endured for the night, but JOY cometh in the morning!

All that said, BELOW is the cut and paste email I have been sending to my fellow Ocwen victims. Get out a detailed, sworn statement to me ASAP.

Last but not least, below is the email reply I send to everyone of the over 1000 people who have emailed me about Ocwen during the past 12 months:

Someone (me, in collaboration with you) is trying very hard to put them out of business, and despite the strong headwinds. Due to the extremely heavy volume of Ocwen-related emails I have gotten on a daily basis for the past 11 months, below is my standard "cut-and-paste" email reply to Ocwen victims:

I am so sorry to hear about your horror story. Unfortunately, it is not unique at all: Ocwen RAPES each and every borrower who it comes across, including even me, a lawyer.

We are however well underway in suing them on behalf of you and every other victim. Due to the volume of emails, I suggest that you read the email below the line, and send me as soon as you can a DETAILED Affidavit (meaning a notarized statement) regarding your victimization. Please include xeroxes of cancelled checks or correspondence with Ocwen and/or Moss Codilis if you have these available.

Your email query has been read with interest, and forwarded to me for a response, as I am the named plaintiff in the case (and also a lawyer).

Basically, Ocwen takes borrower funds in various ways (as documented by at least 100 Affidavits we have in our possession from folk nationwide):

EXHIBIT ___C___

3/8/2004

1. Failing to timely credit borrower funds on a consistent basis;

2. Horrendous Customer Service on their 800 lines (yet S&P and Moore's all gave Ocwen their highest ratings for customer service);

3. Failure to respond properly and timely to borrower inquiries (regarding loan payments) as required by law (RESPA Section 6);

4. Use of threats to collect mortgage payments allegedly due;

5. Holding borrower payments for several days or weeks before crediting, just to create late charges;

6. Imposing forced hazard insurance on borrowers, even if the borrowers and their insurance companies send or fax proof of coverage;

7. Diverting borrower funds to "suspense" or "miscellaneous" accounts, improperly diverting funds to escrows; charging "future late charges" (whatever the heck that means);

8. Refusing to issue timely payoff figures and always inflating same by thousands of dollars;

9. Sending borrower accounts to Moss, Codilis, their national collection lawyers

What we have asked folk in the past is to send us an AFFIDAVIt or notarized statement regarding:

1.  Who they are
2.  What their relationship to Ocwen is
3. How Ocwen has mismanaged their loan servicing, eg. misapplying payments, losing checks, chaging bogus late charges, failing to respond to borrowrer inquiries, charging for bogus forced hazard insurance, charging for bogus escrows miscellaneous charges, suspense charges, never having trained customer service reps, reporting folks incorrectly to Credit Bureaus as late or delinquent, sending Moss, Codilis after folk (and what and how Moss, Codilis acted in collecting the loan), and refusing to issue accurate, timely payoff requests.

WE ARE ASKING ALL OCWEN VICTIMS TO RUSH IN A SWORN, NOTARIZED STATEMENT (OR AFFIDAVIT) ABOUT THEIR EXPERIENCES (PAST OR PRESENT) WITH OCWEN AS FF:

We have told everyone who has inquired about the format of an Affidavit that it should include at a minimum the following:

1. Who you are (i.e. name, address, phone and/or email)
2. Property address (if different)
3. What your connection or relationship is to Ocwen (e.g. borrower, or daughter of elderly person whose loan is being serviced by Ocwen)
4. What problems you have had with Ocwen (e.g., always posting your timely sent

3/8/2004

payments late; always charging you for forced hazard insurance after your insurance co. sends them proof of your coverage; refusal to give you timely or accurate payoff information so you can refinance with another company; failure to credit some of your payments at all; demands that you send funds via overnight mail or Quick Collect; harrassing and repeated phone calls to your job and home at various hours; refusal to give you payment history or to properly research your disputes about your payment history; refusal to correct derogatory credit info sent to credit bureaus; foreclosure; forcing you into bankruptcy; etc.

5. Regarding Moss, Codilis, if those collection lawyers have also harrassed you or inflated their bills or issued threats, etc.

6. What you want the COURT to do to Ocwen or about this case (e.g. to shut Ocwen down; to fine Ocwen; to punish Ocwen; to certify a class of Ocwen victims; to let Ocwen keep abusing customers, etc. IN OTHER WORDS, YOU HAVE TO THINK OVER EVERYTHING OCWEN HAS DONE TO YOU AND PUT IT DOWN IN A LOGICAL OR CHRONOLOGICAL FASHION IN A SWORN, NOTARIZED STATEMENT AND THEN RUSH IT TO US FOR FILING WITH THE COURT HERE.

If you have all your records (cancelled checks, etc.) mention that you have all documentation about phone calls, correspondence, cancelled checks, etc.) somewhere in the Affidavit.

Thank you for attending to this, so that perhaps the Court here can act fast and save your home as well as those of others in the same boat. We already have over 150 Affidavits, but want to "overkill" these robber barons.


Send your sworn statement to:

Kweku Hanson
487 Main Street, Suite Two
Hartford, CT 06103-3007
(860) 548-9660 FAX

PLEASE DO NOT FAX YOUR NOTARIZED STATEMENT. THE NUMBER PROVIDED IS SIMPLY TO GIVE TO FEDEX AS A "PHONE" #

kEEP VISITING WWW.RIPOFFREPORT.COM FOR ANY UPDATES TO THE CASE, AND MAKE SURE YOU HAVE ALL YOUR DOCUMENTATION IN ONE PLACE. Also, please sign up at http://pacer.psc.uscourts.gov where for just seven cents per pageview, you
can keep track of all the court proceedings on the docket in our class action lawsuit!

3/8/2004