

| MILLER STARR & REGALIA | 1331 NORTH CALIFORNIA BLVD. |
| --- | --- |
| A PROFESSIONAL LAW CORPORATION | FIFTH FLOOR |
| | P.O. BOX 8177 |
| | WALNUT CREEK, CALIFORNIA 94596 |
| | FACSIMILE (925) 933-4126 |
| | TELEPHONE (925) 935-9400 |

# FAX TRANSMISSION COVER SHEET

### January 13, 2004

| TO: | Paul M. Ngobeni | FACSIMILE: | (860) 282-7479 |
| --- | --- | --- | --- |
| | Ngobeni & Associates | TELEPHONE: | |
| | | | |
| | David M. Bizar | FACSIMILE: | (860) 275-0343 |
| | Day, Barry & Howard | TELEPHONE: | |
| FROM: | Basil S. Shiber | | |
| RE: | Hanson v. Ocwen Federal Bank, et al. U.S.D.C. Dist. Conn. 3:02 CV 960 (CFD) | | |

**Total Number of Pages** *(including this page)*  |  2

If you do not receive all pages, please contact the Copy Center at (925) 935-9400 ext. 240.

*The information in this facsimile transmittal is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering this transmittal to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.*

MCSM41962

EXHIBIT ___E___

MCSM\41962\556520.1



**MILLER STARR & REGALIA**
A PROFESSIONAL LAW CORPORATION

1331 NORTH CALIFORNIA BLVD.
FIFTH FLOOR
P.O. Box 8177
WALNUT CREEK, CALIFORNIA 94596
FACSIMILE (925) 933-4126
TELEPHONE (925) 935-9400

BASIL S. SHIBER

BSS@MSANDR.COM

January 14, 2004

*Via Facsimile and U.S. Mail*
Paul M. Ngobeni
Ngobeni & Associates
914 Main Street, Suite 206
East Hartford, CT 06108

Re:   Hanson v. Ocwen Federal Bank, et al.
      U.S.D.C. Dist. Conn. 3:02 CV 960 (CFD)

Dear Mr. Ngobeni:

We have not received responses to Moss Codilis' March 11, 2003 interrogatories without objections interposed, as ordered by the Court at the November 24, 2003 hearing. As you know, the Court ordered that those responses be provided by December 31, 2003. No responses have been provided.

Nor has any identification of documents withheld from production been provided, as ordered by Judge Garfinkel.

This letter is intended as an effort to resolve these issues before the need to file a further motion before Judge Garfinkel to enforce his discovery orders. Please let me have your response to this letter at your earliest opportunity.

Very truly yours,

MILLER, STARR & REGALIA

Basil S. Shiber

BSS:sls
cc:   Richard G. Carlston
      David Bizar

MCSM\41962\557613.1

♦ WALNUT CREEK ♦   WWW.MSANDR.COM   ♦ MENLO PARK ♦