IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KWEKU HANSON, individually and on behalf of all others similarly situated, | Case No. 3:02 CV 960 (CFD) |
| Plaintiff, | |
| v. | March 10, 2004 |
| OCWEN FEDERAL BANK; et al., | |
| Defendants. | |

**AFFIDAVIT OF DAVID BIZAR IN SUPPORT OF MOSS CODILIS DEFENDANTS'**

**MOTION TO COMPEL DISCLOSURE,**

**TO DEEM REQUESTS FOR ADMISSIONS ADMITTED,**

**FOR EXTENSION OF TIME WITHIN WHICH TO DEPOSE PLAINTIFF**

**AND TO IMPOSE APPROPRIATE SANCTIONS**

David M. Bizar, being first duly sworn, deposes and says:

1.   I am over the age of 18 and believe in the obligation of an oath.

2.   I am an associate with the law firm of Day, Berry & Howard LLP, counsel to the Moss Codilis defendants[1] in the above-captioned action. I submit this affidavit in support

---

[1]   Moss, Codilis, Stawiarski, Morris, Schneider & Prior, LLP, Moss, Pite & Duncan, LLP ('Moss Codilis"), Codilis & Stawiarski, Pc, Morris, Schneider and Prior, LLC, Fein, Such, Khan & Shepard, P.C., Weltman, Weinberg & Reis Co., LPA, Boles, Boles & Ryan, P.L.C., and

of the Moss Codilis Defendants' Motion to Compel Disclosure, to Deem Requests for Admissions Admitted, for Extension of Time Within Which To Depose Plaintiff and To Impose Appropriate Sanctions. (the "Motion").

   3. I hereby certify that in accordance with D. Conn. L. R. 37(a)2 that my co-counsel at Miller, Starr & Regalia have conferred with plaintiff's counsel in an effort in good faith to resolve by agreement the issues raised by the Motion without the intervention of the Court, and have been unable to reach any agreement.

   4. This concludes my Affidavit.

              _____
               David M. Bizar
               Subscribed and sworn to before me this ___ day of March, 2004.

              _____
               Notary Public
               Commissioner of the Superior Court

---

individually, Gerald R. Moss, Ernie Codilis, Leo C. Stawiarksi, Jr., Arthur J. Morris, Thomas E. Prior, Randolph Schneider, Alan F. Such, Larry R. Rothenberg, and William R. Boles, Jr.

THIS IS TO CERTIFY that a copy of the foregoing was sent via first class mail on this 10th day of March, 2004, to:

Paul Ngobeni, Esq.  
Ngobeni & Associates  
914 Main Street, Suite 206  
East Hartford, CT 06108  

Basil S. Shiber, Esq.  
Miller, Starr & Regalia  
1331 N. California Blvd., 5th Floor  
P.O. Box 8177  
Walnut Creek, CA 94596  

Francis J. Brady, Esq.  
Matthew J. Budzik  
Murtha Cullina LLP  
CityPlace I  
Hartford, CT 06103-3469  

Richard G. Carlston, Esq.  
Miller, Starr & Regalia  
1331 N. California Blvd., 5th Floor  
P.O. Box 8177  
Walnut Creek, CA 94596  

Lou Spadafora, Esq.  
Winget, Spadafora & Schwartzberg, LLP  
45 Broadway, 19th Floor  
New York, NY 10006  

Theodore R. Scarborough, Esq.  
Sidely, Austin, Brown & Wood  
Bank One Plaza  
Chicago, IL 60603  

Peter Randall Stark, Esq.  
183 N. Broad Street  
P.O. Box 292  
Milford, CT 06460  

Kweku J. Hanson, Esq.  
(Pro Se)  
487 Main Street  
Hartford, CT 06103-3007  

Paul Britt, Esq.  
Moss, Codilis, Stawiarski, Morris,  
    Schneider & Prior, LLP  
6560 Greenwood Plaza Boulevard  
Suite 550  
Englewood, CO 80111-7100  

_____  
David M. Bizar