| | |
|---|---|
| **From:** | "Rosely Torres" <ppltorres@yahoo.com> |
| **To:** | "Kweku Hanson" <leagltek@mindspring.com> |
| **Sent:** | Friday, April 04, 2003 8:06 AM |
| **Subject:** | Re: Hola, Prima |

Dear K:

Thanks for not letting me down, did you ever talked to Mr. Francis Scarcliff?

He sent me a Fedex package and the guy left it underneath my door mat and I found it Sunday, it was left there on March 7th!! So, guess what? I missed the deadline and I have no case now, I called fedex and complained that even that my cell phone number was listed, they never let me know that the package was left under the matt. So, I called and left a message to Mr. Scarcliff and explained the situation and he has not responded back. Guess he did not believe me.

So, I lost my severance claim, I guess.

Talk to you later, alligator,

Rosely, still the same rebel

Kweku Hanson <leagltek@mindspring.com> wrote:

> They will NOT be able to buy the judge. We are tryingt o get him removed and even if we fail, we have made our point: we are watching his every move, and he has a career to worry about. So he will not blindly let Ocwen get away with bloody murder.
>
> Plus, trust me: they cannot lock you up for telling the truth. We have all the evidence to back you up, and I will not (unless I am killed, blinded, or paralyzed) sit aside and forget about any persecution of you, Dracheka, Todd or any other Ocwen victim. Like you, I am standing up to Ocwen. I know my life is at risk, but i am not worried in terms of being paralyzed with fear.
>
> Prima: Ocwen cannot win this war. I know it and we have come this far by FAITH. Jesus NEVER let us down. Never, even though you walked through the valley of the shadow of death (when you were being fired and seemed all aone). He was carrying you on his soulders and the one set of footprints you saw in the sand belonged to HIM.
>
> I know that I know that I know that my Redeemer liveth, so I fight on, knowing only that I must bear witness for my Lord. I am not a religious fanatic. No, I do not quote Scripture at every turn. No, I am not in Church every Sunday. But I have seen God move in mysterious ways, and I have a blessed assurance that He is able to do exceedingly abundantly more than we could ever ask of Him.
>
> Do yo think when I brought this lawsuit I ever imagined for a minute that one, two, three insiders at Ocwen would send me tons of information about Ocwen? It is God! Do you think I dreamed that the RipOffReport editor would send emails to all the Ocwen victims whose emails he never gives out, and tell them to consider sending

EXHIBIT __A__

3/8/2004

me Affidavits, so that now we have over 150 Affidavits and canceled checks and so forth?

Do you think he would let other lawyers from around the USA send me judgments against Ocwen where courts have found them to illegally foreclose on folk's homes?

Now tell me how Judge Droney is goingt o be able to ignore all that evidence? We are already dragging Judge Droney before the Court of Appeals to force him to step down. Even if we lose, his bias will be in the publi records and he has to watch himself carefully now that the eyes of the public are on the case. And the media is still considering stories on Ocwen.

Trsut me: we shall overcome. Don't worry about jail for you. He who loosed Paul's chains, who set Peter free, cannot He deliver you too? Or do you consider God as feeble and as betraying as flesh and blood?

Bendicion.

Kweku

> ----- Original Message -----
> From: Rosely Torres
> To: Kweku Hanson
> Sent: Wednesday, April 02, 2003 8:37 PM
> Subject: Re: Hola, Prima
>
> Dear K:
>
> Hope you are doing just fine. Here I am fine too.
>
> Dracheka called me the other day and she is fine. I haven't heard from Todd.
>
> Kweku, please tell me what is the worst that can happen to me if Ocwen wins a ruling on their favor. Will I be facing a lawsuit? Do I have to spend all the money I don't have to figtht this? Will I go to jail?
>
> Please let me know, I am a little worried about this.
>
> Althought I am still praying that we will win this battle,sometimes you know that we get anxious and scared since nobody knows how this is going to end and if they can buy the judge.
>
> Please reply,
>
> Rosely, the rebel
>
>   *Kweku Hanson <leagltek@mindspring.com>* wrote:
>
>   > Dear Rosely:

3/8/2004

Forgive me for not having kept in recent touch. DAY AND NIGHT, from about 9 a.m. until midnight EVERYDAY, I am here working on nuestra cao favoraito. Dia y noche, sin mentir.

I am even tired of all the Ocwen emails that come in, because it takes so much of my time. My regular law practice and my monies are off by over 75 percent.

But, thanks to your bravery and your help last year, I am now starting to use some of that info. Ihave been in touch with Dracheka and Todd and have given both of them (and nobody else) your email address. I hope that is OK.

Ocwen will take my deposition in 13 days,a nd Moss Codilis will also take my deposition on April 15th. Fine with me. I know the ins-and-outs of deposition even better than Bill Clinton.

And God is on our side (actually we must be on God's side). Te estrano mucho y tu es muchas veces en mi pensamentos---when I am reading the emails that came in to customerrel. and other emails a ti de los abogados "preferred providers" en Florida.

I have coaxed two ther law firms to go after Moss, one in NYC and a big one in Chicago. We will get them. I hope Forida is sunny and warm. Here, ahora mismo it is SNOWING! I miss the playas of Isla Verde y Ponce. I miss the beaches of Florida.

We will see each other temprano????

Kweku

BEGIN:VCARD
VERSION:2.1
N:Hanson;Kweku
FN:Kweku Hanson
EMAIL;PREF;INTERNET:leagltek@mindspring.com
REV:20030401T212834Z
END:VCARD

Do you Yahoo!?
Yahoo! Tax Center - File online, calculators, forms, and more

Do you Yahoo!?
Yahoo! Tax Center - File online, calculators, forms, and more

3/8/2004