| | |
|---|---|
| From: | "Kweku Hanson" <leagltek@mindspring.com> |
| To: | "DR" <platnm6309@gbronline.com> |
| Sent: | Tuesday, March 25, 2003 11:11 AM |
| Subject: | Re: our case |

I must by law send in ALL Affidavits, secret Ocwen internal documents, my own loan file, and any other material, emails, correspondence, etc., received, with an affirmation under oath that I have not knowingly withheld anything back. [Ocwen and every other defendant must do the same for the 60 pages of requests we are serving on them today, including revealing any and all lawsuits, arrests, borrower complaints, etc., etc.].

Yes, it is terribly expensive to print or xerox thousands of pages of documents/records, etc., and send them to the enemy, but that is what the rules of litigation require me and my lawyers to do. Litigants may stall, hee and haw, but in the end, they will face motions to compel, monetary sanctions, etc. [think Bill Clinton's depositions].

I wish I could [like Clinton] start a legal defense fund in this Ocwen case. The funny thing is my own house is not even in ANY danger of being foreclosed upon [the very reason Ocwen is now saying the preliminary injunction should be denied, because I can show no imminent danger or harm]. But I know the minute I hint that I would like some voluntary contributions or a $100 per victim contribution to help us fight these pachyderms, I will be instantly maligned online as another thief, folk will say: we sent our affidavits, what do you have to show for it so far, etc., etc.

Ocwen will have a field day (having already convinced some folk that I am NOT even a real lawyer (but check for yourself with the Connecticut courts and you will see indeed I very much AM a real lawyer in good standing).

So, your thoughts and sentiments are very much appreciated, but i wil not venture there. If any other Ocwen victim wants to take up the clarion call, fine with me. I have already shelled out of my own pocket to date, well over 13,000 dollars in supplies, equipment (new computers, etc., after Ocwen hacked into mine and filled them with viruses), xeroxing costs, printer toner and ink jet supplies, paper, postage, etc. NOT TO MENTION MY TIME. MY REGULAR PRACTICE OF LAW HAS BEEN HAMMERED. But if I stop this fight, who will be able to take on these vermin? If I who has the legal knowledge and was able to get moles from inside Ocwen to give us damning docs, if I quit now, who will be able to defeat or at lead hold to a draw ocwen?

Just continue to "pray my strength in the Lord," the Lord God of Hosts, the Lord mighty in Battle, the self-same God who let David defeat Goliath, who let Samson defeat the Philistines, who saved Daniel from the lion's den in Baghdad . . . .
Kweku

----- Original Message -----
From: DR
To: Kweku Hanson
Sent: Tuesday, March 25, 2003 12:23 AM
Subject: Re: our case

EXHIBIT ___B___

3/8/2004

Did you have to send in all the sworn affidavits? I wish I could help with a donation... maybe you should lobby for that on ripoff report.. If you got something from all of us, it could help defray some of the costs, ya think?
Pat

----- Original Message -----
From: Kweku Hanson
To: DR
Sent: Monday, March 24, 2003 9:14 PM
Subject: Re: our case

There are no significant new updates. The judge has decided not to remove himself . . . so that issue is now on appeal (at great expense to me, I might add).

We and Ocwen and Moss Codilis are entangled in a high-stakes discovery regime which began three weeks ago when they lobbed their grenades at us. Tomorrow, we fire back with rocket-propelled JDAMs.

Kweku

----- Original Message -----
From: DR
To: Kweku Hanson
Sent: Monday, March 24, 2003 12:43 PM
Subject: our case

Hi Kweku:
I was just wondering if there has been an update to whether or not the judge has recused himself or not; or if the hearing said he had to...

Thanks for the prayers for my husband. So far he hasn't made a decision as to the type of therapy he wants for his prostate cancer, nor has the Veterans Administration contacted him either. So, it is all still up in the air...At least now I have a break and can concentrate on some other things, like following up on our Ocwen situation.

Pat

3/8/2004