## Kweku Hanson

**From:** <Toddk911@aol.com>
**To:** <leagitek@mindspring.com>
**Sent:** Thursday, September 05, 2002 11:35 AM
**Subject:** Re: NWECO

HELLO!

Sorry for the delay as my copmuter was out of commission. I am more than willing to help and have been by passing insider documents and information to Rosale Torres for some time now.

Todd

000739

EXHIBIT __C__    11/26/2003