Do you have direct evidence of the fee splitting between OCWEN and Moss?
Very truly yours,

Stephen Marc Truppe
Attorney at Law
(818) 995-7207
Fax (818) 906-7142

-----Original Message-----
**From:** Kweku Hanson [mailto:leagltek@mindspring.com]
**Sent:** Sunday, May 04, 2003 8:44 AM
**To:** Stephen Truppe
**Subject:** Re: Hanson v OCWEN

Yes, we have developed a handful of CURRENT workers at Ocwen's orlando facility (and Ocwen has spent the past six months running into Court trying to get us to divulge their identities, so far without luck [despite 2 court rulings in their favor], although to avoid contempt or sanctions we will have to cough up the names next week.

We also have former employees of Ocwen and Moss Codilis. We propounded numerous interrogatories and requests for admissions upon both Ocwen and Moss. Ocwen has filed for a protective order [and the right NOT to comply with our requests as burdensome], and Moss has a compliance due date of Monday (so we'll see what curve they try to throw us). However, those worker identities were filed ex parte, under SEAL, so that I have never revealed them to ANYONE ELSE except my lead legal counsel, lest Ocwen assert that we have waived any right to withhold them . . . Also, they retailiated against those workers whose email communications with me they were able to trace on their server, so employee security is my uttermost consideration.

The reality is that MOST of the accounts were NEVER in fact 30 days late, and anyhow Ocwen and Moss split everything from employees to attorneys fees. Is that illegal. SURE! Is it unethical? Sure! Should borrowers be filing grievances against Moss? Good question.

Anyhow, I do nto want to get ahead of myself. As far as Interrogatory options, we have asked them virtually everything permitted by the court in phase one discovery: the merits of MY individual case, and whether the requirements of Rule 23 are satisfied. We have not reached class merits discovery yet, so we have a reservoir of discovery that must await that next level.

EXHIBIT __D__