| | |
|---|---|
| From: | "Arkie Robin" <arkierobin@earthlink.net> |
| To: | "Kweku Hanson" <leagltek@mindspring.com> |
| Sent: | Friday, November 21, 2003 5:09 PM |
| Subject: | Re: CBS Says "NOT TONIGHT" due to JFK Assassination Anniversary |

What a fine kettle of fish.

To call in victims only for them to NOT testify over the holiday with the expense involved is to invite disaster. They would be very angry. Do you want it done? I am afraid that they will all give up with this hokey-pokey...we're in, we're out. Have you ever seen a case like this?

Can you get your local lady from the press...the one that wanted the expose in CT so badly? Do something over the weekend?? An interview with you and the "blonde, blue eyed victims". Anything like that possible?

Do you feel that strongly that JD will do what they ask? He also has your motion to consider as well, don't forget. Many things I do not understand...would you be the only gagged plaintiff? That's crazy!! How could that be justified by the court?

This is not National Security, it is a damn crooked bank...why would they need secrecy? Someone would be asking those questions.

Well, back to work. Sorry I am being a pest, but I do not see how the judge can let this happen. It is an ethical as well as legal issue. I think it might be grounds for another recusal motion...incompetence!!

R

----- Original Message -----
From: Kweku Hanson
To: Arkie Robin
Sent: Friday, November 21, 2003 6:19 PM
Subject: Re: CBS Says "NOT TONIGHT" due to JFK Assassination Anniversary

Their countermotion can be mentioned (since I have received it and can share it with whoever I please, legally, and also since they presumably filed it electronically as is now allowed in Connecticut).

I have sent emails to Randall Pinkston and Amy Birnbaum at CBS begging them to please proceed with the expose while I am still legally able to comment on these things.

We will fight Ocwen tooth and nail over their attempt to gag me and SEAL evidence of their fraud (they do have guts, for sure), and I want to release ALL the secret info and records I have ASAP. I shall be happy to mail several documents to anyone who wants them, so that perhaps they can be again anaymously "leaked" to Lieff Cabraser or someone else, since even the sentencing today of Paul Silvester apparently will have no impact on whoever is in a position to sabotage our case.

perhaps, my call to folk NOT to travel to Bridgeport was premature. Judge Droney will take this matter up in Hartford either Monday morning or afternoon and I want the eyes of the honest world to be watching. To this day, we have received NO OFFICIAL WORD that any Ocwen victims have sent letters to any judge in Connecticut. Normally, the Court

EXHIBIT E

3/8/2004

reveals any ex-parte communications it receives.

Kweku

----- Original Message -----
**From:** Arkie Robin
**To:** Kweku Hanson
**Sent:** Friday, November 21, 2003 7:13 PM
**Subject:** Re: CBS Says "NOT TONIGHT" due to JFK Assassination Anniversary

Pardon me:

## THE BASTARDS! Sorry!

Whew! I feel so much better now!

I am very frustrated. I thought we had squeaked by without all this fiddle-faddle. Any other judge and I would feel better about this.

Ethics issues do not belong in this man's courtroom. My gut instinct is that he does not comprehend the meaning or the spirit of the word! No trust in him from me.

Will see what I can cobble together. I assume that it is not possible to mention the counter by Ocwen at this time, as well.

R


----- Original Message -----

**From:** Kweku Hanson
**To:** Arkie Robin
**Cc:** violet@mtbonline.net ; EDitor@ripoffreport.com
**Sent:** Friday, November 21, 2003 5:52 PM
**Subject:** Re: CBS Says "NOT TONIGHT" due to JFK Assassination Anniversary

If possible, and without mentioning Rosely Torres, whose name is revealed in our filing from last Tuesday (regarding Ocwen's fraudulent redactions), exceprts from our attached filing (which is now a public document electronically accessible online via PACER) should be posted at ROR.

Ocwen just now filed a 23 page response, asking that the Court seal MY LOAN INFROMATION and force me to give up everything secret I have. They have a BIG firefight coming to them on Monday when the issues come up, but I am now anxious to spread the dirt fully before they try to gag me in some underhanded manner.

Kweku

----- Original Message -----
**From:** Arkie Robin
**To:** Kweku Hanson
**Sent:** Friday, November 21, 2003 3:31 PM
**Subject:** Re: CBS Says "NOT TONIGHT" due to JFK Assassination Anniversary

3/8/2004

Just an observation:

Forty year old stories take precedence over people being illegally evicted today?

God help us!

R

----- Original Message -----
From: Kweku Hanson
To: violet@mtbonline.net
Cc: Arkie Robin
Sent: Friday, November 21, 2003 1:25 PM
Subject: CBS Says "NOT TONIGHT" due to JFK Assassination Anniversary

Latest from CBS is that the "expose" will NOT run tonight as tentatively scheduled, due to focus on JFK's death and Camelot and all that.

SO next "probable" date is early December, because the following Friday which is Thanksgiving weekend, they do not want to run any depressing consumer stories.

Aah, well. I guess we'll have to keep sucking in our guts until we pass out from lack of air.

Kweku

PS: No official or unofficial reaction as yet to our latest filing to disqualify the lawyers caught with their hands in the cookie jar spoiling evidence.

3/8/2004