| | |
|---|---|
| **From:** | Kweku Hanson |
| **Sent:** | Tuesday, May 27, 2003 12:17 PM |
| **To:** | violet@mtbonline.net |
| **Subject:** | El Monstro Ocwen, El Culco |
| **Attach:** | Blank Bkgrd.gif |

Marlene:

Es tu primo de Hartford, que con tigo peliar contra Ocwen. Como le va en Floride?

Marlene, I read your most recent post at ROR (you go girl) and hopefully you saw mine right behind yours. As you know, you have many fans at ROR and you are una heroina hispanica to many of us. I have another heroina latina en Floride, and sometimes I wish I could put the two of you in touch with each other. You are both VERY BRAVE and honest folk, and I love you both especially for your hard work in this Ocwen war.

I just a few minutes ago got devastating news: CBS News has decided to TABLE (not act on) the Ocwen story/expose. It turns out that one group of producers was working hard on Fairbanks Capital (due to be aired tonight on CBS Evening News) and so the management has not decided whether to approve an identical story back-to-back.

I am so discouraged, because I gave CBS the most detailed info and documents I have (including some from moles inside Ocwen). They even interveiwed a number of Ocwen victims as well as a few well-placed current or former workers at Ocwen's Orlando facility.

So now, we must find a different way to get massive publicity. The lawsuit is on track (slow but steady), but I do not know why such setbacks happen to good folk who are simply trying to do the right thing.

TTUL (Talk To You Later),

Kweku

EXHIBIT __F__