| | |
|---|---|
| **From:** | Kweku Hanson |
| **Sent:** | Tuesday, May 20, 2003 3:35 PM |
| **To:** | Birnbaum, Amy |
| **Subject:** | Re: Kaulfers, Rosely Torres, Todd Kettle, Misc. |

Rosaley Torres I can EASILY get you to speak with about the matter. Todd Kettle is somewhat different. Depsite several premoses to send me a sworn statement (something I have always insisted on, to deter countermoles), and although he has sent me emails disparaging Ocwen and revealing some info, he has NEVER sent in the sworn satement.

However, it remains a FACT that he provided Rosaley with some damning emails that he as Foreclosure Spervisor [for New York State] supervisor had access to, and she was 100% convinced that he was very legit.

Again, Rosaley's email is ppltorres@yahoo.com (and I shall email her right away that you want to get in touch). Her cell phone number is (407-252-1319 or 720-587-9978 (both).

Todd's email is Todd911@aol.com and his cell phone number is 407-484-1320.

Kweku

PS: My lawyer just filed 250 pages of FTC (Fed Trade Cssn) complaints on Ocwen with the federal court here in Hartford yesterday morning. Hundreds of complaints to the FTC and yet ZERO investigation. We tried an FOIC request to OTS (Office of Thrift Supervision) which regulates Ocwen, and they replied that it was their "policy" not to divulge complaints on public institutions.

Now, as a former FOI counsel [Connecticut] I know that is so bogus. Sure, the public has a right of access to those complaints on Ocwen from OTS, but it [OTS] has long been suspected of being in bed with Ocwen.

> ----- Original Message -----
> **From: Birnbaum, Amy**
> **To:** 'Kweku Hanson'
> **Sent:** Tuesday, May 20, 2003 4:47 PM
> **Subject:** RE: Amy --- Another Ocwen Victim With An Emergency
>
> kweku: I really like the Kaulfers and I'm talking with her about going out there.   Can you help me out with getting Todd and /or Rosaly to talk with me?  I think I emailed them both but never heard back.
>> -----Original Message-----
>> **From:** Kweku Hanson [mailto:leagltek@mindspring.com]
>> **Sent:** Thursday, May 15, 2003 1:19 PM
>> **To:** Birnbaum, Amy
>> **Subject:** Amy --- Another Ocwen Victim With An Emergency

EXHIBIT __G__