112403

1

```
 1   UNITED STATES DISTRICT COURT
 2   DISTRICT OF CONNECTICUT
 3
     KWEKU HANSON, Ind & O/B/O   )
 4   others similarly situated,  )
                   Plaintiff.    )      NO: 3:02CV960(CFD)
 5                               )
     vs.                         )
 6                               )      November 24, 2003
     OCWEN FEDERAL BANK, et al,  )
 7                Defendants.    )
     _____            HEARING
 8
                         450 Main Street
 9                       Hartford, Connecticut
10
11   B E F O R E:
            THE HONORABLE CHRISTOPHER F. DRONEY, U.S.D.J.
12
13   A P P E A R A N C E S:

14   For the Plaintiff    :      PAUL MPANDE NGOBENI, ESQ.
                                 914 Main Street, Suite 206
15                               E. Hartford, CT 06108
16
17   For the Defendant,   :      THEODORE R. SCARBOROUGH, ESQ.
     Ocwen Federal Bank          Sidley & Austin
18                               Bank One Plaza
                                 10 S. Dearborn Street
19                               Chicago, IL 60603

20                                      -and-

21                               FRANCIS J. BRADY, ESQ.
                                 Murtha Cullina LLP
22                               Cityplace I
                                 Hartford, CT 06103
23
24   Court Reporter       :      Martha C. Marshall, RMR, CRR
     Proceedings recorded by mechanical stenography, transcript
25   produced by computer.
```

Page 1

EXHIBIT  H

112403

☐

17

1   all documents he's filed under seal with this Court. Maybe
2   we save for another day whether there's been waiver or
3   there's not, but turning them over to me, I think this Court
4   is certainly in a position to say that is an additional
5   waiver. And then we'll just see where the chips fall with
6   respect to anything he claims is privileged. But the fact
7   that he has filed this with the Court, he can't now claim a
8   privilege of any sort.
9            THE COURT: I know your position on this. What
10  we're going to do then, Mr. Ngobeni, I'm going to ask you
11  within two days, 48 hours, to turn over to the defendants
12  those documents that you submitted that are now under seal,
13  that I placed under seal, except for those which you claim a
14  privilege. And then as to those documents, hold them back
15  for now, but identify them in a privilege log to the
16  defendants. If there are such documents, then we'll
17  subsequently take up the issue of whether any kind of
18  privilege has been waived by what's happened already. It
19  may be that there's no privilege claimed as to those
20  documents so we need not argue that yet.
21           Is that clear then, Mr. Ngobeni?
22           MR. NGOBENI: Yes, it's clear, your Honor, and I
23  shall comply with that.
24           MR. SHIBER: Your Honor, just to clarify, copies
25  of the documents should be turned over to each defendant.