UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
KWEKU HANSON                          )    No. 3:02-CV-960(CFD)
individually and on behalf of         )
all others similarly situated         )
        Plaintiff,                    )
                                      )
        v.                            )
                                      )
OCWEN FEDERAL BANK, et al.            )
        Defendants.                   )
_____)    MARCH 15, 2004

### PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOSS CODILIS' MOTION FOR STAY PENDING MDL ACTION

Pursuant to applicable Fed.R.Civ.P. and D.Conn.L.Civ.R. provisions, Plaintiffs move the Court for an extension of time to file an ossiferous opposition to Moss Codilis' Motion for Stay of <u>Hanson</u> pending MDL action, filed on or about February 24, 2004.

Plaintiffs assert that said motion for extension of time is neither frivolous nor interposed for delay, but good cause exists therefor, namely the press of other matters in this and unrelated litigation, plus the challenge of comprehending and confronting the inherently inconsistent position being taken by Moss Codilis in simultaneously trying to eat its caviar and have it.

ORAL ARGUMENT IS NOT REQUESTED

TESTIMONY WILL NOT BE REQUIRED

Moss Codilis has, in its motion which is the subject of this continuance request and which will be the subject of a substantive objection shortly, filed a comprehensive motion for a total stay of *all* proceedings in the case at bar, pending MDL action. Just over two weeks later, Moss Codilis races into Court filing a motion for disgorgement.[1]

While Plaintiffs wish the real Moss Codilis would stand steady, state its sincere stance, and stop vacillating like a vertigo victim vis-a-vis its view on a stay versus a skirmish, Plaintiffs nevertheless need time to ready their response to Moss Codilis' motion for stay. Since Moss Codilis has asked for a stay to halt all proceedings for at least another month anyway, presumably no palpable prejudice will accrue to Moss Codilis (or any other defendant, for that matter) if this Court accords Plaintiffs *three weeks* from today to submit a substantive statement in opposition to the motion for stay.

Plaintiffs have sought to confer with defense counsel. At this time, Defendants' position vis-a-vis assenting to Plaintiffs three week extension request being granted remains unknown.

---

[1] Such serial sandbagging strategies aim to abort accelerated action on the corroborated charges of conspiratorial corruption, said for months a figment of Hanson's imagination.

Respectfully submitted,

_____
Paul M. Ngobeni (#ct08187)
Law Offices of Paul Ngobeni
914 Main Street, Suite 206
East Hartford, CT 06108
Telephone: (860) 289-3155
Facsimile: (860) 282-7479

<u>CERTIFICATION</u>

A copy of Plaintiffs' **Motion for Extension of Time to File Objection to Moss Codilis' Motion for Stay** was mailed 03/15/04, postage prepaid, to the following counsel and *pro se* parties:

| | |
|---|---|
| Steven M. Greenspan, Esq.<br>David M. Bizar, Esq.<br>Day, Berry & Howard LLP<br>CityPlace I<br>Hartford, CT 06103-3499<br>(860) 275-0100 Fax (860) 275-0343 | Matthew Budzik, Esq.<br>Francis J. Brady, Esq.<br>Murtha Cullina LLP<br>CityPlace I, 185 Asylum Street<br>Hartford, CT 06103<br>(860) 240-6000 Fax (860) 240-6150 |
| Basil S. Shiber, Esq.<br>Richard G. Carlston, Esq.<br>Miller, Starr & Regalia<br>1331 N. California Blvd. 5th Floor<br>P. O. Box 8177<br>Walnut Creek, CA 94596<br>(925) 935-9400 | John Van De Weert, esq.<br>Theodore R. Scarborough, Esq.<br>Sidely, Austin, Brown & Wood<br>Attorneys at Law<br>Bank One Plaza<br>Chicago, IL 60603<br>(312) 853-7036 Fax (312) 853-2236 |
| Luigi Spadafora, Esq.<br>Peter R. Stark, Esq.<br>Winget, Spadafora & Schwartzberg<br>45 Broadway, 19th Floor<br>New York, NY 10006<br>(212) 221-6900 Fax (212) 221-6989 | Kweku J. Hanson, Esq. (*Pro Se*)<br>Law Offices of Kweku J. Hanson<br>487 Main Street, Suite Two<br>Hartford, CT 06103-3007<br>(860) 728-5454 Fax (860) 548-9660 |

_____
**Paul M. Ngobeni, Esq.**