UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

KWEKU HANSON,                           :   No. 3:02-CV-960 (WIG)
individually and on behalf of           :
all others similarly situated           :
                                        :
    Plaintiff,                      :
                                        :
v.                                      :
                                        :
OCWEN FEDERAL BANK, FSB, et al.         :
                                        :
    Defendants.                     :   March 23, 2004

---

## MOTION FOR PROTECTIVE ORDER

Defendants Ocwen Federal Bank FSB, Ocwen Financial Corporation and William Erbey, hereby move that plaintiff's Notice of Deposition to William Erbey be quashed and a protective order entered. First, Mr. Erbey has filed a motion to dismiss the claims against him for lack of personal jurisdiction. Until plaintiff can establish personal jurisdiction to even pursue claims against Mr. Erbey, Mr. Erbey should not be forced to submit to a deposition. Second, this case should be stayed pending the Multidistrict Litigation Panel's decision on consolidating discovery in this case with other similar cases. Third, plaintiff has failed to show that Mr. Erbey, Ocwen's highest official, possess any unique information

NO ARGUMENT REQUESTED
NO TESTIMONY REQUIRED

about this case. Finally, even if Mr. Erbey were to be deposed, the deposition must take place in West Palm Beach Florida, not Hartford.

WHEREFORE, Ocwen Federal Bank FSB, Ocwen Financial Corporation, and William Erbey move to quash the Notice of Deposition of William Erbey and for entry of a protective order requiring that the deposition of William Erbey not be taken.

DEFENDANTS -

OCWEN FEDERAL BANK FSB, OCWEN FINANCIAL CORP., AND WILLIAM C. ERBEY


By _____

Francis J. Brady - ct04296
Matthew J. Budzik - ct19706
Murtha, Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone:  (860) 240-6000
Facsimile:  (860) 240-6150
fbrady@murthalaw.com
mbudzik@murthalaw.com

Theodore R. Scarborough – ct24232
Sidley Austin Brown & Wood
Ocwen One Plaza – 10 S. Dearborn Street
Chicago, Illinois 60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036
tscarborough@sidley.com

John K. Van De Weert - ct25413
Sidley Austin Brown & Wood LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 736-8000
Facsimile:  (202) 736-8711
jvandeweert@sidley.com
Its Attorneys

-4-

**ORDER**

Ocwen Federal Bank FSB's, Ocwen Financial Corporation's, and William Erbey's Motion for Protective Order, having been considered, is hereby ORDERED:

GRANTED/DENIED.

The deposition of William Erbey shall not be held until further order of the Court.

_____                                      _____
Date                                                                                      U.S. District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent by U.S. mail, first class postage prepaid, on this 23rd day of March, 2004 to:

Paul Ngobeni, Esq.
Ngobeni & Associates
914 Main Street, Suite 206
East Hartford, CT 06108

Peter Randall Stark, Esq.
183 N. Broad Street
P.O. Box 292
Milford, CT 06460

Luigi Spadafora, Esq.
Winget & Spadafora
45 Broadway, 19th Floor
New York, NY 10006

Basil S. Shiber, Esq.
Richard G. Carlston, Esq.
Miller, Starr & Regalia
1331 N. California Blvd., 5th Floor
P.O. Box 8177
Walnut Creek, CA 94596

Steven M. Greenspan, Esq.
Day, Berry & Howard
CityPlace I
Hartford, CT 06103-3499

John K. Van De Weert
Sidley Austin Brown & Wood LLP
1501 K Street, N.W.
Washington, D.C. 20005

Kweku J. Hanson, Esq.
*Pro Se*
Elm Building
487 Main Street, Suite Two
Hartford, CT 06103-3007

Theodore R. Scarborough, Esq.
Sidley Austin Brown & Wood LLP
Ocwen One Plaza
10 S. Dearborn Street
Chicago, IL 60603

_____
Matthew Budzik