UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| KWEKU HANSON, individually and on behalf of all others similarly situated | : No. 3:02-CV-960 (CFD) |
| Plaintiff, | : |
| v. | : |
| OCWEN FEDERAL BANK, et al. | : |
| Defendants. | : March 23, 2004 |

---

## AFFIDAVIT OF MATTHEW J. BUDZIK

I, Matthew J. Budzik, having been duly sworn, hereby depose and say:

1. I am over eighteen (18) years of age and believe in the obligations of an oath.

2. I am an attorney representing Ocwen Federal Bank in the above referenced case and as such have personal knowledge of all the facts stated herein.

3. Pursuant to D. Conn. L. Civ. R. 37(a)(2), on March 17, 2004 and March 22, 2004, I attempted to contact plaintiff's counsel, Paul Ngobeni, Esq., in an attempt to narrow or resolve the issues raised by Ocwen's Motion for Protective Order.

4. I received no response from plaintiff's counsel.

_____
Matthew J. Budzik

STATE OF CONNECTICUT : 
: ss.
CITY OF HARTFORD :

    Personally appeared Matthew J. Budzik, signer and sealer of the foregoing instrument, and acknowledged the same to be his free act and deed, before me.

_____
Notary Public
My Commission Expires: