IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KWEKU HANSON, individually and on behalf of all others similarly situated, | Case No. 3:02 CV 960 (CFD) |
| Plaintiff, | |
| v. | |
| OCWEN FEDERAL BANK; et al., | |
| Defendants. | March 23, 2004 |

**MOSS CODILIS DEFENDANTS' REPLY TO LITTON LOAN SERVICING, LP'S OPPOSITION TO MOTION TO STAY PROCEEDINGS <u>PENDING MDL PANEL REVIEW</u>**

The Moss Codilis defendants[1] hereby respectfully submit this reply to Litton Loan Servicing, LP's Opposition To Moss Codilis Defendants' Motion To Stay Proceedings Pending MDL Panel Review.

The Moss Codilis defendants have no objection to this Court excluding Litton's pending Motion to Strike from the scope of the requested stay. A decision on that motion does not create any potential for conflicting pretrial rulings in other pretrial proceedings. Indeed, the action before this Court is the only action currently before the MDL Panel to which Litton is a party. Resolution of Litton's status as a defendant in this action prior to its inclusion in a complex multidistrict pre-trial proceeding would serve to further judicial economy and is, therefore, consistent with the purpose of the Moss Codilis defendants pending Motion To Stay. See <u>Good v.</u>

---

[1] Moss, Codilis, Stawiarski, Morris, Schneider & Prior, LLP, Moss, Pite & Duncan, LLP ('Moss Codilis"), Codilis & Stawiarski, Pc, Morris, Schneider and Prior, LLC, Fein, Such, Khan & Shepard, P.C., Weltman, Weinberg & Reis Co., LPA, Boles, Boles & Ryan, P.L.C., and individually, Gerald R. Moss, Ernie Codilis, Leo C. Stawiarksi, Jr., Arthur J. Morris, Thomas E. Prior, Randolph Schneider, Alan F. Such, Larry R. Rothenberg, and William R. Boles, Jr.

Prudential Ins. Co. of America, 5 F. Supp.2d 804, 809 (N.D. Cal. 1998) ("The purpose of such

transfers is to further judicial economy and to eliminate the potential for conflicting pretrial

rulings."); see also, e.g., In re New York City Mun. Sec. Litig., 572 F.2d 49, 51-52 (2d Cir. 1978);

In re Air Crash Disaster off Long Island, N.Y. 965 F. Supp. 5, 7 (S.D.N.Y. 1997).


Dated:  March 23, 2004         MOSS, CODILIS, STAWIARSKI, MORRIS, SCHNEIDER &
                               PRIOR, LLP; MOSS, PITE & DUNCAN, LLP; CODILIS &
                               STAWIARSKI, PC; MORRIS, SCHNEIDER AND PRIOR,
                               LLC; FEIN, SUCH, KHAN & SHEPARD, P.C.; WELTMAN,
                               WEINBERG & REIS CO., LPA; BOLES, BOLES & RYAN,
                               P.L.C.; and individually, GERALD R. MOSS; ERNIE
                               CODILIS; LEO C. STAWIARKSI, JR.; ARTHUR J.
                               MORRIS; THOMAS E. PRIOR; RANDOLPH SCHNEIDER;
                               ALAN F. SUCH; LARRY R. ROTHENBERG; and
                               WILLIAM R. BOLES, JR.



                          By:_____
                               Richard G. Carlston (ct23944)
                               Basil S. Shiber (ct23946)
                               Miller, Starr & Regalia
                               A Professional Law Corporation
                               1331 N. California Blvd., Fifth Floor
                               Post Office Box 8177
                               Walnut Creek, California  94596
                               Telephone:   (925) 935-9400

                                        -and-

                               Steven M. Greenspan (ct00380)
                               David M. Bizar (ct20444)
                               Day, Berry & Howard LLP
                               City Place I
                               Hartford, Connecticut 06103

THIS IS TO CERTIFY that a copy of the foregoing was sent via first class mail on this 23rd day of March, 2004, to:

Paul Ngobeni, Esq.
Ngobeni & Associates
914 Main Street, Suite 206
East Hartford, CT 06108

Basil S. Shiber, Esq.
Miller, Starr & Regalia
1331 N. California Blvd., 5th Floor
P.O. Box 8177
Walnut Creek, CA  94596

Francis J. Brady, Esq.
Matthew J. Budzik
Murtha Cullina LLP
CityPlace I
Hartford, CT 06103-3469

Richard G. Carlston, Esq.
Miller, Starr & Regalia
1331 N. California Blvd., 5th Floor
P.O. Box 8177
Walnut Creek, CA  94596

Lou Spadafora, Esq.
Winget, Spadafora & Schwartzberg, LLP
45 Broadway, 19th Floor
New York, NY 10006

Theodore R. Scarborough, Esq.
Sidely, Austin, Brown & Wood
Bank One Plaza
Chicago, IL 60603

Peter Randall Stark, Esq.
183 N. Broad Street
P.O. Box 292
Milford, CT  06460

Kweku J. Hanson, Esq.
(Pro Se)
487 Main Street
Hartford, CT 06103-3007

Paul Britt, Esq.
Moss, Codilis, Stawiarski, Morris,
Schneider & Prior, LLP
6560 Greenwood Plaza Boulevard
Suite 550
Englewood, CO 80111-7100

_____
David M. Bizar