IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KWEKU HANSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OCWEN FEDERAL BANK; et al.,<br><br>Defendants. | Case No. 3:02CV960 (CFD)<br><br><br><br><br><br><br><br>March 23, 2004 |

## MOSS CODILIS DEFENDANTS' EX PARTE MOTION FOR A PROTECTIVE ORDER PURSUANT TO F.R.C.P. 26(c)

The Moss Codilis defendants[1] hereby respectfully request the Court to issue a protective order pursuant to Federal Rule of Civil Procedure 26(c): (1) prohibiting the taking of the deposition of Gerald R. Moss currently noticed for March 29, 2004 until the resolution of the pending MDL Panel proceeding, the pending Moss Codilis defendants' motion to stay and the pending Moss Codilis defendants' motion to dismiss; or, at a minimum, (2) requiring that the deposition be taken in the State of California where the deponent resides.

Good cause exists for the grant of the requested protective order because proceeding with the deposition of Gerald R. Moss on March 29, 2004 would defeat the central purpose of the pending MDL Panel review and of Moss Codilis' previously filed motion to stay. Subjecting the Moss Codilis defendants to this probable duplication of proceedings would impose an "undue burden and expense" and would be contrary to principles of judicial efficiency.

---

[1] Moss, Codilis, Stawiarski, Morris, Schneider & Prior, LLP, Moss, Pite & Duncan, LLP ('Moss Codilis"), Codilis & Stawiarski, Pc, Morris, Schneider and Prior, LLC, Fein, Such, Khan & Shepard, P.C., Weltman, Weinberg & Reis Co., LPA, Boles, Boles & Ryan, P.L.C., and individually, Gerald R. Moss, Ernie Codilis, Leo C. Stawiarksi, Jr., Arthur J. Morris, Thomas E. Prior, Randolph Schneider, Alan F. Such, Larry R. Rothenberg, and William R. Boles, Jr.

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

Furthermore, good cause exists because a motion to dismiss the action against the named deponent for lack of jurisdiction is currently pending before this Court. Finally, the plaintiff noticed the deposition at issue to be taken in Hartford, Connecticut. The deponent and the partnership in which he is employed are located in California. To require him to travel cross-country for this deposition on extremely short notice would impose an "undue burden and expense" on the deponent.

Good cause exists to hear this motion on a ex parte basis given the timing of the issues presented. Plaintiff noticed Mr. Moss's deposition for March 29, 2004. The Moss Codilis defendants did not receive Plaintiff's Notice of Deposition until March 15, 2004. As a result, the Moss Codilis defendants lack sufficient time to obtain the requested protective order by noticed motion prior to the date of the contemplated appearance on March 29, 2004. Accordingly, the Moss Codilis defendants seek the requested relief on an ex parte basis.[2]

A memorandum in support of this ex parte motion is filed herewith.

---

[2] Although relief is sought on an ex parte basis, the Moss Codilis defendants are serving a copy this motion and accompanying memorandum of law in accordance with Rule 5 of the Federal Rules of Civil Procedure.

Dated: March 23, 2004

MOSS, CODILIS, STAWIARSKI, MORRIS, SCHNEIDER & PRIOR, LLP; MOSS, PITE & DUNCAN, LLP; CODILIS & STAWIARSKI, PC; MORRIS, SCHNEIDER AND PRIOR, LLC; FEIN, SUCH, KHAN & SHEPARD, P.C.; WELTMAN, WEINBERG & REIS CO., LPA; BOLES, BOLES & RYAN, P.L.C.; and individually, GERALD R. MOSS; ERNIE CODILIS; LEO C. STAWIARKSI, JR.; ARTHUR J. MORRIS; THOMAS E. PRIOR; RANDOLPH SCHNEIDER; ALAN F. SUCH; LARRY R. ROTHENBERG; and WILLIAM R. BOLES, JR.

By:_____
Richard G. Carlston (ct23944)
Basil S. Shiber (ct23946)
Miller, Starr & Regalia
A Professional Law Corporation
1331 N. California Blvd., Fifth Floor
Post Office Box 8177
Walnut Creek, California 94596
Telephone: (925) 935-9400

-and-

Steven M. Greenspan (ct00380)
David M. Bizar (ct20444)
Day, Berry & Howard LLP
City Place I
Hartford, Connecticut 06103
Telephone: (860) 275-0100

      THIS IS TO CERTIFY that a copy of the foregoing was sent via first class mail on this 23rd day of March, 2004, to:

| | |
|---|---|
| Paul Ngobeni, Esq.<br>Ngobeni & Associates<br>914 Main Street, Suite 206<br>East Hartford, CT 06108 | Basil S. Shiber, Esq.<br>Miller, Starr & Regalia<br>1331 N. California Blvd., 5th Floor<br>P.O. Box 8177<br>Walnut Creek, CA 94596 |
| Francis J. Brady, Esq.<br>Matthew J. Budzik<br>Murtha Cullina LLP<br>CityPlace I<br>Hartford, CT 06103-3469 | Richard G. Carlston, Esq.<br>Miller, Starr & Regalia<br>1331 N. California Blvd., 5th Floor<br>P.O. Box 8177<br>Walnut Creek, CA 94596 |
| Lou Spadafora, Esq.<br>Winget, Spadafora & Schwartzberg, LLP<br>45 Broadway, 19th Floor<br>New York, NY 10006 | Theodore R. Scarborough, Esq.<br>Sidely, Austin, Brown & Wood<br>Bank One Plaza<br>Chicago, IL 60603 |
| Peter Randall Stark, Esq.<br>183 N. Broad Street<br>P.O. Box 292<br>Milford, CT 06460 | Kweku J. Hanson, Esq.<br>(Pro Se)<br>487 Main Street<br>Hartford, CT 06103-3007 |
| Paul Britt, Esq.<br>Moss, Codilis, Stawiarski, Morris,<br>Schneider & Prior, LLP<br>6560 Greenwood Plaza Boulevard<br>Suite 550<br>Englewood, CO 80111-7100 | |

                                                        _____
                                                        David M. Bizar