IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KWEKU HANSON<br>individually and on behalf of<br>all others similarly situated<br>               Plaintiffs<br><br>v.<br><br>OCWEN FEDERAL BANK, ET. AL.<br>               Defendants | DOCKET # **3:02CV960 (CFD)**<br><br><br><br><br><br><br><br>MARCH 9, 2004 |

### PLAINTIFFS' NOTICE OF DEPOSITION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PARTICULARLY:**

Steven M. Greenspan, Esq.  
David M. Bizar, Esq.  
Day, Berry & Howard LLP  
CityPlace I  
Hartford, CT 06103-3499  

Basil S. Shiber, Esq.  
Richard G. Carlston, Esq.  
Miller, Starr & Regalia  
1331 N. California Blvd. 5th Floor  
P. O. Box 8177  
Walnut Creek, CA 94596  

PLEASE TAKE NOTICE, pursuant to Federal Rules of Civil Procedure 30, that Kweku Hanson by the undersigned counsel, will take the deposition of the defendant **Gerald Moss, Esq.**, on Monday, March 29, 2004 at 9:30 AM at the **Law Offices of Norma Sanchez-Figueroa, 77 Buckingham Street, 1st Floor, Hartford, Connecticut**, before a court reporter to be provided by Falzarano Court Reporters, or other competent authority.

Said **Gerald Moss, Esq.** is hereby notified to be present at said time and place. This deposition will continue from day to day until completed.

You are invited to attend and cross-examine.

- 1 -

BY _/s/ P. Ngobeni_

Paul M. Ngobeni
Law Offices of Paul Ngobeni
914 Main Street, Suite 206
East Hartford, CT 06108
Telephone (860) 289-3155
Fed. Bar No. ct08187

## CERTIFICATION

A copy of the foregoing Notice of Deposition was served was served on March 9, 2004 by first-class mail, postage prepaid, on all counsel of record, and the pro se party:

Steven M. Greenspan, Esq.
David M. Bizar, Esq.
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499
(860) 275-0100 Fax (860) 275-0343

Matthew Budzik, Esq.
Francis J. Brady, Esq.
Murtha Cullina LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103
(860) 240-6000 Fax (860) 240-6150

Basil S. Shiber, Esq.
Richard G. Carlston, Esq.
Miller, Starr & Regalia
1331 N. California Blvd. 5th Floor
P. O. Box 8177
Walnut Creek, CA 94596
(925) 935-9400

John K. Van De Weert, esq.
Theodore R. Scarborough, Esq.
Sidely, Austin, Brown & Wood
Attorneys at Law
Bank One Plaza
Chicago, IL 60603
(312) 853-7036 Fax (312) 853-2236

Luigi Spadafora, Esq.
Peter R. Stark, Esq.
Winget, Spadafora & Schwartzberg
45 Broadway, 19th Floor
New York, NY 10006
(212) 221-6900 Fax (212) 221-6989

Kweku J. Hanson, Esq. (*Pro Se*)
Law Offices of Kweku J. Hanson
487 Main Street, Suite Two
Hartford, CT 06103-3007
(860) 728-5454 Fax (860) 548-9660

_/s/ P. Ngobeni_
Paul M. Ngobeni, Esq.

A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KWEKU HANSON<br>individually and on behalf of<br>all others similarly situated | : CIVIL ACTION NO.<br>:<br>: 3:02CV960 (CFD) |
| Plaintiff,<br>VS. | : |
| OCWEN FEDERAL BANK, ET AL. | : |
| Defendants. | : MARCH 23, 2004 |

**AFFIDAVIT OF DAVID M. BIZAR IN SUPPORT OF MOSS CODILIS
DEFENDANTS EX PARTE MOTION FOR PROTECTIVE ORDER**

David M. Bizar, being first duly sworn, deposes and says:

1.  I am over the age of 18 and believe in the obligation of an oath.

2.  I am an associate with the law firm of Day, Berry & Howard LLP, counsel to the Moss Codilis Defendants[1] in the above captioned action. I submit this affidavit in support of Moss Codilis Defendants' Ex Parte Motion for a Protective Order Pursuant to Fed. R. Civ. P. 26(c) (the "Motion").

---

[1] Moss Codilis, Stawiarski, Morris, Schneider & Prior, LLP ("Moss Codilis"), and Defendants Gerald R. Moss, Codilis & Stawiarski, P.C., Ernie Codilis, Leo C. Stawiarski, Jr., Morris, Schneider & Prior, LLC, Arthur J. Morris, Thomas E. Prior, Randolph Schneider, Fein, Such, Khan & Shepard, P.C., Alan F. Such, Weltman, Weinberg & Reis Co., LPA, Larry R. Rothenberg, Boles, Boles & Ryan, P.L.C., William R. Boles, Jr. and Moss, Pite & Duncan, LLP.

2.  I hereby certify in accordance with D. Conn. L. R. 37(a)2 that Bill S. Shiber, counsel to the Moss Codilis Defendants attempted to confer with Plaintiff's counsel in an effort in good faith to resolve by agreement the issues raised by the Motion without the intervention of the Court, and was unable to reach any agreement. A true copy of the letter from Mr. Shiber to Paul M. Ngobeni dated March 18, 2004 is attached hereto as Tab 1.

