IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KWEKU HANSON, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>OCWEN FEDERAL BANK; et al.,<br><br>　　　　Defendants. | Case No. 3:02CV960 (CFD)<br><br><br><br><br><br><br><br>March 24, 2004 |

**MOSS CODILIS DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOSS CODILIS' MOTION FOR STAY PENDING MDL ACTION**

The Moss Codilis defendants[1] hereby respectfully submit this response to plaintiff's motion for extension of time to file a response to Moss Codilis' motion to stay.

The Moss Codilis defendants have no objection to plaintiff's motion for extension of time. However, the Moss Codilis defendants feel compelled to file this response to address plaintiff's misstatement that he "sought to confer with defense counsel" regarding the filing of this motion. (Plaintiff's Motion, p. 2.) Neither plaintiff nor his attorney, Mr. Ngobeni, contacted any counsel for the Moss Codilis defendants regarding this motion for extension of time. Had plaintiff contacted this office or local counsel in Connecticut, this matter could have been more efficiently handled by stipulation.

---

[1] Moss, Codilis, Stawiarski, Morris, Schneider & Prior, LLP, Moss, Pite & Duncan, LLP ('Moss Codilis"), Codilis & Stawiarski, Pc, Morris, Schneider and Prior, LLC, Fein, Such, Khan & Shepard, P.C., Weltman, Weinberg & Reis Co., LPA, Boles, Boles & Ryan, P.L.C., and individually, Gerald R. Moss, Ernie Codilis, Leo C. Stawiarksi, Jr., Arthur J. Morris, Thomas E. Prior, Randolph Schneider, Alan F. Such, Larry R. Rothenberg, and William R. Boles, Jr.

**ORAL ARGUMENT NOT REQUESTED**

Dated: March 24, 2004         MOSS, CODILIS, STAWIARSKI, MORRIS, SCHNEIDER & PRIOR, LLP; MOSS, PITE & DUNCAN, LLP; CODILIS & STAWIARSKI, PC; MORRIS, SCHNEIDER AND PRIOR, LLC; FEIN, SUCH, KHAN & SHEPARD, P.C.; WELTMAN, WEINBERG & REIS CO., LPA; BOLES, BOLES & RYAN, P.L.C.; and individually, GERALD R. MOSS; ERNIE CODILIS; LEO C. STAWIARKSI, JR.; ARTHUR J. MORRIS; THOMAS E. PRIOR; RANDOLPH SCHNEIDER; ALAN F. SUCH; LARRY R. ROTHENBERG; and WILLIAM R. BOLES, JR.

By:_____
Richard G. Carlston (ct23944)
Basil S. Shiber (ct23946)
Miller, Starr & Regalia
A Professional Law Corporation
1331 N. California Blvd., Fifth Floor
Post Office Box 8177
Walnut Creek, California 94596
Telephone: (925) 935-9400

-and-

Steven M. Greenspan (ct00380)
David M. Bizar (ct20444)
Day, Berry & Howard LLP
City Place I
Hartford, Connecticut 06103
Telephone: (860) 275-0100

      THIS IS TO CERTIFY that a copy of the foregoing was sent via first class mail on this 24th day of March, 2004, to:

| | |
|---|---|
| Paul Ngobeni, Esq.<br>Ngobeni & Associates<br>914 Main Street, Suite 206<br>East Hartford, CT 06108 | Basil S. Shiber, Esq.<br>Miller, Starr & Regalia<br>1331 N. California Blvd., 5th Floor<br>P.O. Box 8177<br>Walnut Creek, CA  94596 |
| Francis J. Brady, Esq.<br>Matthew J. Budzik<br>Murtha Cullina LLP<br>CityPlace I<br>Hartford, CT 06103-3469 | Richard G. Carlston, Esq.<br>Miller, Starr & Regalia<br>1331 N. California Blvd., 5th Floor<br>P.O. Box 8177<br>Walnut Creek, CA  94596 |
| Lou Spadafora, Esq.<br>Winget, Spadafora & Schwartzberg, LLP<br>45 Broadway, 19th Floor<br>New York, NY 10006 | Theodore R. Scarborough, Esq.<br>Sidely, Austin, Brown & Wood<br>Bank One Plaza<br>Chicago, IL 60603 |
| Peter Randall Stark, Esq.<br>183 N. Broad Street<br>P.O. Box 292<br>Milford, CT  06460 | Kweku J. Hanson, Esq.<br>(Pro Se)<br>487 Main Street<br>Hartford, CT 06103-3007 |
| Paul Britt, Esq.<br>Moss, Codilis, Stawiarski, Morris,<br>Schneider & Prior, LLP<br>6560 Greenwood Plaza Boulevard<br>Suite 550<br>Englewood, CO 80111-7100 | |

                                                                 _____
                                                                 David M. Bizar