```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
_____
KWEKU HANSON                         )    No. 3:02-CV-960(CFD)
individually and on behalf of        )
all others similarly situated        )
         Plaintiff,                  )
                                     )
         v.                          )
                                     )
OCWEN FEDERAL BANK, et al.           )
         Defendants                  )
_____)           APRIL 1, 2004
```

PLAINTIFFS' FED.R.CIV.P. 41(a)(1) NOTICE OF VOLUNTARY DISMISSAL
*WITHOUT PREJUDICE* EXCLUSIVELY AS TO LITTON LOAN SERVICING, LP

Pursuant to Fed.R.Civ.P. 41(a)(1) and applicable D.Conn.L.Civ.R. provisions, Plaintiffs hereby give notice of voluntary dismissal of the above-captioned action *only and exclusively* with respect to Defendant Litton Loan Servicing, LP. ("Litton"). Said voluntary dismissal is wholly without prejudice.

Plaintiffs have an unfettered right to file said Voluntary Dismissal without order of Court or Litton's consent/stipulation, because Litton has not filed an Answer or a Motion for Summary Judgment. Indeed, no adverse party to this action has ever bothered to file an Answer or a Motion for Summary Judgment.[1]

---

[1] This April Fool's Day strategic retreat is compelled by Litton's contumacious conduct during this litigation. *Cf*. Quad/Graphics, Inc. v. Fass, 724 F.2d 1230, 1233 (7th Cir. 1983) (Prospect of second lawsuit or creation of tactical advantage is insufficient to justify denying plaintiff's voluntary dismissal).

- 1 -

                                      Respectfully submitted,

                                      _____
                                      Paul M. Ngobeni (#ct08187)
                                      Law Offices of Paul Ngobeni
                                      914 Main Street, Suite 206
                                      East Hartford, CT 06108
                                      Telephone: (860) 289-3155
                                      Facsimile: (860) 282-7479

<u>CERTIFICATION</u>

A copy of **Plaintiffs' Fed.R.Civ.P. 41(a)(1) Notice of Voluntary Dismissal *Without Prejudice* Exclusively As to Litton Loan Servicing, LP** was mailed on April _____, 2004 postage prepaid, to the following counsel and *pro se* parties:

| | |
|---|---|
| Steven M. Greenspan, Esq.<br>David M. Bizar, Esq.<br>Day, Berry & Howard LLP<br>CityPlace I<br>Hartford, CT 06103-3499<br>(860) 275-0100 Fax (860) 275-0343 | Matthew Budzik, Esq.<br>Francis J. Brady, Esq.<br>Murtha Cullina LLP<br>CityPlace I, 185 Asylum Street<br>Hartford, CT 06103<br>(860) 240-6000 Fax (860) 240-6150 |
| Basil S. Shiber, Esq.<br>Richard G. Carlston, Esq.<br>Miller, Starr & Regalia<br>1331 N. California Blvd. 5th Floor<br>P. O. Box 8177<br>Walnut Creek, CA 94596<br>(925) 935-9400 | John Van De Weert, esq.<br>Theodore R. Scarborough, Esq.<br>Sidely, Austin, Brown & Wood<br>Attorneys at Law<br>Bank One Plaza<br>Chicago, IL 60603<br>(312) 853-7036 Fax (312) 853-2236 |
| Luigi Spadafora, Esq.<br>Peter R. Stark, Esq.<br>Winget, Spadafora & Schwartzberg<br>45 Broadway, 19th Floor<br>New York, NY 10006<br>(212) 221-6900 Fax (212) 221-6989 | Kweku J. Hanson, Esq. (*Pro Se*)<br>Law Offices of Kweku J. Hanson<br>487 Main Street, Suite Two<br>Hartford, CT 06103-3007<br>(860) 728-5454 Fax (860) 548-9660 |

                                      _____
                                      **Paul M. Ngobeni, Esq.**