**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
450 MAIN STREET
HARTFORD, CONNECTICUT 06103

**RECEIVED MAY 0 7 2004**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

KEVIN F. ROWE
CLERK

TEL. NO. 240-3200
(AREA CODE 860)

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

MARY WIGGINS
DEPUTY-IN-CHARGE

Kweku Hanson

V.                          Case Number: 3:02cv960 (CFD)

Ocwen Federal Bank, et al

Notice to Clerk, District Court,
for the District of **Northern District of Illinois**

Dear Clerk:

Enclosed is the original file and certified copies of the Order and docket entries in the above-entitled case which has been transferred to your court.

Kindly acknowledge receipt of same on the copy of this notice and return it in the envelope provided.

Dated at Hartford, Connecticut, May 3, 2004.

KEVIN F. ROWE, CLERK

By _____
Barbara Grady
Deputy Clerk

**FILED 2004 MAY 11 A 11:30 U.S. DISTRICT COURT HARTFORD, CT.**

Enclosures

This acknowledges receipt of this case file and certified copies of the Order and docket entries.

Case was received in this District on _____

Assigned case number: **04C 3255**

**JUDGE FILIP**

This case was received by: _____

**MAGISTRATE JUDGE KEYS**