**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
450 MAIN STREET
HARTFORD, CONNECTICUT 06103

KEVIN F. ROWE
CLERK

TEL. NO. 240-3200
(AREA CODE 860)

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

MARY WIGGINS
DEPUTY-IN-CHARGE

*[Stamps: FILED-FD4, U.S. DISTRICT COURT; 04C 3255; JUDGE FILIP; MAGISTRATE JUDGE KEYS; RECEIVED MAY 0 7 2004 MICHAEL W. DOBBINS UNITED STATES DISTRICT COURT; FILED 2004 MAY 13 A 11:11 U.S. DISTRICT COURT HARTFORD, CT]*

Kweku Hanson

v.                                    Case Number:   3:02cv960 (CFD)

Ocwen Federal Bank, et al

Notice to Clerk, District Court,
for the District of **Northern District of Illinois**
--------------------

Dear Clerk:

Enclosed is the original file and certified copies of the Order and docket entries in the above-entitled case which has been transferred to your court.

Kindly acknowledge receipt of same on the copy of this notice and return it in the envelope provided.

Dated at Hartford, Connecticut, May 3, 2004.

                              KEVIN F. ROWE, CLERK
                              By _[signature]_
                              Barbara Grady
                              Deputy Clerk

Enclosures

This acknowledges receipt of this case file and certified copies of the Order and docket entries.

Case was received in this District on ___5-7-04___

Assigned case number: ___04 C 3255___

This case was received by: ___[signature]___