3.  This concludes my Affidavit.

_____
David M. Bizar
Subscribed and sworn to before me
this 23rd day of March, 2004.

_____
Marjorie Callan Carson
Commissioner of the Superior Court

B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KWEKU HANSON<br>individually and on behalf of<br>all others similarly situated | : CIVIL ACTION NO.<br>:<br>: 3:02CV960 (CFD) |
| Plaintiff,<br>VS. | : |
| OCWEN FEDERAL BANK, ET AL. | : |
| Defendants. | : MARCH 23, 2004 |

**AFFIDAVIT OF DAVID M. BIZAR IN SUPPORT OF MOSS CODILIS
DEFENDANTS EX PARTE MOTION FOR PROTECTIVE ORDER**

David M. Bizar, being first duly sworn, deposes and says:

1. I am over the age of 18 and believe in the obligation of an oath.

2. I am an associate with the law firm of Day, Berry & Howard LLP, counsel to the Moss Codilis Defendants[1] in the above captioned action. I submit this affidavit in support of Moss Codilis Defendants' Ex Parte Motion for a Protective Order Pursuant to Fed. R. Civ. P. 26(c) (the "Motion").

---

[1] Moss Codilis, Stawiarski, Morris, Schneider & Prior, LLP ("Moss Codilis"), and Defendants Gerald R. Moss, Codilis & Stawiarski, P.C., Ernie Codilis, Leo C. Stawiarski, Jr., Morris, Schneider & Prior, LLC, Arthur J. Morris, Thomas E. Prior, Randolph Schneider, Fein, Such, Khan & Shepard, P.C., Alan F. Such, Weltman, Weinberg & Reis Co., LPA, Larry R. Rothenberg, Boles, Boles & Ryan, P.L.C., William R. Boles, Jr. and Moss, Pite & Duncan, LLP.

2.  I hereby certify in accordance with D. Conn. L. R. 37(a)2 that Bill S. Shiber, counsel to the Moss Codilis Defendants attempted to confer with Plaintiff's counsel in an effort in good faith to resolve by agreement the issues raised by the Motion without the intervention of the Court, and was unable to reach any agreement. A true copy of the letter from Mr. Shiber to Paul M. Ngobeni dated March 19, 2004 is attached hereto as Tab A.

3.  This concludes my Affidavit.

David M. Bizar
Subscribed and sworn to before me
this 23rd day of March, 2004.

~~Notary Public~~ Robert W. Clark
Commissioner of the Superior Court
~~My Commission Expires:~~

**MILLER STARR & REGALIA**
A PROFESSIONAL LAW CORPORATION

1331 NORTH CALIFORNIA BLVD.
FIFTH FLOOR
P.O. BOX 8177
WALNUT CREEK, CALIFORNIA 94596
FACSIMILE (925) 933-4126
TELEPHONE (925) 935-9400

BASIL S. SHIBER                                                                                                   BSS@MSANDR.COM

March 18, 2004

*Via Facsimile and U.S. Mail*
Paul M. Ngobeni
Ngobeni & Associates
914 Main Street, Suite 206
East Hartford, CT 06108

Re:   Hanson v. Ocwen Federal Bank, et al.
      U.S.D.C. Dist. Conn. 3:02 CV 960 (CFD)

Dear Paul:

We are in receipt of your deposition notice dated March 9, 2004, setting the deposition of Gerald Moss for Monday, March 29, 2004 in Hartford.

Please be advised that we object to this deposition notice on, among others, and without limitation, the following grounds:

1.    There is currently pending a petition to coordinate or consolidate this action with others for pretrial purposes, and there is a hearing before the Multi District Litigation Panel scheduled for March 23, 2004 in that regard. This hearing will likely result in this case, together with others, being consolidated for pretrial purposes in another venue. Since the purpose of such coordination or consolidation is to avoid duplication and streamline discovery, it clearly makes sense to wait until we have heard from the MDL Panel before proceeding with depositions.

2.    There is currently pending a motion to dismiss with respect to Mr. Moss, based on the absence of personal jurisdiction. Again, until that motion is decided, it is inappropriate to proceed with Mr. Moss' deposition.

3.    You and your client have failed to comply with discovery requests and discovery orders, as set forth in the pending discovery motions. We believe that such noncompliance should be resolved before we proceed with the noticed deposition.

3.    Finally, the location selected for Mr. Moss' deposition, Hartford, Connecticut, is unreasonable, given Mr. Moss' residency in California.

Paul M. Ngobeni
March 18, 2004
Page 2

        Please let me know immediately if you will voluntarily agree to take the deposition scheduled for March 29, 2004 off calendar until we have guidance from the MDL Panel in terms of where this case will be venued for pretrial purposes.

                                  Very truly yours,

                                  MILLER, STARR & REGALIA

                                  Basil S. Shiber

BSS:sls
cc:    All Counsel
       Richard G. Carlston
       Sunny J. Knight

MCSM\41962\567265.1